UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BYRON TAYLOR, TERRAINE R. DENNIS, KENNETH HUNTER, KENDALL MATTHEWS, and LONNIE TREAUDO, on Behalf of Himself and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>V.<br><br>HD AND ASSOCIATES, LLC, and JOHN DAVILLIER<br><br>    Defendants. | CASE NO.  2:19-cv-10635-ILRL-JVW<br><br>JUDGE IVAN L.R. LEMELLE<br><br>MAG. JANIS VAN MEERVEED |

**PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION AS A COLLECTIVE ACTION AND NOTICE TO POTENTIAL CLASS MEMBERS**

Plaintiffs, Byron Taylor Terraine R. Dennis, Kenneth Hunter, Kendall Matthews, and Lonnie Treaudo, individually and on behalf of all others similarly situated, request this Honorable Court to enter an Order conditionally certifying this case as a Collective Action; and authorizing, under Court Supervision, Plaintiff's proposed Notice and Consent Form pursuant to Section 216(b) of the Fair Labor Standards Act ("FLSA").  The putative class to which Plaintiff seeks to facilitate notice consists of all individuals who:

   (1) Worked for HD and Associates, LLC ("HD") at any time during the past three years; and

   (2) Worked as a technician providing cable repair and installation services on behalf of HD.

This Motion is supported by Plaintiff's Memorandum in Support of Motion for Conditional Certification and Court-Authorized Notice Pursuant to Section 216(b) of the FLSA, and the declaration of Byron Taylor (Exhibit 1).

**WHEREFORE**, for all the reasons discussed and supporting law referenced in Plaintiff's Memorandum attached hereto, Plaintiff respectfully requests this Honorable Court enter Plaintiff's attached Proposed Order and: (1) conditionally certify this case as a Collective Action; (2) order HD to produce to Plaintiff's counsel a computer-readable data file containing all Putative Class Members' names, last-known addresses, e-mail addresses, telephone numbers, and dates of employment/work within twenty-one (21) days from the date of the Order; (3) authorize the issuance of Plaintiff's proposed Notice and attached Consent Form (attached as Exhibit 2) to all Putative Class Members; (4) authorize the use of text message to provide notice to Putative Class Members; (5) authorize a notice period allowing Putative Class Members ninety (90) days from the date the Notice is sent out to submit their Consents to join with Plaintiff's counsel; (6) posting of the notice, along with the consent forms, in conspicuous locations at all of HD's locations; and (7) an Order prohibiting retaliation by HD or its managers against individuals who opt-in to this lawsuit.

Respectfully Submitted:

*/s/ Ryan P. Monsour*
_____
GEORGE B. RECILE (#11414)
PRESTON L. HAYES (#29898)
RYAN P. MONSOUR (#33286)
ZACHARY R. SMITH (#37316)
*Chehardy, Sherman, Williams, Murray, Recile, Stakelum & Hayes, L.L.P.*
One Galleria Boulevard, Suite 1100 Metairie, Louisiana 70001
Telephone: (504) 833-5600
Facsimile: (504) 613-4528
*Counsel for Plaintiff*

## **CERTIFICATE**

      I certify that I have served a copy of the above and foregoing pleading using this Court's CM/ECF system to counsel of record participating in the CM/ECF system, or by placing signed copies in the United States mail, postage prepaid, to counsel of record not participating in the CM/ECF system on this 8th day of November, 2019.

                              */s/ Ryan P. Monsour*
                              _____