UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BYRON TAYLOR,
        Plaintiff,

V.

HD AND ASSOCIATES, LLC,
        Defendant.

CIVIL ACTION NO.
2:19-CV-10635-ILRL-JVM

### AMENDED ANSWER OF HD AND ASSOCIATES, LLC TO THE FIRST AMENDING AND SUPPLEMENTAL COMPLAINT

**NOW INTO COURT**, through undersigned counsel comes Defendant HD and Associates, LLC ("HDA") to amend its answers to the First Amending and Supplemental Complaint to state as follows:

#### ANSWERS

10. HDA was not an enterprise as defined by 29 U.S.C. §203(b) and (s)(1) during the relevant time period in question as it was not engaged in interstate commerce.

#### HDA'S AFFIRMATIVE DEFENSES

19. Plaintiffs do not have a viable claim under the FLSA because HDA was not an enterprise as defined by 29 U.S.C. §203(b) and (s)(1) during the relevant time period in question as it was not engaged in interstate commerce.

*[signature block on the following page.]*

**Respectfully submitted**,

                           **DAVILLIER LAW GROUP, LLC**

/s/ Charles F. Zimmer II
Charline K. Gipson. LSBA No. 32780
Charles F. Zimmer II, LSBA No. 26759
935 Gravier Street; Suite 1702
New Orleans, Louisiana  70112
(504) 582-6998          Office
(504) 582-6985          Facsimile
cgiposon@davillierlawgroup.com
czimmer@davillierlawgroup.com

**Counsel for John Davillier and HD and Associates, LLC**

### Certificate of Service

I certify that I have served a copy of the above and foregoing pleading via Notice of Electronic filing using this Court's CM/ECF system to counsel of record participating in the CM/ECF system on this 28th of January 2020.

/s/ Charles F. Zimmer II
Charles F. Zimmer II