UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BYRON TAYLOR,<br>         Plaintiff,<br><br>V.<br><br>HD AND ASSOCIATES, LLC,<br>         Defendant. | CIVIL ACTION NO.<br>2:19-CV-10635-ILRL-JVM<br><br>JUDGE IVAN L.R. LEMELLE<br><br>MAG. JANIS VAN MEERVELD |

## AMENDED ANSWERS OF JOHN DAVILLIER TO THE FIRST AMENDING AND SUPPLEMENTAL COMPLAINT

**NOW INTO COURT**, through undersigned counsel comes Defendant John Davillier ("Davillier") who amends his answers to the First Amending and Supplemental Complaint to state as follows:

### ANSWERS

10. HDA was not an enterprise as defined by 29 U.S.C. §203(b) and (s)(1) during the relevant time period in question as it was not engaged in interstate commerce.

### PLAINTIFFS LACKS A VIABLE CAUSE OF ACTION

34. Plaintiffs do not have a viable claim under the FLSA because HDA was not an enterprise as defined by 29 U.S.C. §203(b) and (s)(1) during the relevant time period in question as it was not engaged in interstate commerce.

### JOHN DAVILLIER'S AFFIRMATIVE DEFENSES

19. Plaintiffs do not have a viable claim under the FLSA because HDA was not an enterprise as defined by 29 U.S.C. §203(b) and (s)(1) during the relevant time period in question as it was not engaged in interstate commerce.

**Respectfully submitted**,

**DAVILLIER LAW GROUP, LLC**

/s/ Charles F. Zimmer II
Charline K. Gipson. LSBA No. 32780
Charles F. Zimmer II, LSBA No. 26759
935 Gravier Street; Suite 1702
New Orleans, Louisiana  70112
(504) 582-6998 Office
(504) 582-6985 Facsimile
cgiposon@davillierlawgroup.com
czimmer@davillierlawgroup.com

**Counsel for John Davillier and HD and Associates, LLC**

## Certificate of Service

I certify that I have served a copy of the above and foregoing pleading via Notice of Electronic filing using this Court's CM/ECF system to counsel of record participating in the CM/ECF system on this 28th day of January 2020.

/s/ Charles F. Zimmer II
Charles F. Zimmer II
