UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BYRON TAYLOR, TERRAINE R. DENNIS, KENNETH HUNTER, KENDALL MATTHEWS, and LONNIE TREAUDO, on Behalf of Himself and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>V.<br><br>HD AND ASSOCIATES, LLC, and JOHN DAVILLIER<br><br>Defendants. | CASE NO. 2:19-cv-10635-ILRL-JVW<br><br>JUDGE IVAN L.R. LEMELLE<br><br>MAG. JANIS VAN MEERVEED |

## AMENDED DECLARATION OF BYRON TAYLOR

PARISH OF JEFFERSON

STATE OF LOUISIANA

I, BYRON TAYLOR, hereby declare under penalty of perjury, that the following is true:

1. My original Declaration in this case, stated in part, that I worked at least sixty (60) hours almost every week and often put in seventy (70) hour weeks. In beginning to prepare for my deposition in this matter, I realized that I did not work as many days per week as I originally recalled at the time that I provided my original Declaration. Given the number of days worked per week, I would have worked approximately 48 hours per week. As such, I still worked overtime, for which I was not compensated, for each week worked for HD and Associates, LLC.

2. The remainder of my original Declaration is correct.

Date: 2/19/2020

_____
BYRON TAYLOR