UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BYRON TAYLOR, TERRAINE R. DENNIS, KENNETH HUNTER, KENDALL MATTHEWS, and LONNIE TREAUDO, on Behalf of Himself and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>V.<br><br>HD AND ASSOCIATES, LLC, and JOHN DAVILLIER<br><br>Defendants. | CASE NO.  2:19-cv-10635-ILRL-JVW<br><br>JUDGE IVAN L.R. LEMELLE<br><br>MAG. JANIS VAN MEERVEED |

### DECLARATION OF GEORGE TRICHE

PARISH OF JEFFERSON

STATE OF LOUISIANA

I, GEORGE TRICHE, hereby declare under penalty of perjury, that the following is true:

INTRODUCTION

1. I am over 18 years of age and competent to give testimony in this matter. I have personal knowledge of facts and circumstances in this declaration. I was hired by HD and Associates, LLC ("HD") as a cable technician ("Technician"). Technicians were paid on a per-job, point-based system. Technicians were not paid time and a half for hours worked over forty (40) in one week. I last worked for HD in approximately April of 2019.

2. The Technicians were paid by HD on a per-job, point-base system. We were paid the same flat job rate regardless of the number of hours it took to complete the job, and regardless of how much time was spent picking up equipment and/or traveling to and from the job.

3. HD did not pay the Technicians time and a half for overtime hours worked. I was never paid time and a half for hours over forty worked in a week, despite working more than 40 hours in a week.

4. I recently learned about this lawsuit from other former technicians, and I would like the opportunity to join as a plaintiff or opt-in plaintiff.

5. I am personally aware of other technicians who were not paid overtime, and who would benefit from the issuance of a court-supervised notice of the present lawsuit and the opportunity to join the present lawsuit.

Date: March 12, 2020

_____
GEORGE TRICHE