UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BYRON TAYLOR, ET AL**                                              **CIVIL ACTION**

**VERSUS**

**HD AND ASSOCIATES, LLC,**
**ET AL**                                                                       **NO. 19-10635**

**SECTION: "B"(1)**

### ORDER

For the orally pronounced reasons given at today's hearing with parties' counsel,

**IT IS ORDERED** that:

(1) Plaintiffs' motion for conditional certification of a collective action is **GRANTED, IN PART,** to conditionally certify a class composed of cable technicians that were employed by defendant HD within 12 months of plaintiffs' demand letter to defendant or the filing of this court action, whichever occurred earliest, Rec. Docs. 27, 29, & 32);

(2) Plaintiffs' foregoing motion seeking approval of their notice plan, as proposed therein, is **DISMISSED as moot;**

(3) **No later than 7 days from entry of this order**, parties' lead counsel of record shall meet, confer, and thereafter submit to the Court a joint proposal of a notice to collective class members, subject to the temporal scope provided *infra*;

(4) Plaintiffs' motion for protective order, sanctions, and corrective notice is **DENIED,** Rec. Docs. 45 & 53); and

1

(5)  **No later than 7 days from entry of this order,** parties' lead counsel shall meet, confer, and thereafter submit to the Court a joint proposal setting forth all pretrial deadlines, final pretrial conference and trial dates.

New Orleans, Louisiana this 18th day of March 2020

_____
SENIOR UNITED STATES DISTRICT JUDGE