UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BYRON TAYLOR, ET AL<br><br>   Plaintiffs<br><br>VERSUS<br><br>HD AND ASSOCIATES, LLC, ET AL<br><br>   Defendants | Case No. 2:19-cv-10635-ILRL-JVW<br><br>JUDGE IVAN L.R. LEMELLE<br><br>MAG. JANIS VAN MEERVEED<br><br>SECTION "B-1" |

**JOINT MOTION FOR ENTRY OF NOTICE FORM**

**NOW INTO COURT**, through undersigned counsel, come Plaintiff, Byron Taylor, on behalf of himself and all other opt-in plaintiffs, and Defendant, HD and Associates, LLC, who, pursuant to this Court's Order [Dkt. 61], jointly move for the entry of the proposed Notice Form submitted herewith (Exhibit 1) and that will be delivered to potential opt-in plaintiffs.

Respectfully Submitted:

*/s/ Preston L. Hayes*
_____
GEORGE B. RECILE (#11414)
PRESTON L. HAYES (#29898)
RYAN P. MONSOUR (#33286)
ZACHARY R. SMITH (#37316)
*Chehardy, Sherman, Williams, Murray, Recile, Stakelum & Hayes, L.L.P.*
One Galleria Boulevard, Suite 1100 Metairie, Louisiana 70001
Telephone: (504) 833-5600
Facsimile: (504) 613-4528
*Counsel for Plaintiff*


And

1

*/s/ Charles F. Zimmer II*
_____
CHARLINE K. GIPSON (#32780)
CHARLES F. ZIMMER II, (#26759)
*Davillier Law Group, LLC*
935 Gravier St., Suite 1702
New Orleans, LA 70112
Telephone: (504) 582-6998
Facsimile: (504) 582-6985
*Counsel for Defendant*