UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BYRON TAYLOR, TERRAINE R. DENNIS, KENNETH HUNTER, KENDALL MATTHEWS, and LONNIE TREAUDO, on Behalf of Himself and on Behalf of All Others Similarly Situated,**<br><br>  Plaintiff,<br><br>V.<br><br>**HD AND ASSOCIATES, LLC, and JOHN DAVILLIER**<br><br>  Defendants. | CASE NO.  2:19-cv-10635-ILRL-JVW<br><br>JUDGE IVAN L.R. LEMELLE<br><br>MAG. JANIS VAN MEERVEED |

## NOTICE OF COLLECTIVE ACTION LAWSUIT

**TO:** All individuals who worked for HD AND ASSOCIATES, LLC as a Cable Technician at anytime since May 22, 2018 and were not paid overtime

**RE:** Unpaid Overtime Lawsuit against HD AND ASSOCIATES, LLC.

**DEADLINE TO FILE CONSENT FORM: [DATE]**

### 1. Why Are You Getting This Notice?

You received this Notice because the Court in charge of this lawsuit has ordered this Notice to be sent to persons who are identified by HD and Associates, LLC's records as a Cable Technician and who Plaintiffs' allege were not paid overtime.

The Court has allowed or "certified" a collective action lawsuit that may affect you.  This notice is intended to advise you of how your rights under the Fair Labor Standards Act ("FLSA") may be affected by this lawsuit and describe how to participate in this suit if you want to.

Claims of individuals who have not worked for HD and Associates, LLC within the two years prior to the time they join this lawsuit may be time-barred and, if so, no recovery will be available.

### 2. What Is This Lawsuit About?

The plaintiff filed this lawsuit alleging that HD and Associates, LLC failed to pay its Cable Technicians the proper amount of overtime pay for all hours worked over forty (40) hours in a

single workweek in violation of federal law.  In addition to unpaid overtime, the plaintiff is seeking liquidated damages equal to his unpaid overtime, attorneys' fees, and costs.

Defendants deny the plaintiff's allegations and have asserted various defenses.

The Court has not decided who is right, but has authorized this notice to inform you of your right to join this lawsuit.

### 3.  Are You Eligible To Join This Lawsuit?

You are eligible to join this lawsuit if:

1. You performed work for HD and Associates, LLC as a Cable Technician at any time since [3 years from the date of Order granting Motion for Conditional Certification]; and

2. You were not paid overtime for hours worked in excess of forty (40) in a given workweek.

Claims of individuals who have not worked for HD and Associates, LLC within two years prior to the time they join this lawsuit may be time-barred and, if so, no recovery will be available.

### 4.  What Are Your Options?

If you meet the criteria for this lawsuit, you have a choice to assert your legal rights in this case if you desire to do so.  However, you are not required to do so and may choose to take no action without consequence to your right to bring a similar case on your own at a future time, subject to the applicable statute of limitations periods.

If you want to become a party to this case, you must read, sign, and return the attached consent form by [DATE].

You may return your consent form by filling out the attached Notice of Consent form, mailing to the plaintiff's attorneys, faxing it to 504-833-8080, or emailing it to rpm@chehardy.com.

### 5.  Effect Of Joining Or Not Joining The Lawsuit.

If you submit a Notice of Consent, you will be part of the case.  Therefore, if the plaintiff who filed this case wins or settles the case, you may receive additional money from HD and Associates, LLC.  Further, you are agreeing to designate Plaintiff as your agent to make decisions on your behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiff's attorneys concerning attorney's fees and costs, and all other matters pertaining to this lawsuit.  These decisions made and entered into by the Plaintiff will be binding on you if you join this lawsuit.  If the plaintiff who filed this case loses the case, you will receive nothing and will be bound by the decision, but you will not have to pay anything either.

If you decide to join the lawsuit, you may be required to answer written questions under oath, produce documents relating to your claim, testify at an oral deposition under oath, and/or testify at trial with regard to your claims against HD and Associates, LLC.

If you do not wish to be a part of the lawsuit, you do not need to do anything. The decision to join is entirely yours.

Claims of individuals who have not worked for HD and Associates, LLC within the two years prior to the time they join this lawsuit may be time-barred and, if so, no recovery will be available.

Because of the statute of limitations, eligible workers who do not join this litigation or chooses to file their own separate claims, may lose their rights to recover overtime for work performed in the past for HD and Associates, LLC.

**6. HD and Associates, LLC Cannot And Will Not Fire You For Joining This Lawsuit.**

Many employees fear being terminated for making a wage claim. However, federal law prohibits HD and Associates, LLC from firing or in any other manner discriminating against you because you join this case.

Nobody who joins this case will be terminated or otherwise retaliated against for joining this lawsuit.

If you suspect retaliation, call the attorneys below at (504) 833-5600 and immediately ask to speak with Preston L. Hayes.

**7. Your Legal Representation If You Join.**

If you choose to join this lawsuit you may choose to hire your own attorney or you may agree to be represented by the plaintiff's attorneys. If you hire your own attorney, your attorney must file an "opt-in" consent form by [DATE].

The plaintiff's attorneys in this case are George B. Recile, Preston L. Hayes, Ryan P. Monsour, and Zachary R. Smith.

**8. How Can You Receive More Information?**

If you have any questions about the collective action, your rights, or the basis on which the attorneys expect to be paid, you may contact them directly at:

Preston L. Hayes
One Galleria Blvd., Suite 1100
Metairie, LA 70001
Telephone: 504-833-5600
Fax: 504-833-8080
plh@chehardy.com

You should not contact the Court to discuss this matter.

**9. You Have Approximately SIXTY (60) Days To Join This Lawsuit.**

Your determination of whether or not to take action should be made promptly. Because the law only allows a person to recover up to three (3) years of back wages from the date the Consent form is filed, time is of the essence in submitting this form if you wish to have the opportunity to make a full recovery.

All Consents must be filed no later than [DATE], which is approximately sixty (60) days after this Notice was mailed to you. A Consent form is enclosed.

## CONSENT TO JOIN WAGE CLAIM AGAINST
## HD AND ASSOCIATES, LLC

Court imposed deadline for filing this consent form is [DATE].

Print Name: _____

1. I consent, agree, and opt-in to the lawsuit against HD AND ASSOCIATES, LLC entitled, *Byron Taylor, et al. v. HD and Associates, LLC, et al.*, Case No. 2:19-cv-10635 ("the Lawsuit"), to pursue my claims of unpaid overtime under the Fair Labor Standards Act ("FLSA") during the time that I worked for HD AND ASSOCIATES, LLC.

2. I understand that the Lawsuit is brought under the FLSA, and I consent to be bound by the Court's decision.

3. I designate the law firm and attorneys at Chehardy, Sherman, Williams, Murray, Recile, Stakelum & Hayes, L.L.P. as my attorneys to prosecute my wage claims in the Lawsuit.

1. I consent to having the representative plaintiff in the complaint against HD AND ASSOCIATES, LLC make all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, release of claims, entering into an agreement with plaintiff's counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.


Signature: _____    Date: _____

Address: _____

Telephone: _____

E-mail: _____