UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BYRON TAYLOR, TERRAINE R. DENNIS, KENNETH HUNTER, KENDALL MATTHEWS, AND LONNIE TREAUDO, ON OF THEMSELVES AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-10635** |
| **HD AND ASSOCIATES, LLC, AND JOHN DAVILLIER** | **SECTION: "B"(1)** |

## ORDER

Considering the parties' joint motion for entry of notice form (Rec. Doc. 65),

**IT IS ORDERED** that the motion is **GRANTED,** and the attached notice of collective action lawsuit is **APPROVED for issuance.**

New Orleans, Louisiana this 31st day of March, 2020.

_____
SENIOR UNITED STATES DISTRICT JUDGE