```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
```

**BYRON TAYLOR, TERRAINE R.**                              CIVIL ACTION
**DENNIS, KENNETH HUNTER,**
**KENDALL MATTHEWS, AND LONNIE**
**TREAUDO, ON OF THEMSELVES AND ON**
**BEHALF OF ALL OTHERS SIMILARLY**
**SITUATED**

**VERSUS**                                                 NO. 19-10635

**HD AND ASSOCIATES, LLC,**
**AND JOHN DAVILLIER**                                     SECTION: "B"(1)

## ORDER

Considering the parties' joint proposed scheduling order (Rec. Doc. 63),

**IT IS ORDERED** that the proposed scheduling order is **ADOPTED** with the exception of the parties' proposed pretrial conference date;

**IT IS FURTHER ORDERED** that the pretrial conference currently scheduled for April 30, 2020 at 10:00 a.m. and the non-jury trial currently scheduled for May 18, 2020 at 9:00 a.m. are hereby **CANCELLED**;

**IT IS FURTHER ORDERED** that:

(1) All case-dispositive pre-trial motions, along with motions in limine regarding the admissibility of expert testimony, shall be filed and served in sufficient time to permit hearing thereon no later than **October 28, 2020**. This Section adheres to Local Rule 78.1 regarding oral

      argument on motions. All other motions in limine shall be filed no later than **November 16, 2020**. Any motions filed in violation of this order shall be deemed waived unless good cause is shown. When a contested substantive pre-trial motion is being heard orally, the parties shall submit, simultaneously with the hard copy required by Local Rule 7.1, a copy of the motion, memorandum in support, memorandum in opposition and reply memorandum on CD-Rom in Word format. All disks shall be returned to counsel after the hearing on the motion upon request;

(2) Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) have not been completed and must be exchanged no later than **March 26, 2020**;

(3) Depositions for use at trial shall be taken and all discovery shall be completed no later than **October 27, 2020**;

(4) Amendments to pleadings, third-party actions, cross-claims and counter-claims shall be filed no later than **March 26, 2020**;

(5) Counsel adding new parties subsequent to mailing of this Notice shall serve on each new party a copy of this Order;

(6) Responsive pleadings shall be filed within the applicable delays;

(7) Written reports of experts, as defined by Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for plaintiff fully setting forth all matters about which they will testify and the basis therefor shall be obtained and delivered to counsel for defendant as soon as possible, but in no event later than **August 28, 2020**;

(8) Written reports of experts, as defined by Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for defendant fully setting forth all matters about which they will testify and the basis therefor shall be obtained and delivered to counsel for defendant as soon as possible, but in no event later than **September 28, 2020**;

(9) The parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial, and all exhibits that may or will be used at trial no later than **September 28, 2020**;

(10) The Court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this Minute Entry as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown;

(11) This case does not involve extensive documentary evidence, depositions or other discovery. No special

discovery limitations beyond those established in the Federal Rules, Local Rules of this Court, or the Plan are established;

(12) Settlement possibilities were discussed. A further settlement conference will be scheduled at any time at the request of any party to this action;

(13) A final Pre-trial Conference will be held before the District Judge on **November 24, 2020, at 11:00 a.m.** Counsel will be prepared in accordance with the final Pre-Trial Notice attached;

(14) On or before five (5) working days prior to the trial date, counsel for all parties are to prepare and submit joint proposed special jury charges and jury interrogatories. If a party objects to a proposed charge or interrogatory, that party shall note the objection in a footnote to the proposed charge or interrogatory and cite to any legal authority in support of the objection. Counsel shall submit an original and one copy of the proposed charges and interrogatories to Chambers. In addition, the proposed charges and interrogatories shall be submitted on CD-Rom in Word format, which shall be returned to counsel after trial upon request;

(15) Trial will commence on **December 14, 2020**, (or any time during that week) at **9:00 a.m.** before the District Judge

     without a jury. Attorneys are instructed to report for trial no later than 30 minutes prior to this time. Trial is estimated to last **5 days**;

(16) Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion and upon a showing of good cause. Continuances will not normally be granted. If, however, a continuance is granted, deadlines and cut off dates will be extended automatically, unless otherwise ordered by the Court.

New Orleans, Louisiana this 17th day of April, 2020.

_____
SENIOR UNITED STATES DISTRICT JUDGE