## CONSENT TO JOIN WAGE CLAIM AGAINST
## HD AND ASSOCIATES, LLC

Court imposed deadline for filing this consent form is May 31, 2020

Print Name: George Triche

1. I consent, agree, and opt-in to the lawsuit against HD AND ASSOCIATES, LLC entitled, *Byron Taylor, et al. v. HD and Associates, LLC, et al.*, Case No. 2:19-cv-10635 ("the Lawsuit"), to pursue my claims of unpaid overtime under the Fair Labor Standards Act ("FLSA") during the time that I worked for HD AND ASSOCIATES, LLC.

2. I understand that the Lawsuit is brought under the FLSA, and I consent to be bound by the Court's decision.

3. I designate the law firm and attorneys at Chehardy, Sherman, Williams, Murray, Recile, Stakelum & Hayes, L.L.P. as my attorneys to prosecute my wage claims in the Lawsuit.

1. I consent to having the representative plaintiff in the complaint against HD AND ASSOCIATES, LLC make all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, release of claims, entering into an agreement with plaintiff's counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: *[signature]*  Date: May 8th 2020

Address: 187 Triche St Ama, La 70031

Telephone: 504-518-2855

E-mail: georgetriche@gmail.com