UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BYRON TAYLOR, ET AL.,<br>        Plaintiff,<br><br>V.<br><br>HD AND ASSOCIATES, LLC,<br>        Defendant. | CIVIL ACTION NO.<br>2:19-CV-10635-ILRL-JVM<br><br>JUDGE IVAN L.R. LEMELLE<br><br>MAG. JANIS VAN MEERVELD |

***EX PARTE* CONSENT MOTION TO FILE UNDER SEAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, MEMORANDUM IN SUPPORT AND EXHIBITS 1-7 TO THE MEMORANDUM**

**NOW INTO COURT**, through undersigned counsel come Defendants, HD and Associates, LLC ("HDA") and John Davillier ("Davillier"), who submits this *ex parte* motion to file under seal its Motion for Summary Judgment on Commission, the Memorandum in Support and Exhibits 1-7 to the memorandum. Federal Rule of Civil Procedure 26(c)(1)(G) grants the Court authority to seal documents to prevent disclosure of trade secrets or other confidential research, development, or commercial information that is deemed confidential. Pursuant to the Consent Protective Order in this matter (Rec. Doc. 24), and LR 5.6, documents designated by the parties as "Confidential" must be filed under seal in accordance with the reference Order. Defendants' Motion for Summary Judgment, the Memorandum in Support and Exhibits 1-7 to the memorandum have been so designated.

Defendants respectfully request that the Court enter the attached Order granting Defendants' Motion to file their Summary Judgment, the Memorandum in Support and Exhibits 1-7 to the memorandum, under seal. Per the Clerk of Court's instructions, the proposed documents to be filed under seal have been sent via-email to laeddb_sealdocs@laed.uscourts.gov.

**Respectfully submitted this 25th day of September 2020.**

                                            **DAVILLIER LAW GROUP, LLC**

                                            /s/ Charles Zimmer
Charline K. Gipson, LSBA No. 32780
Charles F. Zimmer II, LSBA No. 26759
Jonathan D. Lewis, LSBA No. 37207
935 Gravier Street; Suite 1702
New Orleans, Louisiana  70112
(504) 582-6998 Office
(504) 582-6985 Facsimile
czimmer@davillierlawgroup.com
***Counsel for HD and Associates, LLC and John Davillier***

## Certificate of Service

I certify that I have served a copy of the above and foregoing pleading via Notice of Electronic filing using this Court's CM/ECF system to counsel of record participating in the CM/ECF system on this 25th of September 2020.

                                            /s/Charles Zimmer
Charles F. Zimmer II