# DEPOSITION TRANSCRIPT OF:

## Kendall Matthews

### DATE TAKEN:

**2/7/2020**

### CASE:

**Byron Taylor vs HD and Associates, LLC**

Affiliated Reporting
650 Poydras Street, Suite 2610
New Orleans, LA 70130
Phone: 504-568-9111
Fax: 504-568-9110
Email: pages@affiliatedreporting.com
Website: www.affiliatedreporting.com

**Attached to the back cover is a CD with the transcript files.**

EXHIBIT 4

1   it's funny, because he actually got me into
2   HDA.  He was working there before I was.
3  Q. Okay.
4  A. And he was, like, you know, telling me about
5   how, you know, John -- because he first
6   started, John was looking out for techs and
7   making sure you had a vehicle and everything,
8   and he was getting taken care of.  But he
9   said, over time, he would do more work, but he
10   was getting less money.
11  Q. And that would be because the value of the
12   points allocated to the work was less?
13  A. Well, no, no.  The way John and Steve looked
14   at it, which I found out later, was that, when
15   you first started, they overloaded you, you
16   know, they made sure you had a nice check, you
17   know?  But as time went on, you know, other
18   people start, they would push them in, you
19   know, overload them with work.  And you would
20   get, like, you know, basically minimum, but
21   your work hours wouldn't change.
22       What I mean by that is, you'll start off
23   with an install for like, 30, 50 points, you
24   know.  Might not take you that long, you know,
25   and you get it done, you getting paid, like,