UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BYRON TAYLOR, TERRAINE R. DENNIS, KENNETH HUNTER, KENDALL MATTHEWS, and LONNIE TREAUDO, on Behalf of Himself and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>V.<br><br>HD AND ASSOCIATES, LLC, and JOHN DAVILLIER<br><br>    Defendants. | CASE NO. 2:19-cv-10635-ILRL-JVW<br><br>JUDGE IVAN L.R. LEMELLE<br><br>MAG. JANIS VAN MEERVEED |

## MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING EMPLOYMENT STATUS

**NOW INTO COURT**, through undersigned counsel, comes Plaintiffs, Byron Taylor, Teraine R. Dennis, Kenneth Hunter, Kendall Matthews, and Lonnie Treaudo, on behalf of themselves and other persons similarly situated, who move this Honorable Court for a partial summary judgment and upon suggesting to the Court that no genuine issue of material fact exists as to the employee status of Plaintiffs and opt-in Plaintiffs under the Fair Labor Standards Act, such that Plaintiffs are entitled to a partial summary judgment as a matter of law.

**WHEREFORE**, plaintiffs, Byron Taylor, Teraine R. Dennis, Kenneth Hunter, Kendall Matthews, and Lonnie Treaudo, on behalf of themselves and other persons similarly situated, respectfully move this Court to enter a partial summary judgment, finding that as a matter of law that Plaintiff and the opt-in Plaintiffs were employees under the Fair Labor Standards Act during the time that they worked as technicians for defendant, HD and Associates, LLC, all for the reasons set forth in the accompanying memorandum.

Respectfully Submitted:

*/s/ Ryan P. Monsour*

_____
PRESTON L. HAYES (#29898)
RYAN P. MONSOUR (#33286)
*HMS Law Firm*
3850 N. Causeway Blvd., Suite 590
Metairie, LA 70002
Telephone: (504) 356-0110
Facsimile: (504) 356-0112

## **CERTIFICATE OF SERVICE**

I certify that I have served a copy of the above and foregoing pleading using this Court's CM/ECF system to counsel of record participating in the CM/ECF system, or by email transmission on this 9th day of October, 2020.

*/s/ Ryan P. Monsour*

_____
RYAN P. MONSOUR