# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BYRON TAYLOR, TERRAINE R. DENNIS, KENNETH HUNTER, KENDALL MATTHEWS, and LONNIE TREAUDO, on Behalf of Himself and on Behalf of All Others Similarly Situated,**<br><br>   **Plaintiffs,**<br><br>**V.**<br><br>**HD AND ASSOCIATES, LLC, and JOHN DAVILLIER**<br><br>   **Defendants.** | **CASE NO.  2:19-cv-10635-ILRL-JVW**<br><br>**JUDGE IVAN L.R. LEMELLE**<br><br>**MAG. JANIS VAN MEERVEED** |

## RESTRICTED – FILED UNDER SEAL (SEE REC. DOC. 96)