UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BYRON TAYLOR, TERRAINE R. DENNIS, KENNETH HUNTER, KENDALL MATTHEWS, and LONNIE TREAUDO, on Behalf of Himself and on Behalf of All Others Similarly Situated,**<br><br>    Plaintiffs,<br><br>V.<br><br>**HD AND ASSOCIATES, LLC, and JOHN DAVILLIER**<br><br>    Defendants. | **CASE NO. 2:19-cv-10635-ILRL-JVW**<br><br>**JUDGE IVAN L.R. LEMELLE**<br><br>**MAG. JANIS VAN MEERVEED** |

**<u>RESTRICTED – FILED UNDER SEAL (SEE REC. DOC. 96)</u>**