The Deposition of

# JOHN DAVILLIER

In the Matter of

# BYRON TAYLOR, ET AL

versus

# HD AND ASSOCIATES, LLC, ET AL

Taken On

# SEPTEMBER 04, 2020



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


BYRON TAYLOR, ET AL       * NO. 2:19-cv-10635-ILRL-JVW

VERSUS                    * JUDGE IVAN L.R. LEMELLE

HD AND ASSOCIATES, LLC, * MAG. JANIS VAN MEERVEED
ET AL
* * * * * * * * * * * * * * * * * * * * * * * * *


      The deposition of JOHN DAVILLIER, located in

New Orleans, Louisiana, taken via Zoom

videoconference, in connection with the

captioned cause, pursuant to the following

stipulations before Denise E. D'Arcourt,

Certified Court Reporter, located in New

Orleans, Louisiana, on the 4th day of September

2020, beginning at 10:18 a.m.

```
 1   REMOTE APPEARANCES:

 2   REPRESENTING BYRON TAYLOR, ET AL:
     Preston L. Hayes, Esquire
 3   HMS Law Firm
     3850 North Causeway Boulevard, Suite 590
 4   Metairie, Louisiana 70002
     (plh@hmsfirm.com)
 5

 6   REPRESENTING JONATHAN CHARLES:
     Justine G. Daniel, Esquire
 7   Casey Denson Law, LLC
     3436 Magazine Street, Suite 7005
 8   New Orleans, Louisiana 70115
     (jdaniel@caseydensonlaw.com)
 9

10   REPRESENTING HD AND ASSOCIATES, JOHN DAVILLIER:
     Jonathan Lewis, Esquire
11   Charles F. Zimmer II, Esquire
     Davillier Law Group, LLC
12   935 Gravier Street, Suite 1702
     New Orleans, Louisiana 70112
13   (czimmer@davillierlawgroup.com)

14   Also present:
                 Jonathan Charles, Ms. Daniel's client
15               Finn McCants, Law Clerk
                 Emilie Lopez, Monitor
16

17

18

19

20

21

22

23

24

25
```

STIPULATION

1

2    It is hereby stipulated by and among counsel for

3  plaintiff and counsel for defense that the

4  videoconference deposition of

5                    JOHN DAVILLIER

6  taken before Denise E. D'Arcourt, a Certified Court

7  Reporter, by counsel for the plaintiffs, for all

8  purposes, pursuant to notice and to the provisions

9  of the appropriate statutes of the Federal Rules of

10  Civil Procedure.

11    The parties hereto waive all formalities in

12  connection with the taking of said deposition,

13  excluding the reading and signing thereof, the

14  swearing of the witness and the reduction of the

15  questions and answers to typewriting.

16    Counsel for all parties reserve all objections,

17  except as to the form of the question and

18  responsiveness of the answer, at the time of taking

19  said deposition, but they also reserve the right to

20  make objections at the time said deposition or any

21  part thereof may be offered in evidence, with the

22  same rights as if the testimony had been taken and

23  given in Open Court.

24

25

1                          INDEX

2

3    EXAMINATION BY MR. HAYES . . . . . . . . . .  7

4    EXAMINATION BY MS. DANIEL. . . . . . . . . .  126

5

6    NO EXHIBITS ATTACHED BY THE REPORTER.

7

8    MARKED QUESTION BY MR. ZIMMER

9    Page 66, Line 20 to Page 71, Line 13

10

11   CERTIFIED QUESTIONS BY MR. HAYES

12   Page 100, Line 15 to Page 101 to Line 17

13   Page 103, Line 9 to Page 103, Line 22

14

15

16

17

18

19

20

21

22

23

24

25

```
1         THE REPORTER:
2              The attorneys participating in this
3         deposition acknowledge that I am not
4         physically present in the deposition room
5         and that I will be reporting this deposition
6         remotely pursuant to Federal Rule of Civil
7         Procedure 29.  They further acknowledge
8         that, in lieu of an oath administered in
9         person, the witness will verbally declare
10        his testimony in this matter is under
11        penalty of perjury.  The parties and their
12        counsel consent to this arrangement and
13        waive any objections to this manner of
14        reporting.
15             Please indicate your agreement by
16        stating your name, firm, party represented
17        current location, and your agreement on the
18        record.
19        MR. HAYES:
20             Preston Hayes, HMS Law Firm,
21        representing Byron Taylor, Lonnie Treaudo,
22        Terraine Dennis, Kenneth Hunter, and Kendall
23        Matthews, as well as the opt-in plaintiffs,
24        and I'm in Madisonville, Louisiana and I
25        agree.
```

```
 1              MR. ZIMMER:
 2                   Charles Zimmer on behalf of the
 3              defendants.  I'm at my residence in River
 4              Ridge, Louisiana, and we agree.
 5              MR. LEWIS:
 6                   Jonathan Lewis on behalf of the
 7              defendants.  I am currently at the Davillier
 8              Law Group in New Orleans, Louisiana, and we
 9              agree.
10              THE REPORTER:
11                   Okay, sir, do you agree to have your
12              deposition taken via Zoom?
13              THE WITNESS:
14                   Yes.  John Davillier in New Orleans,
15              and I agree.
16                        JOHN DAVILLIER,
17     777 Behrman Highway, Gretna, Louisiana 70056, after
18     having been duly sworn, was examined and did testify
19     as follows:
20              MR. HAYES:
21                   Good morning, Mr. Davillier.
22              THE WITNESS:
23                   Good morning.
24              MR. HAYES:
25                   You heard me introduce myself off the
```

```
 1                    record, but my name is Preston Hayes, and I
 2                    represent the plaintiffs and the opt-in
 3                    plaintiffs in this matter.
 4      EXAMINATION BY MR. HAYES:
 5      Q    Have you ever given a deposition before?
 6      A    Yes.
 7      Q    Okay.  So I won't bore you with all of the rules
 8           and regulations.  I'm sure you're familiar with
 9           that and your attorney has told you.  But what I
10           will tell you is sometimes I ask a poor
11           question.  It happens, and it's going to happen
12           throughout the day I would imagine at some
13           point.  If I do ask a question that you don't
14           understand or you think it's poorly worded, I
15           want you to stop me and ask me to rephrase that
16           question; okay?
17      A    Okay.
18      Q    But I want to have an agreement with you that if
19           I ask a question and you give me an answer, it's
20           because you felt you understood what I was
21           asking; is that fair?
22      A    Sure.
23      Q    Okay.  Let's start off by having you state your
24           name and your business address for the record.
25      A    John Davillier; 777 Behrman Highway, Gretna,
```

| | | |
|---|---|---|
| 1 | | Louisiana 70056. |
| 2 | Q | Okay.  And I understand that you are a member of |
| 3 | | HD and Associates, LLC; is that correct? |
| 4 | A | Correct. |
| 5 | Q | Okay.  Tell me, if you will, what -- is there |
| 6 | | any other job title that you hold within HD and |
| 7 | | Associates, LLC?  And just for the record, I'm |
| 8 | | going to refer to HD and Associates, LLC, as |
| 9 | | just "HD" for ease of reference; is that okay? |
| 10 | A | Sure. |
| 11 | Q | So if you would, could you tell us what job |
| 12 | | title, if any, you hold with HD? |
| 13 | A | You could say manager. |
| 14 | Q | Okay.  In the past three years, going back to |
| 15 | | 2017, have there been any other managers with |
| 16 | | HD? |
| 17 | A | Yes. |
| 18 | Q | Okay.  And could you give me their names, |
| 19 | | please? |
| 20 | A | Stephen Becnel. |
| 21 | Q | Is he the only one? |
| 22 | A | With the title "Manager," yes. |
| 23 | Q | Okay.  And there haven't been any other managers |
| 24 | | in the past three years? |
| 25 | A | Not -- no; not -- it would depend on how you |

```
 1          would define manager.
 2   Q    Well, you know, I don't want to give it any
 3          definition, per se.  I'm just curious.  You
 4          know, you're the sole member, as I understand,
 5          of HD.  I'm just trying to find out who you
 6          would classify as managers within the company
 7          within the last three years.
 8   A    We had lead technicians who would be, but they
 9          would not be considered managers, so --
10   Q    Okay.
11   A    But they -- they did have -- they did have
12          certain other responsibilities --
13   Q    Okay.
14   A    -- that were not directly technicians.
15   Q    Let's talk about -- well, let me back up.  When
16          was the inception date of HD, if you recall?
17   A    It was about June of 2010.
18   Q    Okay.  Have your job title or job duties changed
19          since the inception of the company?
20   A    Not really.  I mean, I'm the -- I'm a managing
21          member, and I manage the projects that the
22          company has assigned to them.
23   Q    Okay.  Have there been any other managing
24          members since the inception of HD?
25   A    No.
```

1    Q    Okay.  So tell us if you could, what are your
2         job duties on a daily basis?
3    A    Whatever projects we have assigned to the
4         company, I manage those projects and make sure
5         that we have people in place to help manage the
6         process.  So there are various aspects to
7         different projects.  So for -- on the technician
8         side, our overall manager is Stephen Becnel,
9         so -- but we have other people that assist with
10        the day-to-day tasks, and that's done based on
11        what's required at the time.
12   Q    But is it just you that has operational control
13        over HD?
14   A    No.
15   Q    Okay.  Are you one of the people who has
16        operational control over HD?
17   A    Yes.
18   Q    Okay.  Who besides you maintains operational
19        control over HD?
20   A    Stephen Becnel.  Carolyn Ballard (ph) would be
21        the dispatch person.
22   Q    Anyone else that you can think of?
23   A    Well, the technician supervisors have some
24        operational control, depending on the task.
25   Q    Okay.  Who decides within HD how it is the

```
 1          technicians are paid?
 2    A     Well, since inception, we sort of had a
 3          discussion among management, and we decided that
 4          that structure was common in the industry and it
 5          would be the best approach for us to operate
 6          under.
 7    Q     Were you on that management team that made the
 8          ultimate decision as to how the technicians were
 9          going to be paid?
10    A     Yes.
11    Q     Okay.  Who else besides yourself comprised the
12          management team that made that decision?
13    A     Myself.  I had some initial discussions.
14          Primarily, it was me that made that initial
15          decision in terms of how it was set up and then
16          discussed it with management.
17    Q     Okay.  Who else?  When you say management, are
18          you referring to Stephen Becnel?
19    A     And Carolyn Ballard.
20    Q     Okay.  Is Stephen Becnel still with the company?
21    A     Yes.
22    Q     Okay.  And I think you said Carolyn Ballard.  Is
23          she still with the company as well?
24    A     She is, but she really handles dispatch, not
25          really technicians.
```

```
 1    Q    Okay.  Does she have a job title?
 2    A    She's a dispatch manager.
 3    Q    Okay.  Okay.  What would her job duties include
 4         on a given day?
 5    A    She coordinates with dispatch to enter the
 6         information into the Cox system as far as
 7         equipment, things like that.
 8    Q    Okay.  Who would be responsible for providing
 9         the HD technicians with their routes in a given
10         day?
11    A    Their routes are assigned by the Cox system.  In
12         the morning and throughout the day, the routes
13         are generated or jobs are changed out throughout
14         the day by the Cox system.
15    Q    Okay.  Does the -- does the dispatcher have any
16         control to alter those routes to reassign them
17         to different technicians different from who
18         they're originally assigned to in the day?
19              MR. LEWIS:
20                   Objection to the form of the question.
21                   (To the witness.)  You can answer.
22    MR. HAYES:
23    A    Can you repeat that for me?
24    Q    Sure.  I'm trying to find out that -- I know you
25         said that the Cox system initially provides the
```

```
 1          routes for the technicians in a given day.  What
 2          I'm trying to find out is, does the HD
 3          dispatcher have the ability to alter those
 4          routes to reassign them to other technicians
 5          throughout the day?
 6   A      In a limited scope, yes.
 7   Q      Well, when you say "in a limited scope," can you
 8          tell me what you mean by that?
 9   A      In general, Cox wants to have the system assign
10          the routes, so it's all pretty much automated.
11          So you know, in general, the process is that the
12          automated system handles the route
13          reassignments.
14              In a limited capacity means, if you have an
15          emergency situation or somebody has to leave or
16          something like that and they can't finish their
17          routes for that day, then that's when the
18          dispatchers will typically try to reassign work.
19   Q      And that would be an HD dispatcher?
20   A      Not always.  A lot of times, that is also done
21          automatically by the Cox system.
22   Q      Okay.  Well, could a -- could an HD technician
23          call the HD dispatcher and ask for a route to be
24          reassigned?
25              MR. LEWIS:
```

```
 1              Objection to the form of the question.
 2         You can ask him to rephrase it.
 3    MR. HAYES:
 4    A    Can you rephrase that?  I guess I'm not really
 5         clear on what --
 6              MR. HAYES:
 7                   And Jonathan, you can't -- I mean, if
 8              he doesn't understand it, that's fine, but
 9              you can't instruct him how to answer the
10              questions.
11              MR. LEWIS:
12                   I'm sorry.
13    MR. HAYES:
14    Q    My question to you is that, if a technician fell
15         behind on his job route on a given day, could
16         the HD technician call the HD dispatcher and ask
17         any portion of his route to be reassigned?
18    A    I assume that they could; yes.
19    Q    Okay.  Well, let me ask you, what does Carolyn
20         do if Cox handles all the dispatches?
21    A    Like I said, we still have to in the system
22         enter information to assign equipment and things
23         like that.  So the system is tied together.
24         Even though the title is "Dispatch," it doesn't
25         mean route assignment.  It more means that the
```

```
 1        primary purpose of that job is getting the
 2        proper equipment on the proper customer's
 3        account and addressing issues that occur as a
 4        result of that in order to have the technician,
 5        you know, get the job done at whatever location
 6        he's at.
 7   Q    Would you consider HD to --
 8   A    (The witness begins to speak.)
 9   Q    I'm sorry.  Did I cut you off?  If I did, let me
10        know.
11   A    You're fine.
12   Q    But if I do that during the deposition,
13        sometimes if you pause, I think you're finished
14        and I'll start with my next question.  If I do
15        that, please stop me, and I'll let you finish
16        your answer; okay?
17   A    Okay.
18   Q    Okay.  Would you consider HD to essentially be a
19        will staff company just providing technicians to
20        Cox?
21   A    I don't know what you mean by a "will-staffed
22        company."
23   Q    Are you familiar with companies that are will
24        staff companies where they provide workers to
25        different projects; are you not?
```

```
 1   A    Not -- not by that term; no.
 2   Q    Okay.  Well, in your opinion, does HD do
 3        anything other than simply provide technicians
 4        to Cox to complete Cox projects?
 5   A    What time frame are you talking about?
 6   Q    Well, let's say from 2016.
 7   A    We've had other projects, not only Cox.  So --
 8   Q    Okay.  Well, okay, so let me -- let's back up,
 9        then.  So other than having Cox as a customer,
10        HD has had other entities that have been their
11        customers over the years?
12   A    Yes.
13   Q    Okay.  And what are those entities?
14   A    When we first started, I didn't have the Cox
15        project, so we did some work for Sprint and some
16        other places.
17   Q    Okay.  At some point in time, did HD begin doing
18        work exclusively for Cox?
19   A    The majority for Cox I would say; yes.
20   Q    Okay.  Is your business arrangement with those
21        other entities any different than it is for Cox?
22   A    I'm not sure what you mean.
23   Q    Well, let me see if I can -- let's talk about
24        Cox for a minute.  In your opinion, does HD do
25        anything for Cox other than provide technicians
```

1        to service its projects?

2   A    No.

3   Q    Okay.  But nevertheless, the paychecks that the

4        technicians receive, those come from HD;

5        correct?

6   A    Correct.

7   Q    Okay.  All right.  I want to back up.  I want to

8        ask you, since 2017, January 1st, 2017, -- let's

9        start with that year -- how many employees does

10       HD have?

11  A    I'm sorry, but I don't know that information

12       offhand from that time frame.

13  Q    Is it less than ten?

14  A    I don't really recall.  Probably so, but I don't

15       recall for sure.

16  Q    Would it be less than 20?

17  A    I'm not sure.

18  Q    Okay.  And I understand that in 2017 and even

19       through the present time, HD treats its

20       technicians as independent contractors; is that

21       correct?

22  A    Yes.

23  Q    Okay.  Has that changed from January 1st, 2017,

24       through the present?

25  A    No.

```
 1   Q    Okay.  In the year 2020, how many employees does
 2        HD have?
 3   A    Employees versus independent contractors?  Is
 4        that what you're trying to ask?
 5   Q    Yes, sir.  I'm just -- right now -- I'm going to
 6        get to the independent contractor question, but
 7        right now I'm trying to figure out, in 2020, how
 8        many employees does HD have?
 9   A    Seven.
10   Q    What about 2019?  How many employees did they
11        have then?  Or did it change?  And that was a
12        poorly-worded question.  Let me re-ask it; okay?
13             Did the number of employees from 2020, which
14        you said was seven, change in 2019, or did it
15        stay set?
16   A    I think it's pretty close to the same.
17   Q    Okay.  So when 2020 started, you had seven
18        employees.  Can you tell me who they are?
19   A    Carolyn Ballard, Jody Wallace, Teshan Flowers,
20        Keshia -- I can't remember her last name -- and
21        Corinne Scott.
22   Q    Would that be it?
23   A    Yes.  And well, Cedrika Banks (ph) also.
24   Q    Cedrika Banks?
25   A    Yes.
```

19

```
1   Q    I'm going to ask you quickly what each of them
2        do.  What does Jody do?  What's her job title?
3   A    She's a dispatcher.
4   Q    Dispatcher.  What about -- did you say Keshia?
5   A    Teshan Flowers.
6   Q    Teshan Flowers.  What does he do?
7   A    She is a dispatcher.
8   Q    Okay.
9   A    Well, she was a dispatcher.  She's now
10       warehouse -- she works in the warehouse.
11  Q    Okay.  And you said Corinne Scott (ph).  What
12       does she do?
13  A    Dispatcher.
14  Q    Okay.  And you gave me another name that started
15       with a "K."  Was it Keshia?
16  A    Keshia.  Yes.
17  Q    Keshia.
18  A    She's a dispatcher.
19  Q    A dispatcher.
20            And that last name that you gave me, is it
21       Cegrina?
22  A    Cedrika, C-e-d-r-i--
23  Q    I'm sorry.  My handwriting's terrible.  Cedrika.
24       Okay.  What does Cedrika do?
25  A    She worked in the warehouse as well.
```

```
 1   Q    Is she still an employee?
 2   A    Yes.  And Dominique Bush (ph) is the other
 3        person who is a dispatcher as well.
 4   Q    Now, all these people you named, are they
 5        salaried employees?
 6   A    No.
 7   Q    Okay.  So they are employees, though; correct?
 8   A    Yes.
 9   Q    Okay.  Are they paid on an hourly basis?
10   A    Oh, I'm sorry.  I didn't get your question
11        before.
12   Q    Sure.  I said --
13   A    So -- go ahead.
14   Q    Let me back up for you.  I asked you if those
15        people who you just identified are employees of
16        HD.
17   A    Correct.
18   Q    Okay.  And then I was trying to find out, you
19        know, how HD pays them.  Do they pay them on an
20        hourly basis?
21   A    They're -- they're salaried.
22   Q    Salary.  Okay.  Okay.
23            And you believe in 2019, these would be
24        roughly the same employees you would have had
25        working for HD?
```

```
 1    A     Yes.
 2    Q     Okay.  And how many -- how many people who you
 3          classify as independent contractor technicians
 4          do you have in 2020?
 5    A     It's probably about 23.  Well, no.  It's
 6          probably about twenty -- 26, 27.
 7    Q     Does that -- does that number fluctuate
 8          throughout the year?
 9    A     Somewhat; yes.
10    Q     Could that number have been higher at the
11          beginning of 2020?  I know we went through COVID
12          or we're still going through COVID.  You know,
13          did that number change as a result of the
14          pandemic?
15    A     A little bit; yes.  But I don't know -- to be
16          honest, I don't know the exact numbers off the
17          top of my head of how many people were at each
18          different time.  I would have to refer to
19          something.
20    Q     Sure.  Okay.  Fair enough.
21              Did HD apply for a PPP loan?
22    A     Yes.
23    Q     Do you remember -- well, let me ask you this.
24          Are you the one who would have applied for the
25          PPP loan on behalf of HD?
```

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | Okay.  Do you remember how many employees that |
| 3 | | you represented worked for HD on your PPP loan? |
| 4 | A | No; I don't. |
| 5 | Q | Would I be wrong if I were to tell you that it |
| 6 | | was 46? |
| 7 | A | I'm not sure. |
| 8 | Q | Okay.  If the number of employees that you |
| 9 | | represented was 46, can you tell me what the |
| 10 | | basis of that would have been? |
| 11 | A | I mean, I would have to look at the -- I would |
| 12 | | have to look at the records, to be honest.  The |
| 13 | | numbers I'm giving you are based on my kind of |
| 14 | | recent general recollection of payroll and the |
| 15 | | number of routes we have right now. |
| 16 | Q | Okay.  So you wouldn't -- |
| 17 | A | But in general -- in general, it would include |
| 18 | | the types of people that I've described -- in |
| 19 | | general. |
| 20 | Q | But you wouldn't have -- you wouldn't have |
| 21 | | counted the independent contractor technicians |
| 22 | | as employees when you applied for your PPP loan; |
| 23 | | would you? |
| 24 | | MR. LEWIS: |
| 25 | | Object to the form of the question. |

```
 1    MR.  HAYES:

 2  Q    You can answer.

 3  A    I applied for the PPP loan based on the

 4       guidelines.

 5  Q    Okay.  Well, I guess what I'm trying to get down

 6       to, Mr. Davillier, is this.  You told me that

 7       you have seven employees in 2020, and your PPP

 8       loan represents that you have 46.  So I'm trying

 9       to find out if you included your technicians as

10       employees when you applied for the PPP loan?

11           MR. LEWIS:

12               Object to the form of the question.

13    MR.  HAYES:

14  A    I would have to look at the regulations.  I

15       mean, I -- I filled out the PPP loan based on

16       the guidelines of the document, so that's all I

17       can really tell you.  I don't know what else to

18       say.

19  Q    Well, I guess I'm trying to figure out how you

20       got to the number 46.  Who did you include?

21       Irrespective of the guidelines, I'm trying to

22       figure out who you included in your PPP loan to

23       get to the number 46 versus the seven employees

24       you actually have.

25           MR. LEWIS:
```

```
 1                  Objection.  Asked and answered.
 2             MR. HAYES:
 3                  He hasn't answered that question.
 4   MR. HAYES:
 5   A   I included everyone that fit the guidelines of
 6       the PPP loan.
 7   Q   Did anyone help you fill out the PPP paperwork?
 8   A   I completed it myself.
 9   Q   Okay.  Did you seek assistance from anyone else?
10   A   I don't recall.  I mean, I may have discussed
11       the general guidelines, but I don't recall
12       specifically.
13   Q   Well, but you still haven't answered my
14       question, which is I want to know who the 46
15       people are that you included as employees for
16       your PPP loan.
17             MR. LEWIS:
18                  Objection.  Preston, I have to just
19             disagree.  This is -- the PPP would be
20             outside of the class period and anything
21             related to this case.
22             MR. HAYES:
23                  No.
24             MR. LEWIS:
25                  So if you stop there, I'm going to into
```

```
 1              the relevance of it.
 2              MR. HAYES:
 3                  Well, the relevance of it is he's
 4              maintained in this proceeding that all of
 5              the technicians are independent contractors.
 6              And it appears to me, and that's what I'm
 7              trying to get to the bottom of, has he
 8              represented to the Federal Government that
 9              those people are actually employees to gain
10              PPP funds.  That's why this is very
11              relevant.  And I want to know who those 46
12              people are that he told the Federal
13              Government were employees.
14     MR. HAYES:
15     A   Again, I completed the PPP loan based on the
16         guidelines and submitted the information to the
17         bank, and I've given the bank everything in
18         terms of the information required that they
19         requested, and I've answered all of their
20         questions.
21     Q   Well, I'm not asking you about the guidelines.
22         You filled out the PPP paperwork, and you came
23         up with the number 46 as being the number of
24         employees, and all I'm asking you is who those
25         46 are.
```

```
 1   A    I'm just telling you that that is the PPP loan.
 2        I don't see how it's relevant to this, these
 3        proceedings.
 4   Q    Well, it is, sir, and I'm asking you to answer
 5        my question, who are the 46 people --
 6   A    I don't know that information offhand.
 7   Q    -- that you told the Federal Government were
 8        employees?
 9   A    I'm sorry, sir, but I just don't have that
10        information in front of me, so I can't really
11        even answer that question if I wanted to.
12   Q    Okay.  Well, you would agree with me that the
13        number seven you gave me is a far different
14        number than 46; correct?
15   A    I agree in general terms that seven is a
16        different number from 46; yes.
17   Q    Okay.  But as you sit here today, you don't know
18        who those other 39 people are that you told the
19        Federal Government were your employees?
20             MR. LEWIS:
21                  Objection.  Calls for speculation.
22   MR. HAYES:
23   Q    I'm not asking you to speculate.  If you don't
24        know, you don't know.  But I'm asking you, and
25        you filled that paperwork out a couple of months
```

```
 1         ago.  My question to you is, as you sit here
 2         today, you don't know who those other 39 people
 3         are that you told the Federal Government were
 4         your employees?
 5   A     I don't agree with your question.  I don't
 6         understand your question, and I don't agree with
 7         the basis of the question because you're making
 8         assumptions there, and I can't really address
 9         that.
10   Q     Well, what -- what assumptions do you think I'm
11         making?
12   A     I don't know.  They're your assumptions.  I
13         can't answer what you were thinking.
14   Q     Well, my question to you is, you have 46 people
15         listed as employees; do you agree with that?
16            MR. LEWIS:
17               Objection.  Mischaracterizes his
18            earlier testimony, and it's been asked and
19            he answered it.
20            MR. HAYES:
21               He's not.  He's not answering my
22            question.  And if we need to get the
23            Magistrate involved, we will, because I want
24            to get to the bottom of this.  This is
25            highly relevant.  He's maintained in these
```

```
 1                proceedings they're all independent
 2                contractors, but yet, it does appear that
 3                maybe he represented that they were
 4                employees to the Federal Government, so I
 5                want to know which one is it.
 6   MR. HAYES:
 7   Q    Why did you represent that there are 40-
 8        something employees of your company when you've
 9        told me earlier there are seven?  So my question
10        to you is, did you include the actual
11        technicians as employees when you filled out the
12        PPP loan?
13   A    My answer is that the technicians for HD and
14        Associates are independent contractors.
15   Q    And if you would have represented to the Federal
16        Government that they're employees, that would
17        have been false; correct?
18                MR. LEWIS:
19                     Objection.
20   MR. HAYES:
21   Q    You can answer my question.
22   A    I followed the guidelines and communicated with
23        my bank regarding the PPP guidelines, and that's
24        what I did.
25                MR. HAYES:
```

```
 1              I'm going to object to the
 2              responsiveness.  And if we have to get the
 3              Magistrate on the phone, that's fine.  We
 4              can do that.
 5   MR. HAYES:
 6   Q    But my question to you, sir, is, if you
 7        represented in your PPP paperwork that the
 8        technicians were your employees, that would have
 9        been false; correct?
10   A    I do not agree with you.
11   Q    Okay.  So you think they are your employees?
12              MR. LEWIS:
13                   Objection.
14   A    I disagree with your statement that something I
15        submitted was false.  That's what I'm saying.
16   MR. HAYES:
17   Q    Okay.  So what you're saying is, it would not
18        have been false if you told the Federal
19        Government that your technicians were your
20        employees?
21   A    That is not what I'm saying, sir.
22   Q    Well, it's an either/or question, sir.  What I'm
23        asking you, very, very plain, it's a yes or no
24        question, if you represented to the Federal
25        Government through your PPP paperwork that the
```

```
1        technicians that work for HD were independent
2        contractors, that would have been false?
3              MR. LEWIS:
4                   Objection.  Mischaracterizes the
5              earlier testimony.
6              MR. ZIMMER:
7                   Well, Preston, we probably do need to
8              go ahead and get the Magistrate on.  I
9              think --
10             MR. HAYES:
11                  Yeah, yeah, because this -- yeah, yeah.
12             We're just talking -- we're talking in
13             circles here.
14             MR. ZIMMER:
15                  Yeah.  You're asking him a highly
16             detailed legal question about the definition
17             of employee, and that's a federal
18             application as opposed to what he classifies
19             employees in his own use.  So we should
20             definitely get the Magistrate on --
21             MR. HAYES:
22                  Yeah, yeah.
23             MR. ZIMMER:
24             -- because this is way, way --
25             MR. HAYES:
```

```
 1              Yeah, yeah, yeah; I want to do that.  I
 2      mean, I don't want to argue in front of him
 3      because, you know, I think you're telling
 4      him how to answer.
 5      MR. ZIMMER:
 6              Yeah.  Shut down -- yeah.  Shut down on
 7      the deposition right now.  Let's shut it
 8      down, and we'll get back on whenever you've
 9      got the Magistrate ready to go.
10      MR. HAYES:
11              Okay.  Let me -- I'll go ahead and mute
12      it and stop it, and then I'll work on
13      getting the Magistrate on the line.  Do you
14      want me to call you directly, Charlie?
15      MR. ZIMMER:
16              Yeah.  We'll figure out how to get the
17      Magistrate set up or whatever.
18      MR. HAYES:
19              What's your -- what's your phone
20      number, your direct line?
21      MR. ZIMMER:
22              504 -- 504-729-8082.
23      MR. HAYES:
24              8082.  All right, let me get off, and
25      I'm going to call you first, and then you
```

```
 1              and I can -- can call the Magistrate
 2              jointly.
 3              MR. ZIMMER:
 4                   Sounds good.
 5                        (Off the record.)
 6              MR. HAYES:
 7                   Madame Court Reporter, are we back on
 8              the record?
 9              THE REPORTER:
10                   Yes; we're ready.
11              MR. HAYES:
12                   Thank you.
13   MR. HAYES:
14   Q    All right, Mr. Davillier, when we left off, I
15        was asking you some questions about the PPP
16        loan.  In the number of individuals, whether or
17        not you want to call it independent contractors
18        or employees, did you include the technicians in
19        the number of individuals on your PPP loan?
20   A    Yes.
21   Q    Okay.  And did you give any of the PPP money
22        that you received to technicians?
23   A    Yes.
24   Q    Okay.  Did you understand that you were
25        representing to the Federal Government that
```

```
 1        those people were employees of HD?
 2             MR. LEWIS:
 3                  Objection to the form of the question.
 4   MR. HAYES:
 5   A    That was not my understanding.
 6   Q    Okay.  So it was your -- it was your
 7        understanding that you could claim independent
 8        contractors in your PPP loan information?
 9             MR. LEWIS:
10                  Objection to the form of the question.
11   MR. HAYES:
12   A    My understanding is that everything I submitted
13        in my PPP application is consistent with the
14        guidelines.
15             MR. HAYES:
16                  That wasn't my question to you, sir,
17        and I'll object to the responsiveness.
18   MR. HAYES:
19   Q    My question to you is, was it your understanding
20        that you could claim independent contractors in
21        your submission for your PPP loan?
22             MR. LEWIS:
23                  Objection again.
24   MR. HAYES:
25   A    I submitted the loan based on my interpretation
```

|     |   |                                                          |
|-----|---|----------------------------------------------------------|
| 1   |   | of the guidelines and what was required, and             |
| 2   |   | I've already told you that I've included the             |
| 3   |   | technicians in that submission.                          |
| 4   | Q | Okay.  How did you pay them when the PPP money           |
| 5   |   | came in?                                                 |
| 6   | A | I don't know that offhand.  It was, you know, --        |
| 7   |   | I would have to refer to my documents, but I            |
| 8   |   | paid them weekly anyway, so --                          |
| 9   | Q | You don't know how you came up with your                |
| 10  |   | calculations?  Go ahead.  I didn't mean to cut          |
| 11  |   | you off.                                                 |
| 12  | A | I'm not sure I understand your -- your question.        |
| 13  | Q | Sure.  My question is, how did you determine how        |
| 14  |   | much you were going to give each technician from        |
| 15  |   | the PPP loan?                                            |
| 16  | A | The PPP loan is set up to cover overall                 |
| 17  |   | expenses.  So part of that is technician pay, so        |
| 18  |   | I used it to -- to pay the technicians as well          |
| 19  |   | as the employees.  But that's -- I don't                |
| 20  |   | understand how that's relevant to the current           |
| 21  |   | time frame that we're talking about.                    |
| 22  | Q | Well, well, that's not -- well, I'm not going to        |
| 23  |   | explain to you the rules of depositions and             |
| 24  |   | what's allowable and what's not.                        |
| 25  | A | Okay.                                                    |

```
 1    Q    But my question to you is, what formula did you
 2         utilize to determine how much money each
 3         technician got from the PPP loan?
 4              MR. LEWIS:
 5                   Objection.
 6    MR. HAYES:
 7    A    It was not that type of calculation, so I
 8         don't -- I can't tell you a specific formula
 9         that I used for each person.  I don't really
10         know that right now off the top of my head.
11    Q    Would HD maintain documentation as to the amount
12         of money from the PPP loan that was paid to each
13         technician?
14    A    Not in that specific format; no.
15    Q    Would just the amount of money paid to them be
16         documented somewhere?
17    A    The expenses for the company are documented;
18         yes.
19    Q    But if we looked at what was paid to the
20         technicians, would HD maintain documents which
21         shows how much of the PPP loan was paid to
22         technicians?
23    A    I mean, we could figure that out.  I don't know
24         that right now.
25    Q    Okay.  The technicians that you paid the PPP
```

```
 1          funds to, are those technicians any different
 2          than the ones that we have in our current
 3          litigation?
 4               MR. LEWIS:
 5                    Objection.
 6     MR. HAYES:
 7     A    They're current technicians with the company.
 8          The technicians in the litigation are not
 9          current technicians.
10     Q    Sure.  But I guess my question to you --
11     A    So they're different.
12     Q    Are their job duties today any different than
13          the job duties of the technicians who worked for
14          you that are part of this lawsuit?
15     A    No.
16     Q    Okay.  And I understand that you made your
17          application for a PPP loan to Hancock Whitney
18          Bank?
19     A    Yes.
20     Q    Do you still have the documentation that you
21          submitted to Hancock Whitney Bank?
22     A    I'm sure the bank has a copy.  I'm sure I do as
23          well.
24     Q    Well, that's my question.  Before I can go and
25          subpoena the bank records, I first have to ask
```

```
 1          you if HD maintains the records that were
 2          submitted to the bank for the PPP loan.
 3     A    I should have a copy; yeah.
 4     Q    Okay.  I would ask you to preserve those,
 5          because I will make a formal -- a formal request
 6          for those later; okay?
 7     A    Okay.
 8     Q    Okay.  Would you agree with me that the
 9          technicians that are a part of this lawsuit were
10          an integral part of your business at HD?
11     A    Each technician?  They were part of the company
12          operations; right?  So yeah.
13     Q    Well, let me ask you this.  What services does
14          HD provide to its customers in the last three
15          years?
16     A    Telecommunications services.
17     Q    And it's my understanding -- I'm sorry.  Go
18          ahead.
19     A    For Cox, it would be telecommunications and
20          installs for residential customers.
21     Q    Okay.  And it's my understanding -- and I want
22          you to correct me if I'm wrong -- that one
23          hundred percent of that work that you provide
24          are provided by the technicians; correct?
25     A    Yes.
```

```
 1   Q     Okay.  And there are no services that HD
 2         provides that -- strike that.
 3              In the last three years, all of the income
 4         derived by HD is a result of work performed by
 5         the technicians in this lawsuit; correct?
 6   A     No.
 7              MR. LEWIS:
 8                   Object.
 9   MR. HAYES:
10   A     That's not correct.
11   Q     Well, that was a poor question, probably.
12              One hundred percent of the income derived by
13         HD is a result of work performed by technicians?
14   A     No.
15   Q     Okay.  Well, tell me -- tell me what income HD
16         derived that is not as a result of technician
17         labor.
18   A     Like I said, we have different projects at
19         different times, so not all of those projects
20         involve residential cable installation.  So I've
21         had -- over this period of time, I've had other
22         projects with the Recovery School District that
23         was not -- that did not involve cable
24         installation.
25   Q     Was any of that work performed by the
```

```
 1        technicians?
 2   A    No.
 3   Q    Okay.  Who would have performed that work?
 4   A    The person working on that project.
 5   Q    Well, I know, but I mean, what was their title
 6        with HD?
 7   A    I mean, they were -- they were -- we're not
 8        really big on titles, per se, in term of a
 9        formal organizational structure, but I guess he
10        would have been a construction -- construction
11        auditor.
12   Q    Okay.  And he's the sole person who would have
13        performed the services that you referenced just
14        a moment ago?
15   A    Yes.
16   Q    Okay.  So it would have been one individual?
17   A    For that project, yes.
18   Q    Okay.  And when was that project performed?
19   A    I don't remember the dates specifically.
20   Q    Do you remember the year?
21   A    It would have been in the period of the time
22        we're talking about.
23   Q    Okay.  How many other individuals would have
24        performed work that had HD derived income from
25        other than the one individual that you've just
```

```
 1        identified for us as a construction auditor?
 2   A    Myself, if I had a different project come up.
 3        But I'm not -- you know, it's really difficult
 4        to answer that question without having that
 5        information in front of me.
 6   Q    Well, let me ask it --
 7   A    So --
 8   Q    I'm sorry.  Go ahead.
 9   A    Yeah.  I just don't -- I don't track things like
10        that.  You know, projects come and go, and
11        sometimes we have an opportunity and we -- we
12        dedicate whatever resources we can get to that
13        project.
14            But sometimes projects vary durations, but
15        we do other things in general.  We -- Cox is not
16        the only thing that we do.
17   Q    Would you agree with me, though, that the vast
18        majority of the revenue received by HD is as a
19        result of technician labor?
20   A    Well, I mean, I don't see how you discount
21        dispatch labor, but a good percentage of our
22        work involves the Cox project.
23   Q    Okay.  Well, -- well, the dispatchers, they
24        don't generate the income; do they?
25   A    Well, if nobody puts that equipment on the
```

| | | |
|---|---|---|
| 1 | | account, then there is no income.  So they serve |
| 2 | | an important role as well.  That's all I'm |
| 3 | | really trying to say.  That's all. |
| 4 | Q | And I guess -- and I guess the question I'm |
| 5 | | getting at is, you don't charge Cox for dispatch |
| 6 | | labor; do you? |
| 7 | A | I -- the contract is not set up based on who's |
| 8 | | doing what.  It's not really broken down like |
| 9 | | that. |
| 10 | Q | Well, isn't a field service agreement set up to |
| 11 | | pay for jobs completed by technicians in the |
| 12 | | field? |
| 13 | A | Yes, but part of completing a job is the |
| 14 | | technician physically putting the equipment on |
| 15 | | the account and the dispatcher electronically |
| 16 | | making sure that everything's correct.  That's |
| 17 | | all I'm saying is those two pieces kind of work |
| 18 | | together.  That's all. |
| 19 | Q | Does Cox reimburse you for any payments made to |
| 20 | | dispatchers? |
| 21 | A | No. |
| 22 | Q | Okay.  Without technician labor, would HD cease |
| 23 | | to exist? |
| 24 | A | No. |
| 25 | Q | Okay.  So HD could still perform all of its job |

```
 1          duties and turn a profit without technicians in
 2          the field; is that what you're saying?
 3     A    You asked me would HD cease to exist as a
 4          company?
 5     Q    Right.
 6     A    Correct?
 7     Q    Correct.
 8     A    So my answer is no.
 9     Q    And my question to you is, would HD be able to
10          fulfill its obligations under the contract with
11          Cox without technician labor in the field?
12     A    No.
13     Q    Are the technicians -- and I want to focus on
14          the ones that are part of our lawsuit.  Were the
15          technicians that are part of our lawsuit hired
16          for a specific period of time?
17     A    No.
18     Q    Okay.  Their tenure -- and I'll refrain from
19          using the word "employment," because I'm sure
20          your lawyer would object to that, but would --
21          would their work with HD be indefinite in
22          nature?
23     A    No.  It would really kind of depend on the
24          demand and the requirements that Cox has in
25          terms of the number of technicians they need.
```

43

```
1    Q    Sure.  But their -- but their contract with HD
2         wasn't for a term; correct?
3    A    Not specifically, from what I -- I mean, I would
4         have to look at the document.
5    Q    So if -- if Cox had a continuing demand for
6         technician labor and you had a technician that
7         did a good job, he would continue to receive
8         work; is that correct?
9    A    Typically, yeah.
10   Q    And that would be --
11   A    As long as the work is there and they met the
12        requirements and standards set forth by Cox;
13        yeah.
14   Q    You would -- he would continue his work on
15        behalf of HD on an ongoing basis; correct?
16   A    If the demand was there from Cox and he met the
17        Cox requirements, yes.
18   Q    Okay.  I want to talk a little bit about the
19        engagement practices of HD when it came to
20        engaging employees or independent contractors,
21        as I know you would call them.  Tell me how it
22        is that HD engages new contractors, new
23        technicians.
24   A    That's pretty general.
25   Q    Yeah.  Let me -- let me see if I can clean that
```

44

```
1         up for you.  Does HD do any advertising to
2         solicit new technicians to apply with your
3         company?
4              MR. LEWIS:
5                   Objection.  Calls for speculation.
6    MR. HAYES:
7    Q    You can answer the question.
8    A    In general,-- in general, no, but I would --
9         generally, no.  But you know, if there was a
10        need to do that, then certainly we would look at
11        that option.
12   Q    Has that been done in the past?
13   A    Not to my -- honestly, I can't really recall
14        directly.  Maybe when we first started out, it's
15        possible.
16   Q    I guess what I'm trying to find out, Mr.
17        Davillier, is how is it that new technicians
18        come to HD?
19   A    Typically, it's either referrals -- you know, a
20        lot of it is referrals from existing
21        technicians.
22   Q    Okay.  So does HD only engage experienced
23        technicians, or do y'all sometimes get people
24        who want to be technicians and it's their first
25        job in this particular field?
```

```
 1            MR. LEWIS:
 2                 Objection to the form of the question.
 3    MR. HAYES:
 4    A    Can you repeat that?  I'm sorry.
 5    Q    Yeah.  I'm trying to find out if HD only engages
 6         technicians that have previous experience.
 7    A    In general, previous -- I mean, they have to
 8         have some type of technical aptitude.
 9    Q    Okay.  Let me -- let me -- yeah; let me try to
10         rephrase that.  Does HD only engage technicians
11         that have previous experience as cable
12         technicians?
13    A    The majority, yes, but there are some
14         exceptions.
15    Q    Okay.  So HD on occasion would engage
16         technicians that had never had experience as
17         technicians before applying with HD; is that
18         fair?
19    A    Typically, -- typically, it's not -- maybe not
20         technicians in household situations, but they
21         may have other technical experience.
22    Q    Okay.  Has HD ever engaged a technician that
23         doesn't have that?
24    A    A few times.  Not very many, but a couple of
25         times.
```

```
 1   Q    Okay.
 2   A    It's a smaller number.
 3   Q    Right.  And I can appreciate that.  I guess the
 4        question I want to really get to is, when you
 5        have someone who doesn't have any experience and
 6        they're engaged as a technician on behalf of HD,
 7        what type of training are they provided before
 8        they're allowed to go out in the field and
 9        service Cox contracts?
10   A    They -- there's typically some online training
11        and some in-person training, and they're
12        typically shadowed by one of the lead -- the
13        supervising technicians to kind of assess
14        their -- their abilities, etcetera, at that
15        point.
16   Q    How long does that process typically take?
17   A    It varies by individual.  So you know, it could
18        be four weeks.  It could be longer.
19   Q    You referenced --
20   A    But typically four weeks.
21   Q    Okay.  You referenced some online training
22        materials, I think.  Could you tell me a little
23        bit about that?
24   A    Like, some of that is just -- I say online, but
25        it's just electronically, so some of the
```

```
 1          information that Cox provides in terms of
 2          standards.  So they've got to -- they've got to
 3          learn the Cox standards, because that's kind
 4          of -- the Cox standard is kind of what we work
 5          towards or work by.  So that information is --
 6          is communicated to the technicians --
 7     Q    So --
 8     A    -- and then, you know --
 9     Q    So HD requires its technicians to adhere to the
10          Cox standards; correct?
11     A    Correct.
12     Q    Okay.  Are they allowed to complete jobs as they
13          see fit, or are they always expected to adhere
14          to the Cox standards?
15     A    Well, the Cox standard defines what is expected
16          to be done.  It doesn't define how it's done.
17          The how it's done is -- that has to be
18          determined by the technician, because everybody
19          has their own way of working and their own -- so
20          when I talk about standards, I'm talking about
21          technical standards.
22               So if the dB levels have to be at a certain
23          place, the connectors have to be put on a
24          certain way to make sure that there's no impact
25          to the Cox network.  So when I talk about
```

```
 1              standards, I'm really talking about technical
 2              standards.  How a technician decides to run a
 3              wire or troubleshoot, that's an individual --
 4              individual technician skill that varies by
 5              technician.  So the standard has to be met.  The
 6              process is up to the technician.
 7    Q    Are the online materials that you refer to, are
 8         they available to you now?
 9    A    No.  It's just PDF documents.
10    Q    Okay.  So if I were to --
11    A    I think most of it is in the contract, the FSA
12         agreement, I think.  I'm not sure, but there's
13         PDF documents.  And occasionally --
14    Q    But if I were to -- go ahead.  I'm sorry.
15    A    Go ahead.
16    Q    I just wanted to know, if I were to ask for
17         those PDF documents, HD would be in possession
18         of those; correct?
19    A    I think those have already been submitted.
20    Q    Okay.  And maybe so.  I just want to make sure
21         we're all on the same page that the documents
22         that you're referring to is not something that
23         is no longer in HD's possession.
24    A    Right.
25    Q    Okay.  And you also talked about, for lack of a
```

```
 1        better term, ride-alongs where a new technician
 2        would ride along with a more experienced
 3        technician.  Is that the process that you were
 4        describing?
 5   A    Yeah.
 6   Q    Okay.  And tell me what -- what the more
 7        experienced technician would be looking for from
 8        a new technician.
 9   A    Again, standards; right?  So just making sure
10        that they're putting the connectors on according
11        to the Cox standard and that they're checking
12        the levels leading into the house to make sure
13        that the levels are up to standard and how to --
14        how to maintain the equipment.  That's the bulk
15        of it, is that, making sure that standard is
16        met.
17   Q    Okay.  We talked about the PDF documents.  We
18        talked about the ride-along.  And other than
19        that, would a new tech receive any other
20        training?
21   A    That's the primary.  I mean, for a new tech,
22        that's the primary method.  If Cox rolls out
23        something new, then they typically send that
24        information to us to provide to the technicians
25        for a new product or standard if their standard
```

```
 1        changes for some reason.
 2   Q    Okay.  Well, if their standards change, do you
 3        have to meet with all of your techs, even the
 4        ones that are experienced, and advise them of
 5        the change in circumstances?
 6           MR. LEWIS:
 7              Objection to the form of the question.
 8   MR. HAYES:
 9   Q    You can answer.
10   A    Yeah.  I don't know.  Like, that's pretty
11        general.  That's pretty general.  You know, if
12        it's related to the technical standard, if they
13        change a technical standard and it's going to
14        impact the customer, then we have to inform the
15        technicians about that change; yes.
16   Q    And how would you go about doing that?  Would
17        you hold a meeting, or would it just be an
18        email?  Tell me about that process.
19   A    I mean, it depends on the -- it depends on the
20        thing.  So usually, meetings aren't required for
21        that type of thing.  It's just communicated to
22        them, but it depends on what it is.
23           Like, sometimes it's a -- it's a simple
24        thing where we just have to make sure everybody
25        knows.  If a meeting is required, then, you
```

```
 1          know, we would have a meeting.  But the --
 2               MR. HAYES:
 3                    I think it froze for a second.  Okay,
 4               we're back.
 5     MR. HAYES:
 6     A    Yeah.  So if a meeting is required, you know, we
 7          would have a meeting.
 8     Q    Okay.
 9     A    But if a meeting is not required, then we would
10          just communicate the information.  Does that
11          makes sense?
12     Q    Yeah.  If the techs had -- well, strike that.
13               Was there a manager or a supervisor that the
14          techs in the field would have to report to if
15          they had an issue or a problem?
16     A    The lead technicians would be probably the first
17          person for them to talk to.
18     Q    Okay.  I'm not familiar with HD's structure.  We
19          have field technicians, and there's an assigned
20          lead technician for all the other technicians?
21     A    Typically, yes.
22     Q    Okay.  And does that lead technician change, or
23          it's someone who's been there for a number of
24          years?
25     A    I mean, it could change.  I mean, it's like
```

```
 1        everything else; right?
 2   Q    Uh-huh.
 3   A    But you're not necessarily going to have the
 4        same technician with the same lead person every
 5        time, but it could happen for a while.
 6   Q    Uh-huh.  Yeah.  Who does the lead technician
 7        answer to?
 8   A    Stephen Becnel (ph) would be the first line.
 9        The first person for that person to talk to
10        would be Stephen Becnel.
11   Q    Okay.  And what type of things would a field
12        technician call Stephen Becnel to talk to him
13        about?
14   A    I mean, I don't know.  I wouldn't be called, so
15        I can't --
16   Q    Right.  That would be a question for Stephen
17        Becnel?
18   A    I mean, just in general terms, if the technician
19        has problems or let's say he can't get to the
20        house or something, then, you know, he would --
21        he would call the lead technician or maybe
22        notify dispatch.  So it's not -- the situation
23        you're describing doesn't really -- I don't
24        know.  It would be like a limited case
25        situation, so I don't know really how to answer
```

```
 1              that part.
 2    Q    Okay.  In what circumstances would the
 3         technicians interact with the dispatchers?
 4    A    A customer's not home, "This equipment is not
 5         working," you know, "I can't get this equipment
 6         to work," "I have to leave today.  I can't -- I
 7         have to leave right now.  I can't finish my
 8         day."  So stuff like that.
 9    Q    Does HD ever change -- I understand what you
10         told me before, that Cox sets the routes for the
11         day.  Does HD or employees of HD ever change the
12         routes for a day?
13    A    That -- that could happen.
14    Q    Okay.  And under what circumstances would that
15         happen?
16    A    I don't really monitor to that level of detail,
17         to be honest with you.  But again, if we change
18         something, then the Cox system is pretty
19         automated.  So if we make a change, it's going
20         to change it back or it'll change it to
21         something else.  So some of this is, if you
22         start with a certain set of jobs in the morning,
23         by 11 o'clock, the Cox system could rearrange
24         those jobs automatically, regardless of how it
25         started in the morning.
```

1    Q    Who had authority within HD to go in and change

2         jobs in the Cox system?

3               MR. LEWIS:

4                    Objection to the form of the question.

5    MR. HAYES:

6    Q    You can answer.

7    A    So I'm not sure what you mean by "who had

8         authority."  Who can potentially do it?

9    Q    Well, no.  Maybe it was a bad question.  I just

10        want to know, as a matter of practice, who would

11        do it.  I know you said that on occasion that

12        would happen, and I'm just curious to find out

13        who within HD would actually make the change.

14              MR. LEWIS:

15                   Objection.

16   MR. HAYES:

17   A    I mean, a number of people have access to be

18        able to do that.  I mean, the dispatchers could

19        change it.  Stephen Becnel could change it.  So

20        it's a number of people that could change it.

21   Q    Okay.  Does HD maintain a warehouse where the

22        equipment for the installs are housed or

23        maintained?

24   A    Yes.

25   Q    Okay.  And where is that?

```
 1   A     777 Behrman Highway.
 2   Q     Okay.  Anytime before the technicians started
 3         their route for the day, would they have to go
 4         to the warehouse to pick up equipment?
 5   A     Occasionally.  It depends on what they have on
 6         their van.
 7   Q     Okay.  So if they didn't have the equipment on
 8         their van for the work assigned in a given day,
 9         they would have to go to the warehouse to pick
10         up that equipment; is that correct?
11   A     Sometimes.  It depends on what they're missing,
12         you know.  Typically, the goal is to have them
13         with enough -- part of the technician's
14         responsibility is to manage their inventory, so
15         they should be able to maintain enough to have
16         enough equipment on the truck to handle whatever
17         they might be assigned in a given day, anyway.
18         So typically, the technician is not just going
19         every day to the warehouse.  But if they have,
20         like if you were just missing one box, I mean,
21         sometimes that box is brought out to them.  It
22         just depends on, you know, that's a very
23         specific thing.  But in general, they have to
24         make sure that they have equipment.  So the
25         purpose of going to the warehouse is to stock up
```

```
 1        the van for whatever routes or jobs you may have
 2        during that week or two weeks.
 3   Q    Does HD keep track of the number of times a
 4        technician has to go to the warehouse in a given
 5        week?
 6             MR. LEWIS:
 7                  Objection to the form of the question.
 8   MR. HAYES:
 9   A    We track the inventory and when it's assigned to
10        technicians.
11   Q    Well, I guess what I'm trying to find out, for
12        instance, if I wanted to find out the number of
13        times Lonnie Treaudo went to the warehouse
14        during his tenure with HD, is there a document
15        within HD that would show you that?
16   A    Yes.  I mean, we would pull the times that
17        equipment was assigned to him from the
18        warehouse, and that's how we know he had to go
19        to the warehouse on those days.
20   Q    Okay.  And you still maintain that type of data?
21        If I were to ask for it, you'd be able to or HD
22        would be able to produce it?
23   A    Not easily, but it's something that we would
24        have to compile individually, so it'd take some
25        time to gather that information, but -- but we
```

```
 1        could produce that information for a specific
 2        technician.
 3   Q    Okay.  How does dispatch and scheduling work for
 4        non-Cox clients?
 5             MR. LEWIS:
 6                  Objection.
 7   MR. HAYES:
 8   A    I'm sorry.  I don't even understand the question
 9        for that.
10   Q    Sure.  Sure.  I know that you said that the
11        majority of the work was done for Cox; that
12        that's your primary client; correct?
13   A    That is a primary -- that is a project that we
14        have.  I don't -- I mean, I don't want to get
15        into classifying primary or secondary or
16        tertiary.  Every client is important to us,
17        so --
18   Q    No.  What I'm trying to get at is, I thought you
19        testified that, other than Cox, you do or the
20        technicians do work for other entities or
21        clients other than Cox; is that -- is that true?
22   A    I mean, there's no dispatching or scheduling
23        similar to the Cox project for other projects.
24        If it's a different project, then you know what
25        I mean?  It's not -- so that question -- I don't
```

```
 1          see how the question -- it's not -- the
 2          dispatchers don't work on any other projects.
 3          Those dispatchers work on the Cox project --
 4      Q   Well, do your -- do your technicians work on any
 5          other projects besides Cox projects?
 6      A   They -- they are free to do whatever they want
 7          to do outside as long as they're not needed.  So
 8          some of them have done other things outside of
 9          specifically for Cox.
10      Q   Well, that's -- that's not my question.
11      A   And on occasion --
12      Q   But go ahead.  That's not my --
13      A   Well, go ahead.  I don't know -- okay.  What was
14          the question?
15      Q   Yeah.  What I'm asking you -- yeah, what I'm
16          asking you is this.  I thought you said that Cox
17          was not the only entity that HD performed
18          projects for.
19      A   Correct.
20      Q   Okay.  So -- and for all those other projects
21          other than Cox, did you use technicians to
22          service those projects?
23      A   On occasion; yes.
24      Q   Okay.  So what I'm getting at is this.  On those
25          other projects when you used technicians to
```

```
 1          service those projects, how would they get those
 2          job assignments?
 3     A    It's just different.  So it's just a different
 4          type of job, so you're talking about maybe one
 5          day to go and do something at an office.  Let's
 6          say, then and it wasn't all of the Cox
 7          technicians.  But there are some of them that
 8          did other projects when they came up, and they
 9          would just coordinate with the person that
10          requested the -- the work.  So they would
11          coordinate with the company and schedule a time
12          for when they would go and do the job.
13     Q    How would they know that there was another
14          project out there other than Cox?
15     A    If it came -- I mean, if it came through HD,
16          then either myself or Stephen Becnel would
17          contact them or the -- and a couple of times, I
18          think the other party contacted them as well.
19     Q    So on the occasions when there were other
20          projects other than Cox, you would instruct the
21          technicians to be in contact with the client to
22          arrange to perform the work; is that what I'm
23          hearing?
24               MR. LEWIS:
25                    Objection.
```

1    MR. HAYES:

2    A    I mean, we would just coordinate the time, a

3         mutually agreeable time for them to show up and

4         do the work.

5    Q    Then you would communicate that to the

6         technician?

7              MR. LEWIS:

8                   Objection.

9    MR. HAYES:

10   A    I mean, sometimes it's the third party and the

11        technician.  Sometimes it was me.  It just

12        depends on the scenario.

13   Q    Well, that's what I'm trying to get to the

14        bottom of.  On these other projects, if you had

15        a technician such as, you know, Terraine Dennis,

16        would the entity just call them without having

17        HD involved if it was an HD project?

18              MR. LEWIS:

19                   Objection to the form of the question.

20         You can answer.

21   MR. HAYES:

22   A    If it's an HD project, then I'm going to be in

23        the loop somehow.  But if it's not an HD

24        project, they are certainly free to go do

25        whatever they want to do.

1   Q    Yeah, well, I'm not talking about that.  What

2         I'm talking about is HD projects.  You would be

3         in the loop and communicating with the

4         technician as to the other work for an HD

5         project?

6   A    Yes.

7   Q    Correct?  Okay.

8   A    Yes.

9   Q    I want to talk to you a bit about the routing in

10        a given day.  How would a technician receive his

11        route for a day?

12   A    Through the Cox app.

13   Q    Okay.  And what was that app called?  Was it ETA

14        Direct?

15   A    Yes.

16   Q    Okay.  So he would -- and I want you to correct

17        me if I'm wrong.  He would log on to -- he or

18        she would log on to the ETA Direct app, and his

19        routes for that day would be populated; is that

20        true?

21   A    Correct.

22   Q    Okay.  And tell me a little bit about how those

23        routes are staggered as far as time.  Are the

24        routes assigned according to time slots or

25        otherwise?

```
 1   A    Time slots.
 2   Q    Okay.  And what was the first time slot that was
 3        assigned or that would be assigned to a route?
 4   A    8:00 to 10:00.
 5   Q    Okay, 8:00 to 10:00 would be the first time
 6        slot.  What would be the second?
 7   A    10:00 to 12:00.
 8   Q    And after that?
 9   A    1:00 to 3:00.
10   Q    And after that?
11   A    3:00 to 5:00.
12   Q    Okay.  Were there any routes after that?
13   A    Occasionally, 5:00 to 7:00.
14   Q    Okay.  Okay.  Could a technician choose to do
15        his 8:00 to 10:00 time slot at 5:00 to 7:00, or
16        did he have to do it in the order it was
17        assigned?
18             MR. LEWIS:
19                  Objection to the form of the question.
20   MR. HAYES:
21   A    That's -- that varies by technician.  I wouldn't
22        say order that it was assigned, but you know,
23        technicians have done jobs that were scheduled
24        for later earlier.  Usually, if you have a
25        different time, you're usually doing a job that
```

```
 1        was scheduled later earlier.  But in some cases,
 2        we've had technicians do jobs after the initial
 3        start time in different order.  But ideally, you
 4        know, you would expect to start with your 8:00
 5        to 10:00.  And then depending on what happens
 6        throughout that day, that's more of a thing that
 7        the technician is responsible for communicating
 8        with the customers on the schedule or, you know,
 9        the order that he finishes and completes jobs,
10        that's more really technician dependent.
11    Q   So could a technician get his route for the day
12        and then decide on his own in which order he was
13        going to do the route?
14    A   I mean, within the -- within the context, like
15        if you're expecting somebody to be at your
16        house, they still have to consider the customer;
17        right?  So if you're expecting someone to be at
18        your house from 8:00 to 10:00, that's what the
19        customer agreed to with Cox, so that's the
20        starting point.
21    Q   So -- so what's the answer to my question?  If a
22        technician got a route for a given day, could he
23        just pick and choose in what order he wanted to
24        do the work, or would he have to follow the
25        route schedule?
```

```
1   A    I think your question is kind of fragmented.  So
2        the technician has -- they have to basically
3        start with the first job; right?  I mean, unless
4        something happened and the customer wasn't home.
5             But let's say that's an example.  They go to
6        their 8:00 to 10:00, the customer's not there,
7        so they call the customer.  They decide they're
8        going to do their next job because the first
9        job's not home and maybe the customer said
10       they'll be back at 11:00 or something.  So then
11       the technician can decide by communicating with
12       the customer, the next customer, "Hey, I'm going
13       to come early, and then I'm going to go back to
14       my other job after I" -- so basically, the
15       technician at that point is communicating with
16       the customer and swapping jobs.
17            But I will say that Cox does expect, if you
18       have an 8:00 to 10:00, you should be at that
19       first 8:00 to 10:00 first.  After that, as far
20       as the routed schedule for the day, the
21       technicians have some latitude in terms of
22       moving a job in early.  You know, it depends on
23       what happens with the customer.
24            So if you finish your -- if you finish
25       your -- let's say you finish your 10:00 to 12:00
```

```
 1        as an example.  If you finish your 10:00 to
 2        12:00 at 11 o'clock and your next job is a 1:00
 3        to 3:00, that technician is able to call that
 4        customer for the 1:00 to 3:00 and see if they're
 5        home and if he's able to go earlier.  And if the
 6        customer agrees to that, then he can go
 7        earlier -- or she.
 8   Q    So what you're saying is, in order to -- after
 9        the first job, if the technician wanted to
10        juggle the order of his route, he would have to
11        get approval from the customer.  He couldn't
12        make that call on his own?
13   A    No; I'm not saying he needs approval from the
14        customer, but it would certainly be better if
15        the customer was actually home.  Otherwise, he
16        would waste his time driving over there.  So
17        typically, they're trying to make sure the
18        customer's home.
19   Q    What I'm -- what I'm trying to get to, Mr.
20        Davillier, is this.  After -- I think you've
21        already said he's expected to be on his first
22        job, that 8:00 to 10:00 job?
23   A    Right.
24   Q    But after that -- but after that, could a
25        technician on a whim, for whatever reason, just
```

```
 1        decide he was going to do the 5:00 to 7:00 slot
 2        in the 10:00 to 12:00 and mix up the order just
 3        because that's the way he wanted to do it?
 4   A    I mean, the commitment that Cox has with the
 5        customer is the baseline.  So the goal for the
 6        technician is to follow that.  But at the same
 7        time, things happen throughout the day, so I
 8        mean, the technician has -- has that control if
 9        something happens.  Then they have to modify the
10        order of those stops to communicate with the
11        customer and make that decision.
12   Q    Could a technician --
13   A    But I wouldn't say it's random.  If you schedule
14        an electrician to come to your house, then, you
15        know, you expect them there at a certain time.
16        If that's different, just common customer
17        courtesy is to kind of have a phone call or
18        something.  So I'm just -- there's going to be
19        some coordination; yes.  But --
20   Q    If a technician gets a route in a given day, can
21        he just pick and choose which jobs that he wants
22        to do?  If he decides that he just doesn't want
23        to do the 10:00 to 12:00 slot job, is he free to
24        just ignore that job?
25             MR. LEWIS:
```

```
1                    Objection.  Asked and answered.
2              MR. HAYES:
3                    No.
4    MR. HAYES:
5    Q    You can answer.
6    A    I mean that -- you're talking about a
7         hypothetical situation that -- that doesn't
8         really fit.  I mean, there have been times where
9         the technician has decided for various reasons
10        that he couldn't do a job, and they communicated
11        that and didn't do the job.  But it just depends
12        on the technician's assessment of that location
13        and that particular job.
14              I would say that the contract agreement --
15        the agreement in place even with Cox is that
16        technicians are expected to go out and perform a
17        service for a Cox customer.  So that is the
18        basic requirement, is that when you agree to
19        take a route for a day or whatever as working as
20        a contractor on this project, your agreement is
21        that you understand you are there to meet the
22        requirements of the Cox customer.  So the
23        foundation of the operation is that we're
24        meeting the customer requirements, and the
25        technician is basically expected to me the
```

1       customer requirements because that's the
2       obligation.
3              MR. HAYES:
4                 All right, well, I'm going to object to
5              the responsiveness because that's not the
6              question I asked you.
7   MR. HAYES:
8   Q    The question I asked you is not about whether he
9        could physically perform it or not, but my
10       question is, if I have a route on a given day
11       and I'm a technician and I, for whatever reason,
12       I just decide I don't want to do that 10:00 to
13       12:00 route not that I can't; I just don't want
14       to, am I free to just not do that particular
15       job, or would there be consequences for it?
16             MR. LEWIS:
17                Objection.
18  MR. HAYES:
19  Q    Subject to it.
20  A    I mean, I don't know.  I mean, if you decide --
21       if you have a commitment and you decide not to
22       make that commitment, then, you know, I can't
23       say that -- then you're not meeting the terms of
24       your contract at that point; right, with Cox?
25       You're not -- we're not meeting the terms of our

```
1        contract with Cox, and the independent

2        contractor is not meeting their terms or their

3        obligation in terms of servicing the customers

4        for those days.

5            So in general terms, they can make that

6        decision.  The consequences for that is very

7        specific, and it depends on the scenario.  So to

8        answer your question, in general terms,

9        technicians are free to make decisions about

10       what they do throughout the day.  The

11       consequences for those decisions vary just like

12       consequences for anything else.

13  Q    Well, Mr. Davillier, I think we're all free to

14       do whatever we want to do throughout the day,

15       but my question to you is much more specific

16       than that.  If the technician just decides that

17       he's not --

18           MR. ZIMMER:

19               Preston, hold on just a second.

20           MR. LEWIS:

21               One second, Preston.

22           MR. HAYES:

23               Yeah.

24           MR. LEWIS:

25               Preston, Charlie -- I'm sorry.
```

```
 1              Somebody was trying to say something.
 2         MR. ZIMMER:
 3              Yeah, Preston, this is Charlie.  Look,
 4         I'm not a big fan of speaking objections,
 5         and I'm not certainly going to --
 6         MR. HAYES:
 7              Yeah.  And look, I'm not -- Jonathan's
 8         there.  I mean, you both objecting is not
 9         proper.
10         MR. ZIMMER:
11              No.  Here's what is proper.  You have
12         to stop making speaking objections to my
13         client about what you think about his
14         testimony.
15         MR. HAYES:
16              No.
17         MR. ZIMMER:
18              You can't tell him, "I don't like Your
19         answer.  That's not what I" --
20         MR. HAYES:
21              I objected to the responsiveness.
22         MR. ZIMMER:
23              No.  No.  Your objection --
24         MR. HAYES:
25              Who's -- who -- which one of you --
```

```
 1              which one of you is defending?  Is it
 2              Jonathan or you?
 3         MR. ZIMMER:
 4              You're making speaking objections.  I'm
 5              telling you now --
 6         MR. HAYES:
 7              I'm going to object to you speaking
 8              because Jonathan's been the one objecting,
 9              and now you're jumping in objecting.  I
10              mean, who's it going to be, you or Jonathan?
11         MR. ZIMMER:
12              So Madame Court Reporter, please mark
13              the record at this point.
14              And you've now -- you understand our
15              position.  Please stop making speaking
16              objections to our client.  You've got it.
17              Move ahead.
18    MR. HAYES:
19    Q    My question to you, Mr. Davillier, is, is it
20         acceptable -- on behalf of HD, is it acceptable
21         for a technician to choose to just not do a job
22         assigned to him in a given day?
23    A    I believe that I've answered your question.
24    Q    My question is on the -- is on the table.
25    A    I've answered that to the best of my ability.
```

```
 1   Q    My question to you is, is it acceptable for
 2        HD -- on behalf of HD for a technician to choose
 3        not to do a particular job assigned to him in a
 4        given day?
 5            MR. LEWIS:
 6                Objection.
 7   MR. HAYES:
 8   A    That has happened before.
 9            MR. HAYES:
10                Well, let me object to the -- to the
11        responsiveness.  I didn't ask if it's
12        happened before.
13   MR. HAYES:
14   Q    I said, is it acceptable on behalf of HD for a
15        technician to simply not do a job assigned to
16        him in a given day?
17            MR. LEWIS:
18                Objection to the form of the question.
19   MR. HAYES:
20   A    In certain situations, yes.
21   Q    Okay.  And what would those situations be?
22   A    I've already explained that to the level of
23        detail that I can.
24   Q    Well, that's -- but my question as it was on the
25        table, you said under certain circumstances.
```

```
 1          I'm asking you what circumstances those would
 2          be.
 3    A     It's the same thing that I spoke about earlier,
 4          is just, you know, if the technician evaluates
 5          that job and decides that they can't do it,
 6          then, you know, we would address that either
 7          with the customer or whatever the resolution is
 8          for that particular job.  But overall, you know,
 9          the goal is to meet the customer requirements
10          and complete service for a customer to the
11          extent that it's possible.
12               I'll give you an example if you want a
13          specific example.  If you have to go in a
14          customer's attic at one o'clock and you didn't
15          know you would have to do that, but you feel as
16          a technician that it's not safe to go in the
17          attic at that time and you communicate to the
18          customer that "We're going to have to reschedule
19          this at a different time on a different day, and
20          we're going to have to come out earlier because
21          I have to do some work in the attic," for HD and
22          Associates, that would be acceptable.
23    Q     In that scenario, would they have to notify HD
24          of that?
25               MR. LEWIS:
```

```
 1                   Objection.
 2  MR. HAYES:
 3  A    Yes, because we would have to reschedule the
 4       appointment.
 5  Q    Okay.  Has HD ever disciplined a technician for
 6       failing to show up to an appointment on his
 7       route?
 8            MR. LEWIS:
 9                 Objection to the form of the question.
10  MR. HAYES:
11  A    I can't say that I know that specific
12       information off the top of my head right now.
13  Q    Would that be documented somewhere in HD's
14       records?
15  A    Probably not.
16  Q    Okay.  Is there someone else within HD that
17       would be a better person to answer that
18       question?
19  A    No.
20  Q    Okay.  Do you consider the technicians to be
21       highly-skilled laborers?
22            MR. LEWIS:
23                 Objection.
24  MR. HAYES:
25  Q    You can answer.
```

```
 1   A    I mean, the technicians have to be able to
 2        perform the job, and it does take a certain
 3        amount of skill and management ability.
 4   Q    Are there any educational requirements to become
 5        a technician at HD?
 6            MR. LEWIS:
 7                Objection.
 8   MR. HAYES:
 9   A    I mean, mostly everyone finishes high school,
10        but it's not a specific -- specific educational
11        requirement.  There is no college degree, but
12        there are usually, like I said, a lot of
13        technicians have years of experience.
14   Q    Are there any certifications that technicians
15        are required to obtain in order to be a
16        technician for HD?
17   A    Cox does require certain NCT I think
18        certifications.  So those are -- those are
19        pretty standard in terms of the industry, so --
20   Q    Who would issue that type of certification?
21   A    Typically, it's a third-party company.  I mean,
22        the majority of the technicians already have it
23        from a previous engagement, so --
24   Q    Would HD maintain a copy of those types of
25        certifications that you just referenced?
```

```
 1   A    Not -- not really; no.  It's more of a question
 2        that we ask, if the technicians have it or not.
 3   Q    Okay.  Would there be an interview process?  You
 4        just referenced that it's a question that you
 5        would ask the technician.  Is there an interview
 6        process that the technician would go through
 7        before becoming an HD technician?
 8   A    Typically, they would talk to someone; yeah.
 9        Either -- usually, most likely, Stephen Becnel
10        and sometimes myself.
11   Q    And what type of information would you require
12        from the technician during that process?
13   A    The information necessary to complete a
14        background check, and that's a Cox requirement.
15        So primarily that and then just kind of a
16        conversation about ability and work history and,
17        you know, that type of thing.
18   Q    Were the HD technicians required to undergo a
19        drug screen?
20   A    Yes.
21   Q    Okay.  And that was a policy of Cox; correct?
22   A    Correct.
23   Q    Okay.  And was that same policy adopted by HD
24        through its field service agreement with Cox?
25   A    Yes.
```

```
 1   Q    Okay.  And again, the background screening or
 2        the background check, that was a Cox
 3        requirement; correct?
 4   A    Correct.
 5   Q    And that same policy was adopted by HD through
 6        its field service agreement with Cox; correct?
 7   A    Correct.
 8   Q    Was there a list of the tools needed for the job
 9        provided by HD to the technicians?
10            MR. LEWIS:
11                Objection.
12   MR. HAYES:
13   Q    Subject to it.
14   A    In general, yeah.
15   Q    Okay.  Do you have a copy of the tools list that
16        would be provided to a technician?
17   A    I think, yeah; we should have that.
18   Q    Okay.  Were there any tools -- of course, I
19        don't know, but were there any particular tools
20        that were required for installation of Cox
21        equipment?
22   A    I'm sorry.  Did you just ask me that?
23   Q    Well, what I'm getting at.  As I understand,
24        there's a general tools list, but are there any
25        special tools that are required to install Cox
```

```
 1         cable boxes?
 2    A    Right.  That would have been on the tools list.
 3    Q    Okay.  And if they didn't have the tools on the
 4         tools list, could the technicians purchase those
 5         tools from HD?
 6    A    We would typically purchase the tools and then,
 7         yeah; the technicians would pay for the tools.
 8    Q    Okay.  What about the wiring or cable or
 9         whatever you call it, the cable or the wiring?
10         Would that be purchased from HD by the
11         technicians for the jobs?
12    A    No.  That's provided by Cox.
13    Q    Okay.  So the actual cable or the wiring, that
14         would be at the warehouse and available for the
15         technicians?
16    A    Yes.
17    Q    Okay.  So when the technician came to the
18         warehouse to pick up equipment, he could also
19         pick up whatever wiring or cable he would need
20         for his jobs?
21    A    Correct.
22    Q    Okay.  And he wasn't charged for that?
23    A    No.
24    Q    Okay.  What about the cable boxes or modems?
25         Did the technician have to pay for those, or was
```

```
 1            that provided to him?
 2    A    They were provided.
 3    Q    Okay.  Does HD own vehicles that were also
 4            available for lease or rent by the technicians?
 5    A    Yes.
 6    Q    Okay.  Was there any signage that was required
 7            to be placed on the vehicles by the HD
 8            technicians?
 9    A    We followed the guidelines for the Cox signage
10            requirements.
11    Q    Okay.  And what were those?
12    A    Have the company logo and Cox-authorized vendor.
13    Q    Okay.
14    A    Or something along those lines.  Whatever the
15            sign says, but I think that's it.
16    Q    Do you still maintain a copy of the logo that's
17            placed on the outside of vehicles as per the
18            field service agreement?
19    A    Yes.
20    Q    So if I wanted to obtain one of those, HD
21            possesses that?
22    A    The logo?
23    Q    Yes, sir.
24    A    Yes.
25    Q    I assume it's a magnetic decal; is it, that is
```

```
1           to be placed on the door of the vehicle?
2    A      Typically, yes.
3    Q      Okay.  What about uniforms?  Are the technicians
4           required to wear any particular type of uniform?
5    A      Yes, per the FSA, it's a uniform that has kind
6           of the same thing; a logo with authorized -- the
7           Cox logo on the shirt as well as our logo and
8           "authorized vendor."
9    Q      Okay.  How is it that -- maybe there isn't a
10          way, but let me ask it this way.  When a
11          technician goes into a home, is there a specific
12          way that he's to introduce himself to the
13          customer?
14   A      By name and -- yeah.  I mean, typically, it's
15          not that formal.  So you know, the customer's
16          already expecting him, so --
17   Q      Okay.  Is he permitted to provide other services
18          other than the services he's there to provide on
19          behalf of Cox to customers of Cox?
20   A      Typically, if you're there -- if Cox sends you
21          there for the work for Cox, at that visit,
22          that's what you're expected to perform.
23   Q      Okay.  And a technician wouldn't be permitted to
24          offer other services that he may offer outside
25          of what he's there for to perform for Cox; is
```

```
 1        that fair?
 2   A    I think that's -- that's probably Cox's
 3        expectation; yes.
 4   Q    Okay.  Well, through your field service
 5        agreement with Cox, has HD adopted the same
 6        rules, regulations, and expectations that Cox
 7        has provided to the technicians?
 8             MR. LEWIS:
 9                  Object to the form of the question.
10   MR. HAYES:
11   A    I mean, regarding that, regarding that specific
12        scenario and example, I would have to refer to
13        the actual FSA document regarding that specific
14        thing.
15   Q    And I guess what I'm getting at is, HD would
16        expect the technicians to follow the Cox
17        guidelines; is that a fair statement?
18   A    Correct.  So if that specific scenario's covered
19        in the Cox guidelines, I would have to refer to
20        the guidelines to confirm that.
21   Q    Yeah.  And what I was referring to is just
22        generally.  You know, generally speaking, an HD
23        technician would be expected to follow the Cox
24        guidelines?
25   A    In general, yes.
```

```
1    Q    Okay.  Can a technician hire whoever he wanted
2         to go do the work assigned by HD?
3              MR. LEWIS:
4                   Objection.
5    MR. HAYES:
6    A    As long as they met the Cox requirements in
7         terms of background check to be on customer
8         premises, yes; he could.
9    Q    Well, I'm not asking that.  What I'm asking is
10        this.  If I were a technician with HD, could I
11        assign it to just anyone without them meeting
12        any of the requirements by Cox?
13   A    Well, no, because you're going into someone's
14        home who's a Cox customer, so there are certain
15        CPNI regulations that anybody on the property
16        for the purpose of doing a job has to be
17        approved by Cox.  But he could hire whoever he
18        wanted to hire.  They would just have to be --
19        that person would have to be approved by Cox --
20   Q    Okay.
21   A    -- in terms of -- in terms of passing a
22        background check and a drug screening that Cox
23        requires.  But outside of that, he can -- he's
24        free to hire whoever he wanted to.
25   Q    Was it permissible for technicians to swap out
```

```
 1        jobs in their routes without notifying HD?
 2             MR. LEWIS:
 3                  Objection.
 4   MR. HAYES:
 5   Q    You can answer.
 6   A    I don't know what you mean when you say "swap
 7        out jobs."
 8   Q    Sure.  If I were a technician and I had a given
 9        route and I had a friend who was a technician
10        who had a given route, could be just swap jobs;
11        I'd go do his 10:00 to 12:00 job slot and he
12        performed mine without notifying HD that we did
13        that?
14   A    I mean, they would still have to close the jobs
15        out, so somebody would have to reassign those
16        jobs for them.
17   Q    And would that be an HD dispatcher?  Would they
18        perform that function?
19   A    Yes.
20   Q    Okay.
21             MR. HAYES:
22                  Guys, it's 12:15.  I probably have
23             another hour and a half of questioning.
24             Let's take a short lunch break, maybe 30
25             minutes if that works for you, and resume
```

```
 1              about 12:45.
 2              MR. LEWIS:
 3                   That works.
 4              MR. HAYES:
 5                   All right, talk to y'all soon.
 6                   (Off the record.)
 7              MR. HAYES:
 8                   We're back on the record.
 9    MR. HAYES:
10    Q    Mr. Davillier?
11    A    Yes, sir.
12    Q    Did HD also use something called a Slack App?
13    A    Yes.
14    Q    Okay.  Tell me what the Slack App was used for?
15    A    Just communications throughout the day.
16    Q    Would the HD dispatchers also utilize the Slack
17         App?
18    A    Yes.
19    Q    And would they use that to communicate with the
20         technicians?
21    A    Yes.
22    Q    What types of things would they communicate with
23         the technicians throughout the day?
24    A    I mean, I guess like specific equipment that are
25         needed to go onto accounts.  If the technician
```

85

```
 1        couldn't -- you know, if the customer wasn't
 2        home, things like that.
 3     Q  Besides --
 4     A  Just related to whatever the technician was
 5        working on that day.
 6     Q  Okay.  Besides the technicians and the
 7        dispatchers, were any of the management team,
 8        like Stephen Becnel, also on Slack App?
 9     A  Yes.
10     Q  And what would he do with the Slack App?
11     A  Post communications to whoever he needed to
12        communicate something with, typically.
13     Q  Do you know if those communications are retained
14        by HD?
15     A  They are on the Slack server, and I don't have
16        access to direct messages between two
17        individuals.
18     Q  Okay.  I'm not familiar with the Slack App
19        whatsoever.  What type of information -- if you
20        went on there today, what type of historical
21        data would you be able to obtain, if you know?
22     A  I'm not sure.
23     Q  Okay.  Were the technicians required to sign up
24        for the Slack App?
25     A  Yes.
```

1   Q    Okay.  Does HD warrant or guarantee the quality

2        of every installation or repair job which was

3        performed by its technicians?

4            MR. LEWIS:

5                Objection to the form of the question.

6   MR. HAYES:

7   Q    You can answer.

8   A    I would have to refer to the F -- we follow the

9        FSA requirements.  I would have to refer to that

10       document.

11  Q    Okay.  What about quality control?  Does HD

12       provide any QC for the work performed by the

13       technicians?

14  A    Well, Cox provides QC for the work performed.

15  Q    What would that entail?

16  A    I'm not sure.  I mean, they'd send somebody out

17       to inspect it to make sure that it meets the Cox

18       standards, so --

19  Q    Okay.  But there wouldn't be someone within HD

20       that would periodically QC the work performed by

21       the technicians?

22  A    Periodically, yeah.

23  Q    And who within HD would perform the QC work?

24  A    It would be the -- the lead technicians.

25  Q    Okay.  And --

```
 1   A     Or sometimes Stephen Becnel.
 2   Q     Okay.  And what would happen in the event a
 3         particular job failed a QC check?
 4   A     In general, it depends on the scenario.
 5   Q     Is it possible for a technician to be back
 6         charged for that work if it failed QC?
 7              MR. LEWIS:
 8                   Objection to the form of the question.
 9   MR. HAYES:
10   A     It's possible, but it wasn't -- it wasn't
11         customary or standard for HD.
12   Q     Okay.  Is there a document within HD that would
13         show us which jobs were QC'd in a given year?
14   A     No.
15   Q     How would HD determine which jobs it would
16         perform a QC check on?
17   A     It was up to whoever was doing the QC.  You
18         know, I mean, we didn't have a person
19         specifically that went to a job to QC it every
20         day.  So it was more of a if you're out, if
21         you're out and about in a certain area.  Like,
22         it was a process that each person made a
23         decision on.
24   Q     Okay.  So there was no formula within HD where
25         they would QC every fiftieth job for a
```

```
 1        technician?
 2              MR. LEWIS:
 3                    Objection to the form of the question.
 4   MR. HAYES:
 5   A    No.
 6   Q    Okay.  If a technician had a question about a
 7        particular job, who would the technician call?
 8   A    I believe I've answered that already, I think.
 9   Q    Was it --
10   A    It was probably the lead.
11   Q    Okay.  I want to talk to you about some of the
12        documents in this case.
13              MR. HAYES:
14                    Jonathan, do you have a copy of those?
15              MR. LEWIS:
16                    Yes; I've got a copy of the ones you
17        sent.
18              MR. HAYES:
19                    Correct.
20   MR. HAYES:
21   Q    I want to look at first the initial disclosures
22        of HD and Associates.
23              MR. LEWIS:
24                    Initial disclosures.
25   MR. HAYES:
```

```
1    A    Okay.
2    Q    And particularly, I'm looking at page number 2.
3         Well, it starts on page 1, just individuals who
4         are likely to have discoverable information that
5         HD may use to support its position in this
6         action.  And I'm looking down at number 9 and
7         beyond.  Let me know when you get there.
8    A    Okay.
9    Q    The name, Vanessa Swafford (ph).  Can you tell
10        me, who is Vanessa Swafford and what does she
11        do?
12   A    She processes payroll.
13   Q    Okay.  Is she an employee of HD?
14   A    No.
15   Q    Okay.  Who does she work for?
16   A    I'm not -- she works for herself, I guess.
17   Q    Okay.  She doesn't work for Paychex or Netchex
18        or one of those firms that processes payroll?
19        That's what I'm getting at.
20   A    No.
21   Q    Okay.  In the past three years, has HD changed
22        who processes payroll for it?
23   A    We did a switchover.  I think it was '17.  I
24        don't remember the exact date, but we did switch
25        over from I think it was Paychex or somebody to
```

```
 1        Vanessa Swafford.
 2   Q    Okay.  And she processes your payroll to this
 3        day?
 4   A    Yes.
 5   Q    Okay.  Now I'm looking at number 10.  You
 6        identified as corporate representative or HD
 7        identified a corporate representative of Grayco.
 8        What is it that HD, if you know, intends to call
 9        Grayco Communications to testify about?
10             MR. LEWIS:
11                  Objection to the form of the question.
12   MR. HAYES:
13   A    I don't know.
14   Q    Okay.  In also number 11, technicians employed
15        by Grayco Communications.  Do you know what, if
16        anything, HD intends to call Grayco
17        Communications' technicians to testify about in
18        this matter?
19             MR. LEWIS:
20                  Objection to the form of the question.
21   MR. HAYES:
22   A    No.
23   Q    Okay.  Do you know why it is that they're listed
24        in here as number 10 and number 11?
25             MR. LEWIS:
```

```
 1                     Objection.
 2   MR. HAYES:
 3   A    I think in general, the intent was to answer the
 4        information.
 5   Q    Yeah.  And the information was people who would
 6        have discoverable information that HD may use to
 7        support its position in this action, and I was
 8        just trying to find out what information these
 9        individuals have that HD intends to use.
10   A    I don't know.  I don't know.
11   Q    Did HD model its business plan or business model
12        off of the Grayco business model?
13              MR. LEWIS:
14                   Objection.
15   MR. HAYES:
16   A    I don't -- you would have to send me their
17        business model.
18   Q    Okay.  Did you have any knowledge whatsoever of
19        how Grayco paid its technicians?
20              MR. LEWIS:
21                   Objection.
22   MR. HAYES:
23   A    I mean, I don't know directly.
24   Q    Okay.  Have you ever spoken to anyone within
25        Grayco about this case?
```

```
 1              MR. LEWIS:
 2                   Objection.
 3   MR. HAYES:
 4   A   No.  Not that I remember.
 5   Q   Okay.  Have you spoken with anyone inside Cox
 6       about this case?
 7              MR. LEWIS:
 8                   Objection.
 9   MR. HAYES:
10   A   No.
11   Q   Are they aware it's going on right now?
12              MR. LEWIS:
13                   Objection.
14   MR. HAYES:
15   A   I don't know.
16   Q   Okay.  Switching gears a little bit, does HD
17       track the total hours worked by a technician in
18       a given day?
19   A   The technician is responsible for opening and
20       closing their jobs out, so we do know when they
21       were -- when they opened and closed the job.
22              MR. HAYES:
23                   I'm going to object to the
24              responsiveness.
25   MR. HAYES:
```

```
1   A    We do have access to that information per
2        technician.
3             MR. HAYES:
4                  I'm going to object to the
5             responsiveness.
6   MR. HAYES:
7   Q    My question to you is, does HD track the total
8        number of hours worked in a day by a technician?
9   A    We track the time that the technician opens and
10       closes jobs throughout the day.
11  Q    And that's it?  Nothing more?
12  A    I mean, like I said, they open and close jobs in
13       the system, so there's no time clock, if that's
14       what you're asking.  But we do know when they
15       open the job and when they close the job.  We
16       know when they picked up equipment at the
17       warehouse.
18  Q    That's not my question.  My question is, do you
19       track -- does HD maintain a document that tracks
20       the total amount of hours a technician works in
21       a day?
22  A    We calculate the hours based on if it's needed
23       to be calculated as in we've done for this case.
24       We submitted documentation based on the hours
25       that the technician tracks, opens and closes
```

```
 1            jobs and picks up equipment from the warehouse.
 2    Q    So is there a document that I can look at within
 3         HD that would tell me the total amount of hours
 4         that each technician worked in a given workweek?
 5    A    On a recurring basis?
 6    Q    Yes.
 7    A    Like, you're saying do I have something that
 8         shows the complete history for every technician
 9         back to whenever we started?
10    Q    No.  I'm just talking about the technicians in
11         this case and for the time periods they worked
12         for HD.
13    A    We've submitted the information we have in
14         return as regards to -- I think we turned over
15         something related to that for Byron Taylor.
16    Q    Okay.  So --
17    A    So that would be the information we have.
18    Q    So you believe that HD has already turned over
19         all of the documents in its possession that
20         would show the amount of hours a technician
21         would work in a workweek; is that true?
22              MR. LEWIS:
23                   Objection to the form of the question.
24    MR. HAYES:
25    A    For the -- for the people in the case, as far as
```

```
 1        I'm aware, I believe that's true.
 2   Q    Okay.  And I've seen the documentation that
 3        you've turned over, the Excel spreadsheets.
 4        Where is that document maintained?
 5   A    I'm not sure I understand your question.
 6   Q    Sure.  Sure.  Is that document or is that
 7        information, is it maintained by HD, or is that
 8        maintained in a Cox system?
 9   A    That's -- that information is derived when the
10        technician on his or her device signs in to a
11        job or signs out of a job.  That's -- that's how
12        that information is generated.
13   Q    Before this case began, did HD ever go back and
14        look and try to figure out how many hours
15        technicians were working during a workweek?
16             MR. LEWIS:
17                  Objection.
18   MR. HAYES:
19   A    I'm not sure I understand your question.
20   Q    Yeah.  Before this case began, did HD ever have
21        a reason to go back and try to figure out how
22        many hours a technician was working during a
23        workweek?
24             MR. LEWIS:
25                  Objection.
```

```
 1   MR. HAYES:
 2   A    We -- in a workweek, we made sure that whatever
 3        we paid a technician was within the definition
 4        of what the agreement stated they should be
 5        paid.
 6   Q    So -- so who within HD would go back and review
 7        the data that you provided me to make that
 8        determination?  Would that be you or Stephen
 9        Becnel?
10   A    That would be me.
11   Q    Okay.  So on a weekly basis, you would review
12        the technician's hours to make sure that they
13        worked "X" number of hours in a week?  I mean,
14        what were you doing?  Why would you do that?
15             MR. LEWIS:
16                  Objection.
17   MR. HAYES:
18   A    Again, so our contract has a floor in it, so I
19        wanted to make sure that they were at least
20        being paid according to the contract.  So if it
21        was a case that was close, then I would have to
22        determine, you know, what happened or whatever,
23        you know.  So -- but in most cases, we were
24        within the guidelines of the agreement.  So the
25        reason I did that was to make sure we were --
```

```
 1        the floor was met and we were at least paying
 2        them a minimum.
 3   Q    Can you tell me as you sit here today, Mr.
 4        Davillier, which technicians in the year 2018
 5        were paid on an hourly basis and not a point
 6        system?
 7             MR. LEWIS:
 8                  Objection.
 9             MR. HAYES:
10                  What is the basis of your objection,
11             Jonathan?  You keep saying "objection" after
12             every -- after every question I ask.  Is
13             there a basis for it?
14             MR. LEWIS:
15                  Yeah, because your question is -- yeah.
16             Your question is based upon speculation on a
17             broader range of information outside of the
18             scope of this time frame here.  In order for
19             my client to know that, he would actually
20             have to have that information in front of
21             him.  You're asking very specific and
22             targeted information in a very assumption
23             manner.  You've got to have -- you've got to
24             lay a foundation for it.
25             MR. HAYES:
```

```
 1                    Then he can say, "I don't know."  Then
 2               he can say -- if the answer's "I don't
 3               know," then the answer is "I don't know."
 4               That's not the basis for an objection.
 5               MR. LEWIS:
 6                    Part of the objection is -- part of the
 7               objection is that you failed to -- lack of
 8               laying a foundation for your question.
 9               Ask -- ask a more targeted question.
10               MR. HAYES:
11                    Well, this is a -- this is a -- this is
12               a discovery deposition and not -- not trial.
13               So if he doesn't know the answer, then the
14               answer is, "I don't know."
15     MR. HAYES:
16     Q    Now I'm going to ask you again.
17     A    Okay.
18     Q    I'm going to ask you again, Mr. Davillier, in
19          the year 2018, as you sit here today, do you
20          know of any technicians that were paid on an
21          hourly basis as opposed to being paid per point?
22               MR. LEWIS:
23                    Objection.
24     MR. HAYES:
25     A    I don't know.
```

```
 1    Q    Okay.  In the year 2019, do you know of any
 2         technician that was paid on an hourly basis
 3         versus being paid by point?
 4              MR. LEWIS:
 5                   Objection.
 6    MR. HAYES:
 7    A    I don't understand your question, so I really --
 8         I'm confused by your question.
 9    Q    Okay.  Well, let me see if I can retry it again.
10         Do you know, in 2019, did HD pay any tech based
11         upon the hours actually worked versus paying
12         them on a point or piece rate system?
13    A    So from the inception, HD has paid technicians
14         according the agreement, so I would refer you to
15         the agreement.
16              MR. HAYES:
17                   No, well, I'm going to object to the
18              responsiveness.
19    MR. HAYES:
20    Q    And I'll ask it again.  In 2019, do you -- are
21         you aware of any technicians that were paid
22         based upon the hours worked instead of being
23         paid on a point system?
24    A    Let me see if I can answer it differently.  We
25         have a contractual agreement, and that
```

1      stipulates how the pay is going to be done, and

2      we've always paid the technicians in accordance

3      with that agreement.

4  Q   So the answer to my question is no.  All

5      technicians in 2019 were paid based upon the

6      points earned and not the hours worked; is that

7      fair?

8          MR. LEWIS:

9              Objection.  Mischaracterizes the

10         earlier testimony.

11 MR. HAYES:

12 A   I believe, sir, that is your answer to your

13     question.  That is not my answer to your

14     question.

15 Q   Well, I'm asking you, can you identify any

16     technicians that were paid based upon the actual

17     hours worked in 2019 instead of being paid based

18     upon the points earned per job?

19 A   A service technician was paid based on the

20     agreement.

21         MR. HAYES:

22             All right, well, I'm going to object to

23         the responsiveness.

24 MR. HAYES:

25 Q   You're not answering my question.  I'm going to

```
 1          ask it again.
 2               In 2019, do you know whether or not any
 3          technicians were paid based upon the hours
 4          worked instead of being paid on the points per
 5          job?
 6               MR. LEWIS:
 7                    Objection.
 8   MR. HAYES:
 9   A    Every technician was paid based on the
10        agreement.
11               MR. HAYES:
12                    Okay.  What I'm going to do at this
13                point in time, I'm going to reserve my
14                rights to file a motion to compel an answer
15                to that -- that question.
16                    Ma'am, would you please certify that
17                question for me?  Thank you.
18   MR. HAYES:
19   Q    I'm going to refer you to the documents that
20        your counsel has there in front of you.  It's
21        marked as Exhibit 2, and it's an eleven-page
22        document.  It looks to be an advice of deposit
23        for Byron Taylor.
24   A    Okay.
25   Q    Let me know when you've had a chance to review
```

```
 1          those, sir.
 2    A     Okay.
 3    Q     Does this document reflect anywhere the number
 4          of hours Byron Taylor worked during any pay
 5          period?
 6    A     No.
 7    Q     Okay.  Does it reflect any hourly rate that was
 8          paid to Mr. Taylor during this pay period?
 9    A     No.
10    Q     Okay.  In fact, doesn't it reflect the amount of
11          money earned by Mr. Taylor for work performed on
12          a points-based system?
13    A     No.
14    Q     It does not?
15    A     Well, I mean, look, it's based on the contract
16          document.  So I don't -- the only thing I'm
17          saying is, you are referring to a points-based
18          system.  It's the contractual obligation in the
19          document.  So it reflects that he was paid based
20          on that document; yes.
21    Q     Mr. Taylor, how was Byron Taylor paid (sic)?
22          And the answer -- I'm not -- I understand what
23          you're saying about the contract.  What I'm
24          asking you is, was he paid based upon an hourly
25          rate, an hour basis, or was he paid based upon
```

```
 1        the points earned?
 2   A    If you need to refer to the contract, I would
 3        suggest that you do that, but he was paid based
 4        on the contract.  And I'd like the record to
 5        reflect that my name's actually John Davillier.
 6        If you keep referring to me as Byron Taylor, I
 7        don't want that to be in the record because it's
 8        not accurate.
 9   Q    My question to you, Mr. Davillier, is that Byron
10        Taylor was paid based upon the points he earned
11        in a given workweek and was not paid based upon
12        a calculation of the hours he worked times an
13        hourly rate; is that correct?
14             MR. LEWIS:
15                  Objection.
16   MR. HAYES:
17   A    I would refer you to the contract document.
18             MR. HAYES:
19                  Ma'am, would you please certify that
20        question as well.  And I'll reserve my
21        rights to file a motion to compel an answer
22        to that question.
23   MR. HAYES:
24   Q    As you sit here today, Mr. Davillier, do you
25        know of any documents which would reflect the
```

104

```
 1        amount of money that HD has invested in its
 2        company to perform the services on behalf of
 3        Cox?
 4    A   Not to my knowledge directly.  I'm not sure.
 5    Q   Do you know whether or not that would be
 6        reflected on HD's tax return?
 7    A   I'm not sure directly.
 8    Q   Okay.  Who performs tax services on behalf of
 9        HD?
10    A   J.W. Accounting.
11    Q   J.W. Accounting.  And where are they located?
12    A   In Metairie.
13    Q   And how long has J.W. Accounting performed tax
14        services for HD?
15    A   Since we started.
16    Q   Okay.  Are all of the technicians involved in
17        this lawsuit -- are they substantially similar
18        in their job duties?
19    A   I'm not sure.  I mean, your question is
20        pretty -- pretty broad and vague.  I'm not
21        really sure how to answer.
22    Q   Well, would -- would all of the technicians in
23        this lawsuit have serviced Cox projects?
24    A   Yes.
25    Q   Okay.  And the contracts that the entered into
```

```
 1        with HD, would they have been substantially
 2        similar?
 3   A    Yes.
 4   Q    And the method in which they were paid, would
 5        that likewise be substantially similar?
 6   A    Yes.
 7   Q    What differences can you point to, if any, exist
 8        between the plaintiffs in this lawsuit, which
 9        include the opt-in plaintiffs?
10            MR. LEWIS:
11                Objection.
12   MR. HAYES:
13   A    I mean, I can't answer that sitting here right
14        now without more context.
15   Q    Okay.  Were they all required to log in to the
16        ETA Direct system to get their jobs at the
17        outset of the day?
18   A    Yes.
19   Q    Okay.  Were they all required to download the
20        Slack App for communication purposes?
21   A    Yes.
22   Q    Were they all subject to QC checks of the
23        completed jobs?
24            MR. LEWIS:
25                Objection.
```

```
 1    MR. HAYES:

 2    A    No.

 3    Q    Okay.  Of the individuals involved in this

 4         lawsuit, which ones were not subject to QC

 5         checks?

 6              MR. LEWIS:

 7                   Objection.

 8    MR. HAYES:

 9    A    I'm not sure.

10    Q    Okay.  Did any of these technicians have any

11         control over the type of work order that was

12         assigned to him or her?

13              MR. LEWIS:

14                   Objection.

15    MR. HAYES:

16    A    I don't believe so.

17    Q    Okay.  What would happen if a technician fell

18         behind on his work orders for a given day?

19         Would those be reassigned to another technician?

20    A    It depends.

21    Q    Is it possible that that would happen?

22    A    Yes.

23    Q    And that reassignment would be handled by the HD

24         dispatchers; correct?

25              MR. LEWIS:
```

```
 1              Objection.
 2   MR. HAYES:
 3   A    Possibly.  Not always.  Sometimes Cox -- Cox
 4        would reassign it or the system, the Cox system,
 5        would automatically reassign it.  So if another
 6        technician is close by and the technician falls
 7        behind, the Cox system knows that other
 8        technician is close by and would reassign that
 9        job.
10   Q    Would any of the technicians be required to stay
11        available for new jobs if they finished their
12        route early in a given day?
13              MR. LEWIS:
14              Objection.
15   MR. HAYES:
16   A    No.  Not as a matter of practice, I mean.  I'm
17        not sure what you're -- your question is just
18        really, really completely general, and it makes
19        a lot of -- there are so many different
20        scenarios.  It's difficult to just answer that.
21        But --
22   Q    Well, and what I'm looking for is practices and
23        procedures imposed by HD.  So with that in mind,
24        what I'm asking you is that, if a technician
25        finished their full route early in the day, were
```

```
 1            they required to notify the office or just go
 2            home?  What was that process like?
 3      A     It varies by technician.
 4      Q     Okay.  And what would cause the variance?
 5      A     The technician.  Some technicians want to work
 6            late and have an opportunity to earn more.
 7      Q     Well, the only way a technician could earn more
 8            would be taking on more jobs; correct?
 9                  MR. LEWIS:
10                       Objection.
11  MR. HAYES:
12      A     I'm not -- within HD?
13      Q     Yes, sir.
14      A     Correct.
15      Q     Okay.  If a technician finished a particular job
16            more quickly, that didn't mean the job was worth
17            more points than if he finished it within let's
18            say the full two hours allotted to him for that
19            time slot; is that true?
20                  MR. LEWIS:
21                       Objection to the form of the question.
22  MR. HAYES:
23      A     No; that's not accurate.
24      Q     Okay.  So my understanding -- and correct me if
25            I'm wrong -- that when paid on a point system,
```

```
 1        the technicians receive Two Dollars ($2.00) per
 2        point if their have their own vehicle or 1
 3        point -- or is it A Dollar, Eighty ($1.80) per
 4        point if they leased a vehicle from HD; is that
 5        true?
 6   A    Yes.
 7   Q    Okay.  So if, for instance, their 8:00 to 10:00
 8        slot job was worth ten points and they finished
 9        that job in five minutes, they would receive
10        ten; right?
11   A    I'm sorry.  They will receive what?
12   Q    Yeah.  If the 8:00 to 10:00 slot, if the job
13        assigned during that slot was worth ten points,
14        if they finished that job within five minutes,
15        they would earn ten points; correct?
16   A    Correct.
17   Q    And likewise, if they took two hours to finish
18        that job, they would still receive ten points;
19        correct?
20   A    Not necessarily.  If they took two hours because
21        the technician evaluated the customer's house
22        and they decided that more work was needed, they
23        can add the additional work that they're
24        performing, and they could get -- potentially
25        get more than ten points for that work.
```

```
1   Q    That's not the question I asked.

2   A    But it's situation specific.

3   Q    No; that's not the question.

4   A    Now, I've answered the question you asked me.

5   Q    No.  I don't want to spar with you, but my

6        question is, it's not adding work.  I'm talking

7        about the same scope of work.  If a job is worth

8        ten points, and it doesn't matter whether or not

9        the tech finishes that job in five minutes or

10        two hours for the same scope of work, it's only

11        going to be worth the points assigned for that

12        job; isn't that correct?

13   A    You're -- you're -- so you're asking me a

14        different question now.

15   Q    No.

16   A    Because you added the part about the scope of

17        work.  If nothing changes in what has to be done

18        for that job, then yes.  But it doesn't mean

19        that they show up at this house for a ten-point

20        job and if they take two hours, they're always

21        going to just get ten points.  It depends on the

22        job.

23   Q    Yeah.  The only way that would change, based

24        upon your testimony, is if work was added to

25        that job once they were on site; correct?
```

```
1    A    By the technician; yes.

2    Q    Correct?  Okay.

3    A    Correct.  By the technician; yes.

4    Q    But if the scope of the job didn't change and

5         the job was worth ten points, it didn't matter

6         whether they completed that work or five minutes

7         or two hours.  It was only and always going to

8         be worth ten points; correct?

9              MR. LEWIS:

10                  Objection.

11   MR. HAYES:

12   A    Sometimes.

13   Q    Well, in what instances would that not be true,

14        other than adding to the scope of work, which

15        you've testified to?  When the scope of the work

16        stays the exact same, when does the amount of

17        time a technician takes to finish a project

18        change the value of the project?

19   A    You would have to refer me to the specific

20        example you're talking about.  So it's kind of a

21        hypothetical general situation.  So sometimes

22        what you said would be true.

23   Q    My question to you is, when the scope of work is

24        not changed and you have a time slot from 8:00

25        to 10:00 and the scope of the work is the exact
```

```
1         same and they finish that job within 15 minutes
2         versus two hours, it doesn't change the value or
3         the points assigned to that job; does it?
4    A    That is true sometimes.
5    Q    Well, you keep adding that quantifier
6         "sometimes."  So I want to know, given the
7         example I just gave you, when is that not true?
8    A    I've explained it, but it's terminology, so I'm
9         not sure how to answer your question, because
10        you're -- you are inserting a term, "scope of
11        work" that is pretty general and I just don't
12        want to give you an answer that may not be in
13        some situations completely accurate.  It may be
14        accurate in other situations.  So that's the
15        only reason I'm putting my qualifier in.  But
16        you're asking about my qualifier when the
17        qualifier is there because of the question that
18        you asked.  So I'm just trying to answer your
19        question accurately.
20   Q    Well, and I don't want to confuse you.  And if
21        the term, "scope of work," is a confusing term
22        for you, let me try it this way.  If the 8:00 to
23        10:00 project required an installer or
24        technician to go out to the job site and install
25        a cable box and that cable box installation was
```

```
 1          worth five points and nothing else changed,
 2          nothing was added to that job, whether or not he
 3          performed that cable box installation in 15
 4          minutes or two hours wouldn't change the amount
 5          of points assigned to that cable box
 6          installation; would it?
 7    A     No.
 8    Q     Okay.  I want to look at your affidavit that was
 9          provided in this matter, and it's Exhibit 1.
10          It's a five-page document.
11               MR. LEWIS:
12                    Hold on one second, Preston.  I think
13               it's still on my desk.
14               MR. HAYES:
15                    Okay.  Sure.  Hey, Jonathan?  Jonathan?
16               MR. LEWIS:
17                    Yeah.
18               MR. HAYES:
19                    You want to take five minutes?  That
20               way you can go get it and he can review it?
21               A five-minute break?
22               MR. LEWIS:
23                    Well, I'm just going to go grab it off
24               the desk.  I don't really need five minutes.
25               MR. HAYES:
```

```
 1              Okay.
 2         MR. LEWIS:
 3              I'm just grabbing it and bringing it
 4         over.
 5         MR. HAYES:
 6              All right.  Cool.
 7  (Mr. Lewis leaves the deposition briefly and returns
 8  with the document.)
 9         MR. LEWIS:
10              Okay, Preston, Exhibit 1, the
11         affidavit.
12  MR. HAYES:
13  Q    Yeah.  I'm looking at page 3, paragraph 13.
14  A    Okay.
15  Q    I'll give you a chance to review that if you
16       need to.  Just let me know when --
17  A    Okay.
18  Q    You're ready?  Okay.
19            I'm looking at the graph that was done on
20       paragraph 13 under the heading, "Total hours
21       between start and stop."  Can you explain that
22       to me?
23  A    I don't see a graph.
24  Q    Well, let me hold it up if you can see it.
25       Maybe you can't.  It says "Byron Taylor.  Week
```

| | | |
|---|---|---|
| 1 | | with HDA," and there's a heading called -- |
| 2 | A | Oh, you're talking about the table? |
| 3 | Q | Yeah; the table or whatever you want to call it. |
| 4 | | Yeah. |
| 5 | A | Okay.  I see that. |
| 6 | Q | Okay.  And there's a column that says total |
| 7 | | hours between start and stop; do you see that? |
| 8 | A | Yes. |
| 9 | Q | Okay.  Can you tell me how it is that you |
| 10 | | computed the time contained in that particular |
| 11 | | column? |
| 12 | A | Well, I didn't compute the time, but that's the |
| 13 | | time that he logged in to the system; right?  So |
| 14 | | if he logged in to his first job, that would be |
| 15 | | the start time, and the start time would be the |
| 16 | | time that he logged out of his last job. |
| 17 | Q | Okay.  So -- |
| 18 | A | In general. |
| 19 | Q | So -- yeah.  I just want to make sure I |
| 20 | | understand what that column represents.  For |
| 21 | | that given week, in other words, we have a week |
| 22 | | with HDA, and it's got Week 1.  Do you see that? |
| 23 | A | Yes. |
| 24 | Q | And it's got 25.25.  I'm assuming that |
| 25 | | represents hours; correct? |

```
 1    A    Correct.
 2    Q    And what that column reflects, that number,
 3         25.25, what that reflects is the aggregate
 4         number or aggregate hours between start and stop
 5         for each project?
 6    A    No.
 7    Q    Okay.  Explain that.  Explain it to me, then,
 8         because I'm missing something.
 9    A    Let me explain it again.  The start is the time
10         he started his first job.
11    Q    Okay.
12    A    The stop is the time that he stopped his last
13         job.
14    Q    Okay.  All right.  And I see it in the lunch
15         column, you have four hours.  Do you know
16         whether or not Mr. Taylor took a lunch on those
17         days?
18             MR. LEWIS:
19                 Objection.
20    MR. HAYES:
21    A    I don't know offhand.  I mean, there are breaks
22         between jobs, so he certainly would have had
23         plenty of time to have lunch or run errands or
24         do whatever else he wanted to do.
25    Q    But do you know whether in fact he did take a
```

```
 1          lunch between -- between jobs?
 2                  MR. LEWIS:
 3                      Objection.
 4     MR. HAYES:
 5     A    I can say that I know there was time between
 6          jobs for him to have taken a one-hour lunch on
 7          any given day.
 8     Q    Are you --
 9     A    I'm pretty certain of that.  I mean, I'm pretty
10          certain of that.
11     Q    Have you ever talked to Mr. Taylor and asked him
12          of he did in fact take a lunch on any given
13          workday?
14                  MR. LEWIS:
15                      Objection.
16     MR. HAYES:
17     A    Not specifically; no.
18     Q    Are you aware that there are some techs who do
19          not take lunch breaks?
20                  MR. HAYES:
21                      Objection.
22     MR. HAYES:
23     A    No.
24     Q    You're not aware of that?
25     A    I'm not.
```

```
 1   Q    Okay.  This start/stop time, that would not
 2        include the time spent at the warehouse
 3        gathering materials; would it?
 4             MR. LEWIS:
 5                  Objection.
 6   MR. HAYES:
 7   A    No.
 8   Q    Okay.  Do you know typically how long a
 9        technician spends at the warehouse gathering
10        materials for a given week or day?
11             MR. LEWIS:
12                  Object to the form of the question.
13   MR. HAYES:
14   A    That's something that varies by technician.
15   Q    Okay.  And that's not tracked?  The actual time
16        spent at the warehouse is not something that's
17        tracked by HD; correct?
18   A    No.  Not specifically.  But at the same time, we
19        do know what time they checked out equipment.
20        So in general terms, it's between 30 minutes to
21        one hour.
22   Q    Are you aware of whether or not sometimes
23        technicians have to wait in line to check out
24        equipment?
25             MR. LEWIS:
```

```
 1                    Objection.
 2   MR. HAYES:
 3   A    I'm not aware specifically of that; no.
 4   Q    Are you -- are you in a position to testify that
 5        that did not happen?
 6             MR. LEWIS:
 7                    Objection.
 8   MR. HAYES:
 9   A    I think my testimony kind of stands.  It
10        typically takes a technician between 30 minutes
11        to an hour to get whatever they need from the
12        warehouse.
13   Q    How did you come up with that estimate?
14             MR. LEWIS:
15                    Objection.
16   MR. HAYES:
17   A    That's typically what it takes.  If I have --
18        once they get their equipment, then, you know,
19        they have their equipment.  So you know, there's
20        nothing else -- nothing else to get at that
21        point.  There's no other reason for them to be
22        there.
23   Q    Are you at the warehouse every morning when the
24        equipment's being handed out?
25             MR. LEWIS:
```

```
 1              Objection.
 2  MR. HAYES:
 3  A    No.
 4  Q    Okay.  Are you the one that assigned equipment
 5       to the technicians?
 6  A    No, but if a technician -- if a technician is at
 7       the warehouse and they check out equipment, I
 8       know the time that they checked it out, and I
 9       know when the next technician started checking
10       in equipment.  So I can find that information
11       out, I should say.  But -- so --
12  Q    But do you know, sir, how long that technician
13       may have waited in line to check out that
14       equipment?
15           MR. LEWIS:
16               Objection to the form of the question.
17  MR. HAYES:
18  A    That's very specific, so that could vary.
19  Q    Is there any record within HD which would show
20       the amount of time a technician waited in line
21       before being able to check out equipment?
22           MR. LEWIS:
23               Objection to the form of the question.
24  MR. HAYES:
25  A    No.
```

```
 1    Q    Were technicians permitted to use non-approved
 2         tools on any of the Cox jobs?
 3    A    I'm not sure what you mean.
 4    Q    Well, you testified earlier that there was a
 5         took list that was provided to the technicians;
 6         correct?
 7    A    Correct.
 8    Q    And were technicians allowed to use tools that
 9         were not on that list on Cox jobs?
10    A    Yeah.  If they had their own tools that met the
11         requirements to get the job done.
12    Q    Okay.  So would they be allowed to use any wire
13         that they wanted as long as it got the job done?
14    A    Well, the wire is not really a tool, so
15         that's --
16    Q    Well, I'm asking you a different question.
17    A    All I'm saying is, if the job requires a hammer,
18         then you can't use a screwdriver.
19    Q    Yeah, well, that's common sense I would imagine.
20    A    But you can use --
21    Q    What I'm asking is --
22    A    Well, you should rephrase your question, then, I
23         guess, because it's not really clear.
24    Q    Okay.  Well, I'll do that for you.
25    A    You can use whatever tool you want.
```

| | | |
|---|---|---|
| 1 | Q | I'll do that for you.  If a tool is not on the |
| 2 | | tool list, that's not on the tool list, would it |
| 3 | | be permissible for a technician to use a non- |
| 4 | | approved tool on a Cox job? |
| 5 | A | In general, if it meets -- if it serves the same |
| 6 | | function and it's the correct type of tool, yes. |
| 7 | | I'm not -- like, if you have a -- if you have a |
| 8 | | Husky tool or a Craftsman tool, if it serves the |
| 9 | | same function, you can use either one. |
| 10 | Q | Okay.  Now this is a different question.  What |
| 11 | | about wiring?  Could you use whatever wire you |
| 12 | | wanted to use on a particular project, or did it |
| 13 | | have to be wire approved by Cox? |
| 14 | A | Well, Cox provides a wire. |
| 15 | Q | Okay.  So could you use any wire on the project |
| 16 | | that was not provided by Cox? |
| 17 | A | If somebody wanted to go by Cat 6 cable out of |
| 18 | | their pocket and install it instead of using the |
| 19 | | Cat 6 cable that Cox provided them, they could |
| 20 | | do that. |
| 21 | Q | Are you aware of that ever happening? |
| 22 | A | I'm not sure. |
| 23 | Q | You don't know whether it did or didn't? |
| 24 | A | No.  I mean, I don't know.  I mean, the |
| 25 | | technician -- let's say for a Cat 6 thing, I |

```
 1          mean, if you -- if you don't have any on your
 2          truck and Home Depot is around the corner, you
 3          could certainly go to Home Depot and get some
 4          wiring, so --
 5     Q    Do you know if any of the technicians engaged in
 6          any marketing or advertising on their own
 7          behalves and held them out to be independent
 8          installation companies when they were servicing
 9          the Cox jobs?
10               MR. LEWIS:
11                    Objection to the form of the question.
12     MR. HAYES:
13     A    I'm not sure offhand.
14     Q    Are you ever aware of that happening?
15               MR. LEWIS:
16                    Objection.
17     MR. HAYES:
18     A    I'm not sure.
19     Q    You're not sure if it happened or not?
20               MR. LEWIS:
21                    Objection.
22     MR. HAYES:
23     A    It may have.  I'm not certain.  I would have to
24          refer to something.
25     Q    Well, let me ask you this, Mr. Davillier.  I'll
```

1      ask it to you in this manner.  If the

2      technicians took the stand at the trial of this

3      matter and said that never occurred, would you

4      be in a position to refute that?

5           MR. LEWIS:

6                Objection.

7  MR. HAYES:

8  A    I don't even know how to answer that.

9  Q    Okay.  Fair enough.

10          Who ultimately made the decision to classify

11     the technicians as independent contractors

12     versus employees?

13          MR. LEWIS:

14               Objection.

15  MR. HAYES:

16  A    I mean, we -- I worked with my attorney, and we

17     came up with the agreement for the technicians

18     and set up the structure.

19  Q    On behalf of HD, who made that call to classify

20     the technicians as independent contractors

21     versus employees?

22          MR. LEWIS:

23               Objection to the form of the question.

24  MR. HAYES:

25  A    I would have relied on counsel, and we drafted

```
 1              the document.  So I'm answering your question in
 2              my response.  I'm not sure of what else you
 3              really need.  It was with the advice of counsel.
 4     Q    Well, that's what I'm looking for.  It was you
 5              with the advice of counsel; is that correct?
 6     A    Yes.
 7     Q    Okay.  Who was counsel?
 8     A    Davillier Law Group.
 9     Q    Was there any certifications made to Cox that HD
10              was complying with the Fair Labor Standards Act?
11     A    Yes.
12     Q    So at the inception of your agreement with Cox,
13              you were aware of the Fair Labor Standards Act
14              and its requirements?
15              MR. LEWIS:
16                  Objection.
17     MR. HAYES:
18     A    Again, I consulted with counsel to make sure
19              that we met the requirements of the FSA, and
20              that's what we did.
21     Q    And that would have been including certifying
22              that you were complying with the Fair Labor
23              Standards Act; correct?
24     A    Yes.
25              MR. HAYES:
```

```
 1              I think I'm wrapping up.  Just give me
 2         five minutes to go over my notes.  Take a
 3         five-minute break, and I think I'm almost
 4         done.
 5                   (Off the record.)
 6   MR. HAYES:
 7   Q    All right, I just have one question related to a
 8        followup.  Who is Larry Buras?
 9   A    He's one of the lead technicians.
10   Q    Okay.  Is he an employee or an independent
11        contractor of HD?
12   A    He's an independent contractor.
13   Q    Okay.  What do his job duties entail?
14   A    We kind of went over that.  I mean, he's more of
15        a lead, so he -- he would be the person you
16        asked who the technicians would call if they had
17        issues.  That would be one of those people.
18             MR. HAYES:
19                  Okay.  I don't have any further
20             questions.  I think there's another attorney
21             on the phone.  Justine?
22             MS. DANIEL:
23                  Hi.  Yes.  I think we just have a
24             couple of questions to follow up.
25   EXAMINATION BY MS. DANIEL:
```

```
 1   Q    Were any deductions taken from any of the
 2        employees named in this suit?  Were any
 3        deductions taken from their paycheck?
 4   A    I'm sorry.  You broke up a little bit.
 5   Q    Were any deductions taken from the paychecks of
 6        any of the people employed by HD?
 7   A    In general, yeah.  There were deductions for a
 8        number of different things in general terms, but
 9        typically, those are like child support
10        payments.  The vehicle leases is kind of built
11        in, so -- traffic tickets.  Camera tickets the
12        technicians are responsible for.  So things like
13        that.
14   Q    Were the vehicle leases required of all of
15        the -- all of the people that worked for HD, or
16        did only some choose to purchase the vehicle
17        leases or lease vehicles?
18             MR. LEWIS:
19                  Objection to the form of the question.
20   MS. DANIEL:
21   A    Could you repeat that?  I'm sorry.
22   Q    Did every technician lease vehicles and were
23        those deductions taken out, or did only some of
24        the technicians lease vehicles?
25   A    Some technicians had their own vehicles.
```

```
1   Q   What other deductions would have been taken out
2       besides the ones you just mentioned?  Were any
3       taxes deducted?
4   A   For the technicians?
5   Q   Yes.
6   A   No.  I mean, -- no.
7   Q   What about insurance for the vehicles?  Were
8       those deducted, or did HD pay for the insurance?
9   A   It's kind of built into the points system.  So
10      whatever the point calculation is, the $1.80 --
11      if we're providing the vehicle for the
12      technicians.
13          MS. DANIEL:
14              No further questions.
15          MR. HAYES:
16              I think that's it.
17  THE DEPOSITION CONCLUDED AT 1:54 P.M.
18
19
20
21
22
23
24
25
```

REPORTER'S PAGE

1

2

3      I, Denise E. D'Arcourt, Certified Court Reporter

4  in and for the State of Louisiana, the officer, as

5  defined in Rule 28 of the Federal Rules of Civil

6  Procedure and/or the Article 1434(B) of the

7  Louisiana Code of Civil Procedure, before whom this

8  proceeding was taken, do hereby state on the Record:

9      That due to the spontaneous nature of the

10  interaction and discourse of the proceeding, double-

11  dashes (--) have been used to indicate pauses,

12  changes of thought and/or talkovers; that such is

13  the universally accepted method for a court

14  reporter's transcription of a proceeding; that

15  double-dashes (--) do not indicate that words or

16  phrases have been left out of the transcript;

17      And that the spelling of any words and/or names

18  which could not be verified through reference

19  resources have been denoted with the parenthetical

20  phrase "(spelled phonetically)."

21

22

23

24

25

1                    CERTIFICATE

2

3        This certification is valid only for a

4    transcript accompanied by my original signature and

5    original required seal on this certificate.

6        I, Denise E. D'Arcourt, Certified Court Reporter

7    in and for the State of Louisiana, as the officer

8    before whom this testimony was taken via Zoom

9    videoconference, do hereby certify that JOHN

10   DAVILLIER, after having been duly sworn by me upon

11   authority of R.S. 37:2554, did testify on the 4th

12   day of September 2020, at New Orleans, Louisiana, as

13   hereinbefore set forth in the foregoing 129 pages;

14   that this testimony was reported by me in the

15   Voicewriting reporting method, was prepared and

16   transcribed by me or under my personal direction and

17   supervision, and is true and correct to the best of

18   my ability and understanding; that the transcript

19   has been prepared in compliance with the transcript

20   format guidelines required by statute and rules of

21   the board; that I am informed about the complete

22   arrangement, financial or otherwise, with the person

23   or entity making arrangements for deposition

24   services; that I have acted in compliance with the

25   prohibition on contractual relationships, as defined

1   by Louisiana Code of Civil Procedure, Article 1434,

2   and rules of the board; that I have no actual

3   knowledge of any prohibited employment or

4   contractual relationship, direct or indirect,

5   between a court reporting firm and any party

6   litigant in this matter, nor is there any such

7   relationship between myself and a party litigant in

8   this matter; that I am not related to counsel or to

9   any of the parties hereto, I am in no manner

10  associated with counsel for any of the interested

11  parties to this litigation, and I am in no way

12  concerned with the outcome thereof.

13        This 14th day of September 2020, New Orleans,

14  Louisiana.

15

16

17

18

19

20        _____

21              Denise E. D'Arcourt, CCR# 94078

22

23

24

25

**$**

**$1.80** 109:3 128:10
**$2.00** 109:1

**1**

**1** 89:3 109:2 113:9
  114:10 115:22
**10** 90:5,24
**10:00** 62:4,5,7,15 63:5,
  18 64:6,18,19,25 65:1,
  22 66:2,23 68:12 83:11
  109:7,12 111:25 112:23
**11** 53:23 65:2 90:14,24
**11:00** 64:10
**12:00** 62:7 64:25 65:2
  66:2,23 68:13 83:11
**12:15** 83:22
**12:45** 84:1
**13** 114:13,20
**15** 112:1 113:3
**17** 89:23
**1:00** 62:9 65:2,4
**1:54** 128:17
**1st** 17:8,23

**2**

**2** 89:2 101:21
**20** 17:16
**2010** 9:17
**2016** 16:6
**2017** 8:15 17:8,18,23
**2018** 97:4 98:19
**2019** 18:10,14 20:23
  99:1,10,20 100:5,17
  101:2
**2020** 18:1,7,13,17 21:4,
  11 23:7
**23** 21:5
**25.25** 115:24 116:3
**26** 21:6
**27** 21:6

**3**

**3** 114:13
**30** 83:24 118:20 119:10
**39** 26:18 27:2
**3:00** 62:9,11 65:3,4

**4**

**40-** 28:7

**46** 22:6,9 23:8,20,23
  24:14 25:11,23,25 26:5,
  14,16 27:14

**5**

**504** 31:22
**504-729-8082** 31:22
**5:00** 62:11,13,15 66:1

**6**

**6** 122:17,19,25

**7**

**70056** 6:17 8:1
**777** 6:17 7:25 55:1
**7:00** 62:13,15 66:1

**8**

**8082** 31:24
**8:00** 62:4,5,15 63:4,18
  64:6,18,19 65:22 109:7,
  12 111:24 112:22

**9**

**9** 89:6

**A**

**abilities** 46:14
**ability** 13:3 71:25 75:3
  76:16
**acceptable** 71:20 72:1,
  14 73:22
**access** 54:17 85:16 93:1
**accordance** 100:2
**account** 15:3 41:1,15
**Accounting** 104:10,11,
  13
**accounts** 84:25
**accurate** 103:8 108:23
  112:13,14
**accurately** 112:19
**Act** 125:10,13,23
**action** 89:6 91:7
**actual** 28:10 78:13 81:13
  100:16 118:15
**add** 109:23
**added** 110:16,24 113:2
**adding** 110:6 111:14
  112:5
**additional** 109:23
**address** 7:24 27:8 73:6

**addressing** 15:3
**adhere** 47:9,13
**adopted** 76:23 77:5 81:5
**advertising** 44:1 123:6
**advice** 101:22 125:3,5
**advise** 50:4
**affidavit** 113:8 114:11
**aggregate** 116:3,4
**agree** 6:4,9,11,15 26:12,
  15 27:5,6,15 29:10 37:8
  40:17 67:18
**agreeable** 60:3
**agreed** 63:19
**agreement** 7:18 41:10
  48:12 67:14,15,20
  76:24 77:6 79:18 81:5
  96:4,24 99:14,15,25
  100:3,20 101:10 124:17
  125:12
**agrees** 65:6
**ahead** 20:13 30:8 31:11
  34:10 37:18 40:8 48:14,
  15 58:12,13 71:17
**allotted** 108:18
**allowable** 34:24
**allowed** 46:8 47:12
  121:8,12
**alter** 12:16 13:3
**amount** 35:11,15 75:3
  93:20 94:3,20 102:10
  104:1 111:16 113:4
  120:20
**answer's** 98:2
**answering** 27:21 100:25
  125:1
**Anytime** 55:2
**app** 61:12,13,18 84:12,
  14,17 85:8,10,18,24
  105:20
**appears** 25:6
**application** 30:18 33:13
  36:17
**applied** 21:24 22:22
  23:3,10
**apply** 21:21 44:2
**applying** 45:17
**appointment** 74:4,6
**approach** 11:5
**approval** 65:11,13
**approved** 82:17,19
  122:4,13
**aptitude** 45:8
**area** 87:21
**argue** 31:2
**arrange** 59:22
**arrangement** 16:20

**aspects** 10:6
**assess** 46:13
**assessment** 67:12
**assign** 13:9 14:22 82:11
**assigned** 9:22 10:3
  12:11,18 51:19 55:8,17
  56:9,17 61:24 62:3,17,
  22 71:22 72:3,15 82:2
  106:12 109:13 110:11
  112:3 113:5 120:4
**assignment** 14:25
**assignments** 59:2
**assist** 10:9
**assistance** 24:9
**Associates** 8:3,7,8
  28:14 73:22 88:22
**assume** 14:18 79:25
**assuming** 115:24
**assumption** 97:22
**assumptions** 27:8,10,12
**attic** 73:14,17,21
**attorney** 7:9 124:16
  126:20
**auditor** 39:11 40:1
**authority** 54:1,8
**authorized** 80:6,8
**automated** 13:10,12
  53:19
**automatically** 13:21
  53:24 107:5
**aware** 92:11 95:1 99:21
  117:18,24 118:22 119:3
  122:21 123:14 125:13

**B**

**back** 8:14 9:15 16:8 17:7
  20:14 31:8 32:7 51:4
  53:20 64:10,13 84:8
  87:5 94:9 95:13,21 96:6
**background** 76:14 77:1,
  2 82:7,22
**bad** 54:9
**Ballard** 10:20 11:19,22
  18:19
**bank** 25:17 28:23 36:18,
  21,22,25 37:2
**Banks** 18:23,24
**based** 10:10 22:13 23:3,
  15 25:15 33:25 41:7
  93:22,24 97:16 99:10,
  22 100:5,16,17,19
  101:3,9 102:15,19,24,
  25 103:3,10,11 110:23
**baseline** 66:5
**basic** 67:18
**basically** 64:2,14 67:25

**basis** 10:2 20:9,20 22:10
  27:7 43:15 94:5 96:11
  97:5,10,13 98:4,21 99:2
  102:25
**Becnel** 8:20 10:8,20
  11:18,20 52:8,10,12,17
  54:19 59:16 76:9 85:8
  87:1 96:9
**began** 95:13,20
**begin** 16:17
**beginning** 21:11
**begins** 15:8
**behalf** 6:2,6 21:25 43:15
  46:6 71:20 72:2,14
  80:19 104:2,8 124:19
**behalves** 123:7
**Behrman** 6:17 7:25 55:1
**big** 39:8 70:4
**bit** 21:15 43:18 46:23
  61:9,22 92:16 127:4
**bore** 7:7
**bottom** 25:7 27:24 60:14
**box** 55:20,21 112:25
  113:3,5
**boxes** 78:1,24
**break** 83:24 113:21
  126:3
**breaks** 116:21 117:19
**briefly** 114:7
**bringing** 114:3
**broad** 104:20
**broader** 97:17
**broke** 127:4
**broken** 41:8
**brought** 55:21
**built** 127:10 128:9
**bulk** 49:14
**Buras** 126:8
**Bush** 20:2
**business** 7:24 16:20
  37:10 91:11,12,17
**Byron** 94:15 101:23
  102:4,21 103:6,9
  114:25

**C**

**C-E-D-R-I--** 19:22
**cable** 38:20,23 45:11
  78:1,8,9,13,19,24
  112:25 113:3,5 122:17,
  19
**calculate** 93:22
**calculated** 93:23
**calculation** 35:7 103:12
  128:10

**calculations** 34:10
**call** 13:23 14:16 31:14,
  25 32:1,17 43:21 52:12,
  21 60:16 64:7 65:3,12
  66:17 78:9 88:7 90:8,16
  115:3 124:19 126:16
**called** 52:14 61:13 84:12
  115:1
**Calls** 26:21 44:5
**Camera** 127:11
**capacity** 13:14
**Carolyn** 10:20 11:19,22
  14:19 18:19
**case** 24:21 52:24 88:12
  91:25 92:6 93:23 94:11,
  25 95:13,20 96:21
**cases** 63:1 96:23
**Cat** 122:17,19,25
**cease** 41:22 42:3
**Cedrika** 18:23,24 19:22,
  23,24
**Cegrina** 19:21
**certification** 75:20
**certifications** 75:14,18,
  25 125:9
**certify** 101:16 103:19
**certifying** 125:21
**chance** 101:25 114:15
**change** 18:11,14 21:13
  50:2,5,13,15 51:22,25
  53:9,11,17,19,20 54:1,
  13,19,20 110:23 111:4,
  18 112:2 113:4
**changed** 9:18 12:13
  17:23 89:21 111:24
  113:1
**charge** 41:5
**charged** 78:22 87:6
**Charles** 6:2
**Charlie** 31:14 69:25 70:3
**check** 76:14 77:2 82:7,
  22 87:3,16 118:23
  120:7,13,21
**checked** 118:19 120:8
**checking** 49:11 120:9
**checks** 105:22 106:5
**child** 127:9
**choose** 62:14 63:23
  66:21 71:21 72:2
  127:16
**circles** 30:13
**circumstances** 50:5
  53:2,14 72:25 73:1
**claim** 33:7,20
**class** 24:20
**classifies** 30:18

**classify** 9:6 21:3 124:10,
  19
**classifying** 57:15
**clean** 43:25
**clear** 14:5 121:23
**client** 57:12,16 59:21
  70:13 71:16 97:19
**clients** 57:4,21
**clock** 93:13
**close** 18:16 83:14 93:12,
  15 96:21 107:6,8
**closed** 92:21
**closes** 93:10,25
**closing** 92:20
**college** 75:11
**column** 115:6,11,20
  116:2,15
**commitment** 66:4 68:21,
  22
**common** 11:4 66:16
  121:19
**communicate** 51:10
  60:5 66:10 73:17 84:19,
  22 85:12
**communicated** 28:22
  47:6 50:21 67:10
**communicating** 61:3
  63:7 64:11,15
**communication** 105:20
**communications** 84:15
  85:11,13 90:9,15
**Communications'** 90:17
**companies** 15:23,24
  123:8
**company** 9:6,19,22 10:4
  11:20,23 15:19,22 28:8
  35:17 36:7 37:11 42:4
  44:3 59:11 75:21 79:12
  104:2
**compel** 101:14 103:21
**compile** 56:24
**complete** 16:4 47:12
  73:10 76:13 94:8
**completed** 24:8 25:15
  41:11 105:23 111:6
**completely** 107:18
  112:13
**completes** 63:9
**completing** 41:13
**complying** 125:10,22
**comprised** 11:11
**compute** 115:12
**computed** 115:10
**CONCLUDED** 128:17
**confirm** 81:20
**confuse** 112:20

**confused** 99:8
**confusing** 112:21
**connectors** 47:23 49:10
**consequences** 68:15
  69:6,11,12
**considered** 9:9
**consistent** 33:13
**construction** 39:10 40:1
**consulted** 125:18
**contact** 59:17,21
**contacted** 59:18
**contained** 115:10
**context** 63:14 105:14
**continue** 43:7,14
**continuing** 43:5
**contract** 41:7 42:10 43:1
  48:11 67:14 68:24 69:1
  96:18,20 102:15,23
  103:2,4,17
**contractor** 18:6 21:3
  22:21 67:20 69:2
  126:11,12
**contractors** 17:20 18:3
  25:5 28:2,14 30:2 32:17
  33:8,20 43:20,22
  124:11,20
**contracts** 46:9 104:25
**contractual** 99:25
  102:18
**control** 10:12,16,19,24
  12:16 66:8 86:11
  106:11
**conversation** 76:16
**Cool** 114:6
**coordinate** 59:9,11 60:2
**coordinates** 12:5
**coordination** 66:19
**copy** 36:22 37:3 75:24
  77:15 79:16 88:14,16
**Corinne** 18:21 19:11
**corner** 123:2
**corporate** 90:6,7
**correct** 8:3,4 17:5,6,21
  20:7,17 26:14 28:17
  29:9 37:22,24 38:5,10
  41:16 42:6,7 43:2,8,15
  47:10,11 48:18 55:10
  57:12 58:19 61:7,16,21
  76:21,22 77:3,4,6,7
  78:21 81:18 88:19
  103:13 106:24 108:8,
  14,24 109:15,16,19
  110:12,25 111:2,3,8
  115:25 116:1 118:17
  121:6,7 122:6 125:5,23
**counsel** 101:20 124:25
  125:3,5,7,18

**counted** 22:21
**couple** 26:25 45:24
  59:17 126:24
**Court** 32:7 71:12
**courtesy** 66:17
**cover** 34:16
**covered** 81:18
**COVID** 21:11,12
**Cox** 12:6,11,14,25 13:9,
  21 14:20 15:20 16:4,7,
  9,14,18,19,21,24,25
  37:19 40:15,22 41:5,19
  42:11,24 43:5,12,16,17
  46:9 47:1,3,4,10,14,15,
  25 49:11,22 53:10,18,
  23 54:2 57:11,19,21,23
  58:3,5,9,16,21 59:6,14,
  20 61:12 63:19 64:17
  66:4 67:15,17,22 68:24
  69:1 75:17 76:14,21,24
  77:2,6,20,25 78:12 79:9
  80:7,19,20,21,25 81:5,
  6,16,19,23 82:6,12,14,
  17,19,22 86:14,17 92:5
  95:8 104:3,23 107:3,4,7
  121:2,9 122:4,13,14,16,
  19 123:9 125:9,12
**Cox's** 81:2
**Cox-authorized** 79:12
**CPNI** 82:15
**Craftsman** 122:8
**curious** 9:3 54:12
**current** 34:20 36:2,7,9
**customary** 87:11
**customer** 16:9 50:14
  63:16,19 64:4,7,9,12,
  16,23 65:4,6,11,14,15
  66:5,11,16 67:17,22,24
  68:1 73:7,9,10,18 80:13
  82:7,14 85:1
**customer's** 15:2 53:4
  64:6 65:18 73:14 80:15
  109:21
**customers** 16:11 37:14,
  20 63:8 69:3 80:19
**cut** 15:9 34:10

---

## D

**daily** 10:2
**DANIEL** 126:22,25
  127:20 128:13
**data** 56:20 85:21 96:7
**date** 9:16 89:24
**dates** 39:19
**Davillier** 6:7,14,16,21
  7:25 23:6 32:14 44:17
  65:20 69:13 71:19

84:10 97:4 98:18 103:5,
  9,24 123:25 125:8
**day** 7:12 12:4,10,12,14,
  18 13:1,5,17 14:15
  53:8,11,12 55:3,8,17,19
  59:5 61:10,11,19 63:6,
  11,22 64:20 66:7,20
  67:19 68:10 69:10,14
  71:22 72:4,16 73:19
  84:15,23 85:5 87:20
  90:3 92:18 93:8,10,21
  105:17 106:18 107:12,
  25 117:7 118:10
**day-to-day** 10:10
**days** 56:19 69:4 116:17
**db** 47:22
**decal** 79:25
**decide** 63:12 64:7,11
  66:1 68:12,20,21
**decided** 11:3 67:9
  109:22
**decides** 10:25 48:2
  66:22 69:16 73:5
**decision** 11:8,12,15
  66:11 69:6 87:23
  124:10
**decisions** 69:9,11
**dedicate** 40:12
**deducted** 128:3,8
**deductions** 127:1,3,5,7,
  23 128:1
**defendants** 6:3,7
**defending** 71:1
**define** 9:1 47:16
**defines** 47:15
**definition** 9:3 30:16 96:3
**degree** 75:11
**demand** 42:24 43:5,16
**Dennis** 60:15
**depend** 8:25 42:23
**dependent** 63:10
**depending** 10:24 63:5
**depends** 50:19,22 55:5,
  11,22 60:12 64:22
  67:11 69:7 87:4 106:20
  110:21
**deposit** 101:22
**deposition** 6:12 7:5
  15:12 31:7 98:12 114:7
  128:17
**depositions** 34:23
**Depot** 123:2,3
**derived** 38:4,12,16
  39:24 95:9
**describing** 49:4 52:23
**desk** 113:13,24
**detail** 53:16 72:23

**detailed** 30:16
**determination** 96:8
**determine** 34:13 35:2
 87:15 96:22
**determined** 47:18
**device** 95:10
**differences** 105:7
**differently** 99:24
**difficult** 40:3 107:20
**direct** 31:20 61:14,18
 85:16 105:16
**directly** 9:14 31:14
 44:14 91:23 104:4,7
**disagree** 24:19 29:14
**disciplined** 74:5
**disclosures** 88:21,24
**discount** 40:20
**discoverable** 89:4 91:6
**discovery** 98:12
**discussed** 11:16 24:10
**discussion** 11:3
**discussions** 11:13
**dispatch** 10:21 11:24
 12:2,5 14:24 40:21 41:5
 52:22 57:3
**dispatcher** 12:15 13:3,
 19,23 14:16 19:3,4,7,9,
 13,18,19 20:3 41:15
 83:17
**dispatchers** 13:18 40:23
 41:20 53:3 54:18 58:2,3
 84:16 85:7 106:24
**dispatches** 14:20
**dispatching** 57:22
**District** 38:22
**document** 23:16 43:4
 56:14 81:13 86:10
 87:12 93:19 94:2 95:4,6
 101:22 102:3,16,19,20
 103:17 113:10 114:8
 125:1
**documentation** 35:11
 36:20 93:24 95:2
**documented** 35:16,17
 74:13
**documents** 34:7 35:20
 48:9,13,17,21 49:17
 88:12 94:19 101:19
 103:25
**Dollar** 109:3
**Dollars** 109:1
**Dominique** 20:2
**door** 80:1
**download** 105:19
**drafted** 124:25
**driving** 65:16

**drug** 76:19 82:22
**duly** 6:18
**durations** 40:14
**duties** 9:18 10:2 12:3
 36:12,13 42:1 104:18
 126:13

---

**E**

**earlier** 27:18 28:9 30:5
 62:24 63:1 65:5,7 73:3,
 20 100:10 121:4
**early** 64:13,22 107:12,25
**earn** 108:6,7 109:15
**earned** 100:6,18 102:11
 103:1,10
**ease** 8:9
**easily** 56:23
**educational** 75:4,10
**Eighty** 109:3
**either/or** 29:22
**electrician** 66:14
**electronically** 41:15
 46:25
**eleven-page** 101:21
**email** 50:18
**emergency** 13:15
**employed** 90:14 127:6
**employee** 20:1 30:17
 89:13 126:10
**employees** 17:9 18:1,3,
 8,10,13,18 20:5,7,15,24
 22:2,8,22 23:7,10,23
 24:15 25:9,13,24 26:8,
 19 27:4,15 28:4,8,11,16
 29:8,11,20 30:19 32:18
 33:1 34:19 43:20 53:11
 124:12,21 127:2
**employment** 42:19
**engage** 44:22 45:10,15
**engaged** 45:22 46:6
 123:5
**engagement** 43:19
 75:23
**engages** 43:22 45:5
**engaging** 43:20
**entail** 86:15 126:13
**enter** 12:5 14:22
**entered** 104:25
**entities** 16:10,13,21
 57:20
**entity** 58:17 60:16
**equipment** 12:7 14:22
 15:2 40:25 41:14 49:14
 53:4,5 54:22 55:4,7,10,
 16,24 56:17 77:21
 78:18 84:24 93:16 94:1

**118:19,24 119:18,19
 120:4,7,10,14,21
**equipment's** 119:24
**errands** 116:23
**essentially** 15:18
**estimate** 119:13
**ETA** 61:13,18 105:16
**etcetera** 46:14
**evaluated** 109:21
**evaluates** 73:4
**event** 87:2
**everything's** 41:16
**exact** 21:16 89:24
 111:16,25
**EXAMINATION** 7:4
 126:25
**examined** 6:18
**Excel** 95:3
**exceptions** 45:14
**exclusively** 16:18
**Exhibit** 101:21 113:9
 114:10
**exist** 41:23 42:3 105:7
**existing** 44:20
**expect** 63:4 64:17 66:15
 81:16
**expectation** 81:3
**expectations** 81:6
**expected** 47:13,15
 65:21 67:16,25 80:22
 81:23
**expecting** 63:15,17
 80:16
**expenses** 34:17 35:17
**experience** 45:6,11,16,
 21 46:5 75:13
**experienced** 44:22 49:2,
 7 50:4
**explain** 34:23 114:21
 116:7,9
**explained** 72:22 112:8
**extent** 73:11

---

**F**

**fact** 102:10 116:25
 117:12
**failed** 87:3,6 98:7
**failing** 74:6
**fair** 7:21 21:20 45:18
 81:1,17 100:7 124:9
 125:10,13,22
**falls** 107:6
**false** 28:17 29:9,15,18
 30:2
**familiar** 7:8 15:23 51:18
 85:18

**fan** 70:4
**federal** 25:8,12 26:7,19
 27:3 28:4,15 29:18,24
 30:17 32:25
**feel** 73:15
**fell** 14:14 106:17
**felt** 7:20
**field** 41:10,12 42:2,11
 44:25 46:8 51:14,19
 52:11 76:24 77:6 79:18
 81:4
**fiftieth** 87:25
**figure** 18:7 23:19,22
 31:16 35:23 95:14,21
**file** 101:14 103:21
**fill** 24:7
**filled** 23:15 25:22 26:25
 28:11
**find** 9:5 12:24 13:2
 20:18 23:9 44:16 45:5
 54:12 56:11,12 91:8
 120:10
**fine** 14:8 15:11 29:3
**finish** 13:16 15:15 53:7
 64:24,25 65:1 109:17
 111:17 112:1
**finished** 15:13 107:11,
 25 108:15,17 109:8,14
**finishes** 63:9 75:9 110:9
**firms** 89:18
**fit** 24:5 47:13 67:8
**five-minute** 113:21
 126:3
**five-page** 113:10
**floor** 96:18 97:1
**Flowers** 18:19 19:5,6
**fluctuate** 21:7
**focus** 42:13
**follow** 63:24 66:6 81:16,
 23 86:8 126:24
**followup** 126:8
**form** 12:20 14:1 22:25
 23:12 33:3,10 45:2 50:7
 54:4 56:7 60:19 62:19
 72:18 74:9 81:9 86:5
 87:8 88:3 90:11,20
 94:23 108:21 118:12
 120:16,23 123:11
 124:23 127:19
**formal** 37:5 39:9 80:15
**format** 35:14
**formula** 35:1,8 87:24
**foundation** 67:23 97:24
 98:8
**fragmented** 64:1
**frame** 16:5 17:12 34:21
 97:18

**fan** 70:4

**free** 58:6 60:24 66:23
 68:14 69:9,13 82:24
**friend** 83:9
**front** 26:10 31:2 40:5
 97:20 101:20
**froze** 51:3
**FSA** 48:11 80:5 81:13
 86:9 125:19
**fulfill** 42:10
**full** 107:25 108:18
**function** 83:18 122:6,9
**funds** 25:10 36:1

---

**G**

**gain** 25:9
**gather** 56:25
**gathering** 118:3,9
**gave** 19:14,20 26:13
 112:7
**gears** 92:16
**general** 13:9,11 22:14,
 17,19 24:11 26:15
 40:15 43:24 44:8 45:7
 50:11 52:18 55:23 69:5,
 8 77:14,24 81:25 87:4
 91:3 107:18 111:21
 112:11 115:18 118:20
 122:5 127:7,8
**general,--** 44:8
**generally** 44:9 81:22
**generate** 40:24
**generated** 12:13 95:12
**give** 7:19 8:18 9:2 32:21
 34:14 73:12 112:12
 114:15 126:1
**giving** 22:13
**goal** 55:12 66:5 73:9
**good** 6:21,23 32:4 40:21
 43:7
**Government** 25:8,13
 26:7,19 27:3 28:4,16
 29:19,25 32:25
**grab** 113:23
**grabbing** 114:3
**graph** 114:19,23
**Grayco** 90:7,9,15,16
 91:12,19,25
**Gretna** 6:17 7:25
**Group** 6:8 125:8
**guarantee** 86:1
**guess** 14:4 23:5,19
 36:10 39:9 41:4 44:16
 46:3 56:11 81:15 84:24
 89:16 121:23
**guidelines** 23:4,16,21
 24:5,11 25:16,21 28:22,

23 33:14 34:1 79:9
81:17,19,20,24 96:24
**Guys** 83:22

## H

**half** 83:23
**hammer** 121:17
**Hancock** 36:17,21
**handed** 119:24
**handle** 55:16
**handled** 106:23
**handles** 11:24 13:12
14:20
**handwriting's** 19:23
**happen** 7:11 52:5 53:13,
15 54:12 66:7 87:2
106:17,21 119:5
**happened** 64:4 72:8,12
96:22 123:19
**happening** 122:21
123:14
**Hayes** 6:20,24 7:1,4
12:22 14:3,6,13 23:1,13
24:2,4,22 25:2,14 26:22
27:20 28:6,20,25 29:5,
16 30:10,21,25 31:10,
18,23 32:6,11,13 33:4,
11,15,18,24 35:6 36:6
38:9 44:6 45:3 50:8
51:2,5 54:5,16 56:8
57:7 60:1,9,21 62:20
67:2,4 68:3,7,18 69:22
70:6,15,20,24 71:6,18
72:7,9,13,19 74:2,10,24
75:8 77:12 81:10 82:5
83:4,21 84:4,7,9 86:6
87:9 88:4,13,18,20,25
90:12,21 91:2,15,22
92:3,9,14,22,25 93:3,6
94:24 95:18 96:1,17
97:9,25 98:10,15,24
99:6,16,19 100:11,21,
24 101:8,11,18 103:16,
18,23 105:12 106:1,8,
15 107:2,15 108:11,22
111:11 113:14,18,25
114:5,12 116:20 117:4,
16,20,22 118:6,13
119:2,8,16 120:2,17,24
123:12,17,22 124:7,15,
24 125:17,25 126:6,18
128:15
**HD** 8:3,6,8,9,12,16 9:5,
16,24 10:13,16,19,25
12:9 13:2,19,22,22,23
14:16 15:7,18 16:2,10,
17,24 17:4,10,19 18:2,8
20:16,19,25 21:21,25

22:3 28:13 30:1 33:1
35:11,20 37:1,10,14
38:1,4,13,15 39:6,24
40:18 41:22,25 42:3,9,
21 43:1,15,19,22 44:1,
18,22 45:5,10,15,17,22
46:6 47:9 48:17 53:9,11
54:1,13,21 56:3,14,15,
21 58:17 59:15 60:17,
22,23 61:2,4 71:20
72:2,14 73:21,23 74:5,
16 75:5,16,24 76:7,18,
23 77:5,9 78:5,10 79:3,
7,20 81:5,15,22 82:2,10
83:1,12,17 84:12,16
85:14 86:1,11,19,23
87:11,12,15,24 88:22
89:5,13,21 90:6,8,16
91:6,9,11 92:16 93:7,19
94:3,12,18 95:7,13,20
96:6 99:10,13 104:1,9,
14 105:1 106:23 107:23
108:12 109:4 118:17
120:19 124:19 125:9
126:11 127:6,15 128:8
**HD's** 48:23 51:18 74:13
104:6
**HDA** 115:1,22
**head** 21:17 35:10 74:12
**heading** 114:20 115:1
**heard** 6:25
**hearing** 59:23
**held** 123:7
**Hey** 64:12 113:15
**high** 75:9
**higher** 21:10
**highly** 27:25 30:15
**highly-skilled** 74:21
**Highway** 6:17 7:25 55:1
**hire** 82:1,17,18,24
**hired** 42:15
**historical** 85:20
**history** 76:16 94:8
**hold** 8:6,12 50:17 69:19
113:12 114:24
**home** 53:4 64:4,9 65:5,
15,18 80:11 82:14 85:2
108:2 123:2,3
**honest** 21:16 22:12
53:17
**honestly** 44:13
**hour** 83:23 102:25
118:21 119:11
**hourly** 20:9,20 97:5
98:21 99:2 102:7,24
103:13
**hours** 92:17 93:8,20,22,
24 94:3,20 95:14,22

96:12,13 99:11,22
100:6,17 101:3 102:4
103:12 108:18 109:17,
20 110:10,20 111:7
112:2 113:4 114:20
115:7,25 116:4,15
**house** 49:12 52:20
63:16,18 66:14 109:21
110:19
**housed** 54:22
**household** 45:20
**hundred** 37:23 38:12
**Husky** 122:8
**hypothetical** 67:7
111:21

## I

**ideally** 63:3
**identified** 20:15 40:1
90:6,7
**identify** 100:15
**ignore** 66:24
**imagine** 7:12 121:19
**impact** 47:24 50:14
**important** 41:2 57:16
**imposed** 107:23
**in-person** 46:11
**inception** 9:16,19,24
11:2 99:13 125:12
**include** 12:3 22:17
23:20 28:10 32:18
105:9 118:2
**included** 23:9,22 24:5,
15 34:2
**including** 125:21
**income** 38:3,12,15
39:24 40:24 41:1
**indefinite** 42:21
**independent** 17:20 18:3,
6 21:3 22:21 25:5 28:1,
14 30:1 32:17 33:7,20
43:20 69:1 123:7
124:11,20 126:10,12
**individual** 39:16,25
46:17 48:3,4
**individually** 56:24
**individuals** 32:16,19
39:23 85:17 89:3 91:9
106:3
**industry** 11:4 75:19
**inform** 50:14
**information** 12:6 14:22
17:11 25:16,18 26:6,10
33:8 40:5 47:1,5 49:24
51:10 56:25 57:1 74:12
76:11,13 85:19 89:4
91:4,5,6,8 93:1 94:13,

17 95:7,9,12 97:17,20,
22 120:10
**initial** 11:13,14 63:2
88:21,24
**initially** 12:25
**inserting** 112:10
**inside** 92:5
**inspect** 86:17
**install** 77:25 112:24
122:18
**installation** 38:20,24
77:20 86:2 112:25
113:3,6 123:8
**installer** 112:23
**installs** 37:20 54:22
**instance** 56:12 109:7
**instances** 111:13
**instruct** 14:9 59:20
**insurance** 128:7,8
**integral** 37:10
**intends** 90:8,16 91:9
**intent** 91:3
**interact** 53:3
**interpretation** 33:25
**interview** 76:3,5
**introduce** 6:25 80:12
**inventory** 55:14 56:9
**invested** 104:1
**involve** 38:20,23
**involved** 27:23 60:17
104:16 106:3
**involves** 40:22
**Irrespective** 23:21
**issue** 51:15 75:20
**issues** 15:3 126:17

## J

**J.W.** 104:10,11,13
**January** 17:8,23
**job** 8:6,11 9:18 10:2
12:1,3 14:15 15:1,5
19:2 36:12,13 41:13,25
43:7 44:25 59:2,4,12
62:25 64:3,8,14,22
65:2,9,22 66:23,24
67:10,11,13 68:15
71:21 72:3,15 73:5,8
75:2 77:8 82:16 83:11
86:2 87:3,19,25 88:7
92:21 93:15 95:11
100:18 101:5 104:18
107:9 108:15,16 109:8,
9,12,14,18 110:7,9,12,
18,20,22,25 111:4,5
112:1,3,24 113:2
115:14,16 116:10,13

121:11,13,17 122:4
126:13
**job's** 64:9
**jobs** 12:13 41:11 47:12
53:22,24 54:2 56:1
62:23 63:2,9 64:16
66:21 78:11,20 83:1,7,
10,14,16 87:13,15
92:20 93:10,12 94:1
105:16,23 107:11 108:8
116:22 117:1,6 121:2,9
123:9
**Jody** 18:19 19:2
**John** 6:14,16 7:25 103:5
**jointly** 32:2
**Jonathan** 6:6 14:7 71:2,
10 88:14 97:11 113:15
**Jonathan's** 70:7 71:8
**juggle** 65:10
**jumping** 71:9
**June** 9:17
**Justine** 126:21

## K

**Keshia** 18:20 19:4,15,
16,17
**kind** 22:13 41:17 42:23
46:13 47:3,4 64:1 66:17
76:15 80:5 111:20
119:9 126:14 127:10
128:9
**knowledge** 91:18 104:4

## L

**labor** 38:17 40:19,21
41:6,22 42:11 43:6
125:10,13,22
**laborers** 74:21
**lack** 48:25 98:7
**Larry** 126:8
**late** 108:6
**latitude** 64:21
**Law** 6:8 125:8
**lawsuit** 36:14 37:9 38:5
42:14,15 104:17,23
105:8 106:4
**lawyer** 42:20
**lay** 97:24
**laying** 98:8
**lead** 9:8 46:12 51:16,20,
22 52:4,6,21 86:24
88:10 126:9,15
**leading** 49:12
**learn** 47:3
**lease** 79:4 127:17,22,24

**leased** 109:4
**leases** 127:10,14,17
**leave** 13:15 53:6,7
**leaves** 114:7
**left** 32:14
**legal** 30:16
**level** 53:16 72:22
**levels** 47:22 49:12,13
**Lewis** 6:5,6 12:19 13:25
14:11 22:24 23:11,25
24:17,24 26:20 27:16
28:18 29:12 30:3 33:2,
9,22 35:4 36:4 38:7
44:4 45:1 50:6 54:3,14
56:6 57:5 59:24 60:7,18
62:18 66:25 68:16
69:20,24 72:5,17 73:25
74:8,22 75:6 77:10 81:8
82:3 83:2 84:2 86:4
87:7 88:2,15,20 90:10,
19,25 91:13,20 92:1,7,
12 94:22 95:16,24
96:15 97:7,14 98:5,22
99:4 100:8 101:6
103:14 105:10,24
106:6,13,25 107:13
108:9,20 111:9 113:11,
16,22 114:2,7,9 116:18
117:2,14 118:4,11,25
119:6,14,25 120:15,22
123:10,15,20 124:5,13,
22 125:15 127:18
**likewise** 105:5 109:17
**limited** 13:6,7,14 52:24
**lines** 79:14
**list** 77:8,15,24 78:2,4
121:5,9 122:2
**listed** 27:15 90:23
**litigation** 36:3,8
**LLC** 8:3,7,8
**loan** 21:21,25 22:3,22
23:3,8,10,15,22 24:6,16
25:15 26:1 28:12 32:16,
19 33:8,21,25 34:15,16
35:3,12,21 36:17 37:2
**located** 104:11
**location** 15:5 67:12
**log** 61:17,18 105:15
**logged** 115:13,14,16
**logo** 79:12,16,22 80:6,7
**long** 43:11 46:16 58:7
82:6 104:13 118:8
120:12 121:13
**longer** 46:18 48:23
**Lonnie** 56:13
**looked** 35:19
**loop** 60:23 61:3

**lot** 13:20 44:20 75:12
107:19
**Louisiana** 6:4,8,17 8:1
**lunch** 83:24 116:14,16,
23 117:1,6,12,19

**M**

**Madame** 32:7 71:12
**made** 11:7,12,14 36:16
41:19 87:22 96:2
124:10,19 125:9
**Magistrate** 27:23 29:3
30:8,20 31:9,13,17 32:1
**magnetic** 79:25
**maintain** 35:11,20 49:14
54:21 55:15 56:20
75:24 79:16 93:19
**maintained** 25:4 27:25
54:23 95:4,7,8
**maintains** 10:18 37:1
**majority** 16:19 40:18
45:13 57:11 75:22
**make** 10:4 37:5 47:24
48:20 49:12 50:24
53:19 54:13 55:24
65:12,17 66:11 68:22
69:5,9 86:17 96:7,12,
19,25 115:19 125:18
**makes** 51:11 107:18
**making** 27:7,11 41:16
49:9,15 70:12 71:4,15
**manage** 9:21 10:4,5
55:14
**management** 11:3,7,12,
16,17 75:3 85:7
**manager** 8:13,22 9:1
10:8 12:2 51:13
**managers** 8:15,23 9:6,9
**managing** 9:20,23
**manner** 97:23 124:1
**mark** 71:12
**marked** 101:21
**marketing** 123:6
**materials** 46:22 48:7
118:3,10
**matter** 7:3 54:10 90:18
107:16 110:8 111:5
113:9 124:3
**means** 13:14 14:25
**meet** 50:3 67:21 73:9
**meeting** 50:17,25 51:1,
6,7,9 67:24 68:23,25
69:2 82:11
**meetings** 50:20
**meets** 86:17 122:5
**member** 8:2 9:4,21

**members** 9:24
**mentioned** 128:2
**messages** 85:16
**met** 43:11,16 48:5 49:16
82:6 97:1 121:10
125:19
**Metairie** 104:12
**method** 49:22 105:4
**mind** 107:23
**mine** 83:12
**minimum** 97:2
**minute** 16:24
**minutes** 83:25 109:9,14
110:9 111:6 112:1
113:4,19,24 118:20
119:10 126:2
**Mischaracterizes** 27:17
30:4 100:9
**missing** 55:11,20 116:8
**mix** 66:2
**model** 91:11,12,17
**modems** 78:24
**modify** 66:9
**moment** 39:14
**money** 32:21 34:4 35:2,
12,15 102:11 104:1
**monitor** 53:16
**months** 26:25
**morning** 6:21,23 12:12
53:22,25 119:23
**motion** 101:14 103:21
**Move** 71:17
**moving** 64:22
**mute** 31:11
**mutually** 60:3

**N**

**name's** 103:5
**named** 20:4 127:2
**names** 8:18
**nature** 42:22
**NCT** 75:17
**necessarily** 52:3 109:20
**needed** 58:7 77:8 84:25
85:11 93:22 109:22
**Netchex** 89:17
**network** 47:25
**non-** 122:3
**non-approved** 121:1
**non-cox** 57:4
**notes** 126:2
**notify** 57:22 73:23 108:1
**notifying** 83:1,12
**number** 18:13 21:7,10,
13 22:8,15 23:20,23

25:23 26:13,14,16
31:20 32:16,19 42:25
46:2 51:23 54:17,20
56:3,12 89:2,6 90:5,14,
24 93:8 96:13 102:3
116:2,4 127:8
**numbers** 21:16 22:13

**O**

**object** 22:25 23:12 29:1
33:17 38:8 42:20 68:4
71:7 72:10 81:9 92:23
93:4 99:17 100:22
118:12
**objected** 70:21
**objecting** 70:8 71:8,9
**objection** 12:20 14:1
24:1,18 26:21 27:17
28:19 29:13 30:4 33:3,
10,23 35:5 36:5 44:5
45:2 50:7 54:4,15 56:7
57:6 59:25 60:8,19
62:19 67:1 68:17 70:23
72:6,18 74:1,9,23 75:7
77:11 82:4 83:3 86:5
87:8 88:3 90:11,20
91:1,14,21 92:2,8,13
94:23 95:17,25 96:16
97:8,10,11 98:4,6,7,23
99:5 100:9 101:7
103:15 105:11,25
106:7,14 107:1,14
108:10,21 111:10
116:19 117:3,15,21
118:5 119:1,7,15 120:1,
16,23 123:11,16,21
124:6,14,23 125:16
127:19
**objections** 70:4,12 71:4,
16
**obligation** 68:2 69:3
102:18
**obligations** 42:10
**obtain** 75:15 79:20
85:21
**occasion** 45:15 54:11
58:11,23
**occasionally** 48:13 55:5
62:13
**occasions** 59:19
**occur** 15:3
**occurred** 124:3
**offer** 80:24
**offhand** 17:12 26:6 34:6
116:21 123:13
**office** 59:5 108:1
**one-hour** 117:6

**ongoing** 43:15
**online** 46:10,21,24 48:7
**open** 93:12,15
**opened** 92:21
**opening** 92:19
**opens** 93:9,25
**operate** 11:5
**operation** 67:23
**operational** 10:12,16,18,
24
**operations** 37:12
**opinion** 16:2,24
**opportunity** 40:11 108:6
**opposed** 30:18 98:21
**opt-in** 7:2 105:9
**option** 44:11
**order** 15:4 62:16,22
63:3,9,12,23 65:8,10
66:2,10 75:15 97:18
106:11
**orders** 106:18
**organizational** 39:9
**originally** 12:18
**Orleans** 6:8,14
**outset** 105:17

**P**

**P.M.** 128:17
**paid** 11:1,9 20:9 34:8
35:12,15,19,21,25
91:19 96:3,5,20 97:5
98:20,21 99:2,3,13,21,
23 100:2,5,16,17,19
101:3,4,9 102:8,19,21,
24,25 103:3,10,11
105:4 108:25
**pandemic** 21:14
**paperwork** 24:7 25:22
26:25 29:7,25
**paragraph** 114:13,20
**part** 34:17 36:14 37:9,
10,11 41:13 42:14,15
53:1 55:13 98:6 110:16
118:12
**party** 59:18 60:10
**passing** 82:21
**past** 8:14,24 44:12 89:21
**pause** 15:13
**pay** 20:19 34:4,17,18
41:11 78:7,25 99:10
100:1 102:4,8 128:8
**paycheck** 127:3
**paychecks** 17:3 127:5
**Paychex** 89:17,25
**paying** 97:1 99:11
**payments** 41:19 127:10

**payroll** 22:14 89:12,18, 22 90:2
**pays** 20:19
**PDF** 48:9,13,17 49:17
**people** 10:5,9,15 20:4, 15 21:2,17 22:18 24:15 25:9,12 26:5,18 27:2,14 33:1 44:23 54:17,20 91:5 94:25 126:17 127:6,15
**percent** 37:23 38:12
**percentage** 40:21
**perform** 41:25 59:22 67:16 68:9 75:2 80:22, 25 83:18 86:23 87:16 104:2
**performed** 38:4,13,25 39:3,13,18,24 58:17 83:12 86:3,12,14,20 102:11 104:13 113:3
**performing** 109:24
**performs** 104:8
**period** 24:20 38:21 39:21 42:16 102:5,8
**periodically** 86:20,22
**periods** 94:11
**permissible** 82:25 122:3
**permitted** 80:17,23 121:1
**person** 10:21 20:3 35:9 39:4,12 51:17 52:4,9 59:9 74:17 82:19 87:18, 22 126:15
**ph** 10:20 18:23 19:11 20:2 52:8 89:9
**phone** 29:3 31:19 66:17 126:21
**physically** 41:14 68:9
**pick** 55:4,9 63:23 66:21 78:18,19
**picked** 93:16
**picks** 94:1
**piece** 99:12
**pieces** 41:17
**place** 10:5 47:23 67:15
**places** 16:16
**plain** 29:23
**plaintiffs** 7:2,3 105:8,9
**plan** 91:11
**plenty** 116:23
**pocket** 122:18
**point** 7:13 16:17 46:15 63:20 64:15 68:24 71:13 97:5 98:21 99:3, 12,23 101:13 105:7 108:25 109:2,3,4 119:21 128:10

**points** 100:6,18 101:4 103:1,10 108:17 109:8, 13,15,18,25 110:8,11, 21 111:5,8 112:3 113:1, 5 128:9
**points-based** 102:12,17
**policy** 76:21,23 77:5
**poor** 7:10 38:11
**poorly** 7:14
**poorly-worded** 18:12
**populated** 61:19
**portion** 14:17
**position** 71:15 89:5 91:7 119:4 124:4
**possesses** 79:21
**possession** 48:17,23 94:19
**Possibly** 107:3
**Post** 85:11
**potentially** 54:8 109:24
**PPP** 21:21,25 22:3,22 23:3,7,10,15,22 24:6,7, 16,19 25:10,15,22 26:1 28:12,23 29:7,25 32:15, 19,21 33:8,13,21 34:4, 15,16 35:3,12,21,25 36:17 37:2
**practice** 54:10 107:16
**practices** 43:19 107:22
**premises** 82:8
**present** 17:19,24
**preserve** 37:4
**Preston** 7:1 24:18 30:7 69:19,21,25 70:3 113:12 114:10
**pretty** 13:10 18:16 43:24 50:10,11 53:18 75:19 104:20 112:11 117:9
**previous** 45:6,7,11 75:23
**primarily** 11:14 76:15
**primary** 15:1 49:21,22 57:12,13,15
**problem** 51:15
**problems** 52:19
**procedures** 107:23
**proceeding** 25:4
**proceedings** 26:3 28:1
**process** 10:6 13:11 46:16 48:6 49:3 50:18 76:3,6,12 87:22 108:2
**processes** 89:12,18,22 90:2
**produce** 56:22 57:1
**product** 49:25
**profit** 42:1

**project** 16:15 39:4,17,18 40:2,13,22 57:13,23,24 58:3 59:14 60:17,22,24 61:5 67:20 111:17,18 112:23 116:5 122:12,15
**projects** 9:21 10:3,4,7 15:25 16:4,7 17:1 38:18,19,22 40:10,14 57:23 58:2,5,18,20,22, 25 59:1,8,20 60:14 61:2 104:23
**proper** 15:2 70:9,11
**property** 82:15
**provide** 15:24 16:3,25 37:14,23 49:24 80:17, 18 86:12
**provided** 37:24 46:7 77:9,16 78:12 79:1,2 81:7 96:7 113:9 121:5 122:16,19
**providing** 12:8 15:19 128:11
**pull** 56:16
**purchase** 78:4,6 127:16
**purchased** 78:10
**purpose** 15:1 55:25 82:16
**purposes** 105:20
**put** 47:23
**puts** 40:25
**putting** 41:14 49:10 112:15

---

**Q**

**QC** 86:12,14,20,23 87:3, 6,16,17,19,25 105:22 106:4
**QC'D** 87:13
**qualifier** 112:15,16,17
**quality** 86:1,11
**quantifier** 112:5
**question** 7:11,13,16,19 12:20 14:1,14 15:14 18:6,12 20:10 22:25 23:12 24:3,14 26:5,11 27:1,5,6,7,14,22 28:9, 21 29:6,22,24 30:16 33:3,10,16,19 34:12,13 35:1 36:10,24 38:11 40:4 41:4 42:9 44:7 45:2 46:4 50:7 52:16 54:4,9 56:7 57:8,25 58:1,10,14 60:19 62:19 63:21 64:1 68:6,8,10 69:8,15 71:19,23,24 72:1,18,24 74:9,18 76:1,4 81:9 86:5 87:8 88:3,6 90:11,20 93:7,18

94:23 95:5,19 97:12,15, 16 98:8,9 99:7,8 100:4, 13,14,25 101:15,17 103:9,20,22 104:19 107:17 108:21 110:1,3, 4,6,14 111:23 112:9,17, 19 118:12 120:16,23 121:16,22 122:10 123:11 124:23 125:1 126:7 127:19
**questioning** 83:23
**questions** 14:10 25:20 32:15 126:20,24 128:14
**quickly** 19:1 108:16

---

**R**

**random** 66:13
**range** 97:17
**rate** 99:12 102:7,25 103:13
**re-ask** 18:12
**ready** 31:9 32:10 114:18
**rearrange** 53:23
**reason** 50:1 65:25 68:11 95:21 96:25 112:15 119:21
**reasons** 67:9
**reassign** 12:16 13:4,18 83:15 107:4,5,8
**reassigned** 13:24 14:17 106:19
**reassignment** 106:23
**reassignments** 13:13
**recall** 9:16 17:14,15 24:10,11 44:13
**receive** 17:4 43:7 49:19 61:10 109:1,9,11,18
**received** 32:22 40:18
**recent** 22:14
**recollection** 22:14
**record** 7:1,24 8:7 32:5,8 71:13 84:6,8 103:4,7 120:19 126:5
**records** 22:12 36:25 37:1 74:14
**Recovery** 38:22
**recurring** 94:5
**refer** 8:8 21:18 34:7 48:7 81:12,19 86:8,9 99:14 101:19 103:2,17 111:19 123:24
**reference** 8:9
**referenced** 39:13 46:19, 21 75:25 76:4
**referrals** 44:19,20
**referring** 11:18 48:22 81:21 102:17 103:6

**reflect** 102:3,7,10 103:5, 25
**reflected** 104:6
**reflects** 102:19 116:2,3
**refrain** 42:18
**refute** 124:4
**regulations** 7:8 23:14 81:6 82:15
**reimburse** 41:19
**related** 24:21 50:12 85:4 94:15 126:7
**relevance** 25:1,3
**relevant** 25:11 26:2 27:25 34:20
**relied** 124:25
**remember** 18:20 21:23 22:2 39:19,20 89:24 92:4
**rent** 79:4
**repair** 86:2
**repeat** 12:23 45:4 127:21
**rephrase** 7:15 14:2,4 45:10 121:22
**report** 51:14
**Reporter** 6:10 32:7,9 71:12
**represent** 7:2 28:7
**representative** 90:6,7
**represented** 22:3,9 25:8 28:3,15 29:7,24
**representing** 32:25
**represents** 23:8 115:20, 25
**request** 37:5
**requested** 25:19 59:10
**require** 57:17 76:11
**required** 10:11 25:18 34:1 50:20,25 51:6,9 75:15 76:18 77:20,25 79:6 80:4 85:23 105:15, 19 107:10 108:1 112:23 127:14
**requirement** 67:18 75:11 76:14 77:3
**requirements** 42:24 43:12,17 67:22,24 68:1 73:9 75:4 79:10 82:6,12 86:9 121:11 125:14,19
**requires** 47:9 82:23 121:17
**reschedule** 73:18 74:3
**reserve** 101:13 103:20
**residence** 6:3
**residential** 37:20 38:20
**resolution** 73:7

**138**

**resources** 40:12
**response** 125:2
**responsibilities** 9:12
**responsibility** 55:14
**responsible** 12:8 63:7
  92:19 127:12
**responsiveness** 29:2
  33:17 68:5 70:21 72:11
  92:24 93:5 99:18
  100:23
**result** 15:4 21:13 38:4,
  13,16 40:19
**resume** 83:25
**retained** 85:13
**retry** 99:9
**return** 94:14 104:6
**returns** 114:7
**revenue** 40:18
**review** 96:6,11 101:25
  113:20 114:15
**ride** 49:2
**ride-along** 49:18
**ride-alongs** 49:1
**Ridge** 6:4
**rights** 101:14 103:21
**River** 6:3
**role** 41:2
**rolls** 49:22
**roughly** 20:24
**route** 13:12,23 14:15,17,
  25 55:3 61:11 62:3
  63:11,13,22,25 65:10
  66:20 67:19 68:10,13
  74:7 83:9,10 107:12,25
**routed** 64:20
**routes** 12:9,11,12,16
  13:1,4,10,17 22:15
  53:10,12 56:1 61:19,23,
  24 62:12 83:1
**routing** 61:9
**rules** 7:7 34:23 81:6
**run** 48:2 116:23

**S**

**safe** 73:16
**salaried** 20:5,21
**Salary** 20:22
**scenario** 60:12 69:7
  73:23 81:12 87:4
**scenario's** 81:18
**scenarios** 107:20
**schedule** 59:11 63:8,25
  64:20 66:13
**scheduled** 62:23 63:1
**scheduling** 57:3,22

**school** 38:22 75:9
**scope** 13:6,7 97:18
  110:7,10,16 111:4,14,
  15,23,25 112:10,21
**Scott** 18:21 19:11
**screen** 76:19
**screening** 71:1 82:22
**screwdriver** 121:18
**secondary** 57:15
**seek** 24:9
**send** 49:23 86:16 91:16
**sends** 80:20
**sense** 51:11 121:19
**serve** 41:1
**server** 85:15
**serves** 122:5,8
**service** 17:1 41:10 46:9
  58:22 59:1 67:17 73:10
  76:24 77:6 79:18 81:4
  100:19
**serviced** 104:23
**services** 37:13,16 38:1
  39:13 80:17,18,24
  104:2,8,14
**servicing** 69:3 123:8
**set** 11:15 18:15 31:17
  34:16 41:7,10 43:12
  53:22 124:18
**sets** 53:10
**shadowed** 46:12
**shirt** 80:7
**short** 83:24
**show** 56:15 60:3 74:6
  87:13 94:20 110:19
  120:19
**shows** 35:21 94:8
**shut** 31:6,7
**sic** 102:21
**side** 10:8
**sign** 79:15 85:23
**signage** 79:6,9
**signs** 95:10,11
**similar** 57:23 104:17
  105:2,5
**simple** 50:23
**simply** 16:3 72:15
**sir** 6:11 18:5 26:4,9 29:6,
  21,22 33:16 79:23
  84:11 100:12 102:1
  108:13 120:12
**sit** 26:17 27:1 97:3 98:19
  103:24
**site** 110:25 112:24
**sitting** 105:13
**situation** 13:15 52:22,25
  67:7 110:2 111:21

**situations** 45:20 72:20,
  21 112:13,14
**skill** 48:4 75:3
**Slack** 84:12,14,16 85:8,
  10,15,18,24 105:20
**slot** 62:2,6,15 66:1,23
  83:11 108:19 109:8,12,
  13 111:24
**slots** 61:24 62:1
**smaller** 46:2
**sole** 9:4 39:12
**solicit** 44:2
**someone's** 82:13
**sort** 11:2
**Sounds** 32:4
**spar** 110:5
**speak** 15:8
**speaking** 70:4,12 71:4,
  7,15 81:22
**special** 77:25
**specific** 35:8,14 42:16
  55:23 57:1 69:7,15
  73:13 74:11 75:10
  80:11 81:11,13,18
  84:24 97:21 110:2
  111:19 120:18
**specifically** 24:12 39:19
  43:3 58:9 87:19 117:17
  118:18 119:3
**speculate** 26:23
**speculation** 26:21 44:5
  97:16
**spends** 118:9
**spent** 118:2,16
**spoke** 73:3
**spoken** 91:24 92:5
**spreadsheets** 95:3
**Sprint** 16:15
**staff** 15:19,24
**staggered** 61:23
**stand** 124:2
**standard** 47:4,15 48:5
  49:11,13,15,25 50:12,
  13 75:19 87:11
**standards** 43:12 47:2,3,
  10,14,20,21 48:1,2 49:9
  50:2 86:18 125:10,13,
  23
**stands** 119:9
**start** 7:23 15:14 17:9
  53:22 63:3,4 64:3
  114:21 115:7,15 116:4,
  9
**start/stop** 118:1
**started** 16:14 18:17
  19:14 44:14 53:25 55:2
  94:9 104:15 116:10

120:9
**starting** 63:20
**starts** 89:3
**state** 7:23
**stated** 96:4
**statement** 29:14 81:17
**stay** 18:15 107:10
**stays** 111:16
**Stephen** 8:20 10:8,20
  11:18,20 52:8,10,12,16
  54:19 59:16 76:9 85:8
  87:1 96:8
**stipulates** 100:1
**stock** 55:25
**stop** 7:15 15:15 24:25
  31:12 70:12 71:15
  114:21 115:7 116:4,12
**stopped** 116:12
**stops** 66:10
**strike** 38:2 51:12
**structure** 11:4 39:9
  51:18 124:18
**stuff** 53:8
**subject** 68:19 77:13
  105:22 106:4
**submission** 33:21 34:3
**submitted** 25:16 29:15
  33:12,25 36:21 37:2
  48:19 93:24 94:13
**subpoena** 36:25
**substantially** 104:17
  105:1,5
**suggest** 103:3
**suit** 127:2
**supervising** 46:13
**supervisor** 51:13
**supervisors** 10:23
**support** 89:5 91:7 127:9
**Swafford** 89:9,10 90:1
**swap** 82:25 83:6,10
**swapping** 64:16
**switch** 89:24
**Switching** 92:16
**switchover** 89:23
**sworn** 6:18
**system** 12:6,11,14,25
  13:9,12,21 14:21,23
  53:18,23 54:2 93:13
  95:8 97:6 99:12,23
  102:12,18 105:16
  107:4,7 108:25 115:13
  128:9

**T**

**table** 71:24 72:25 115:2,
  3

**takes** 111:17 119:10,17
**taking** 108:8
**talk** 9:15 16:23 43:18
  47:20,25 51:17 52:9,12
  61:9 76:8 84:5 88:11
**talked** 48:25 49:17,18
  117:11
**talking** 16:5 30:12 34:21
  39:22 47:20 48:1 59:4
  61:1,2 67:6 94:10 110:6
  111:20 115:2
**targeted** 97:22 98:9
**task** 10:24
**tasks** 10:10
**tax** 104:6,8,13
**taxes** 128:3
**Taylor** 94:15 101:23
  102:4,8,11,21 103:6,10
  114:25 116:16 117:11
**team** 11:7,12 85:7
**tech** 49:19,21 99:10
  110:9
**technical** 45:8,21 47:21
  48:1 50:12,13
**technician** 10:7,23
  13:22 14:14,16 15:4
  34:14,17 35:3,13 37:11
  38:16 40:19 41:14,22
  42:11 43:6 45:22 46:6
  47:18 48:2,4,5,6 49:1,3,
  7,8 51:20,22 52:4,6,12,
  18,21 55:18 56:4 57:2
  60:6,11,15 61:4,10
  62:14,21 63:7,10,11,22
  64:2,11,15 65:3,9,25
  66:6,8,12,20 67:9,25
  68:11 69:16 71:21 72:2,
  15 73:4,16 74:5 75:5,16
  76:5,6,7,12 77:16
  78:17,25 80:11,23
  81:23 82:1,10 83:8,9
  84:25 85:4 87:5 88:1,6,
  7 92:17,19 93:2,8,9,20,
  25 94:4,8,20 95:10,22
  96:3 99:2 100:19 101:9
  106:17,19 107:6,8,24
  108:3,5,7,15 109:21
  111:1,3,17 112:24
  118:9,14 119:10 120:6,
  9,12,20 122:3,25
  127:22
**technician's** 55:13
  67:12 96:12
**technicians** 9:8,14 11:1,
  8,25 12:9,17 13:1,4
  15:19 16:3,25 17:4,20
  21:3 22:21 23:9 25:5
  28:11,13 29:8,19 30:1
  32:18,22 34:3,18 35:20,

22,25 36:1,7,8,9,13
37:9,24 38:5,13 39:1
41:11 42:1,13,15,25
43:23 44:2,17,21,23,24
45:6,10,12,16,17,20
46:13 47:6,9 49:24
50:15 51:16,19,20 53:3
55:2 56:10 57:20 58:4,
21,25 59:7,21 62:23
63:2 64:21 67:16 69:9
74:20 75:1,13,14,22
76:2,18 77:9 78:4,7,11,
15 79:4,8 80:3 81:7,16
82:25 84:20,23 85:6,23
86:3,13,21,24 90:14,17
91:19 94:10 95:15 97:4
98:20 99:13,21 100:2,5,
16 101:3 104:16,22
106:10 107:10 108:5
109:1 118:23 120:5
121:1,5,8 123:5 124:2,
11,17,20 126:9,16
127:12,24,25 128:4,12
**techs** 50:3 51:12,14
117:18
**telecommunications**
37:16,19
**telling** 26:1 31:3 71:5
**ten** 17:13 109:8,10,13,
15,18,25 110:8,21
111:5,8
**ten-point** 110:19
**tenure** 42:18 56:14
**term** 16:1 39:8 43:2 49:1
112:10,21
**terminology** 112:8
**terms** 11:15 25:18 26:15
42:25 47:1 52:18 64:21
68:23,25 69:2,3,5,8
75:19 82:7,21 118:20
127:8
**Terraine** 60:15
**terrible** 19:23
**tertiary** 57:16
**Teshan** 18:19 19:5,6
**testified** 57:19 111:15
121:4
**testify** 6:18 90:9,17
119:4
**testimony** 27:18 30:5
70:14 100:10 110:24
119:9
**thing** 40:16 50:20,21,24
55:23 63:6 73:3 76:17
80:6 81:14 102:16
122:25
**things** 12:7 14:22 40:9,
15 52:11 58:8 66:7
84:22 85:2 127:8,12

**thinking** 27:13
**third-party** 75:21
**thought** 57:18 58:16
**tickets** 127:11
**tied** 14:23
**time** 10:11 16:5,17
17:12,19 21:18 34:21
38:21 39:21 42:16 52:5
56:25 59:11 60:2,3
61:23,24 62:1,2,5,15,25
63:3 65:16 66:7,15
73:17,19 93:9,13 94:11
97:18 101:13 108:19
111:17,24 115:10,12,
13,15,16 116:9,12,23
117:5 118:1,2,15,18,19
120:8,20
**times** 13:20 38:19 45:24,
25 56:3,13,16 59:17
67:8 103:12
**title** 8:6,12,22 9:18 12:1
14:24 19:2 39:5
**titles** 39:8
**today** 26:17 27:2 36:12
53:6 85:20 97:3 98:19
103:24
**told** 7:9 23:6 25:12 26:7,
18 27:3 28:9 29:18 34:2
53:10
**tool** 121:14,25 122:1,2,
4,6,8
**tools** 77:8,15,18,19,24,
25 78:2,3,4,5,6,7 121:2,
8,10
**top** 21:17 35:10 74:12
**total** 92:17 93:7,20 94:3
114:20 115:6
**track** 40:9 56:3,9 92:17
93:7,9,19
**tracked** 118:15,17
**tracks** 93:19,25
**traffic** 127:11
**training** 46:7,10,11,21
49:20
**treats** 17:19
**Treaudo** 56:13
**trial** 98:12 124:2
**troubleshoot** 48:3
**truck** 55:16 123:2
**true** 57:21 61:20 94:21
95:1 108:19 109:5
111:13,22 112:4,7
**turn** 42:1
**turned** 94:14,18 95:3
**twenty** 21:6
**type** 35:7 45:8 46:7
50:21 52:11 56:20 59:4
75:20 76:11,17 80:4

85:19,20 106:11 122:6
**types** 22:18 75:24 84:22
**typically** 13:18 43:9
44:19 45:19 46:10,12,
16,20 49:23 51:21
55:12,18 65:17 75:21
76:8 78:6 80:2,14,20
85:12 118:8 119:10,17
127:9

---

**U**

**Uh-huh** 52:2,6
**ultimate** 11:8
**ultimately** 124:10
**undergo** 76:18
**understand** 7:14 8:2 9:4
14:8 17:18 27:6 32:24
34:12,20 36:16 53:9
57:8 67:21 71:14 77:23
95:5,19 99:7 102:22
115:20
**understanding** 33:5,7,
12,19 37:17,21 108:24
**understood** 7:20
**uniform** 80:4,5
**uniforms** 80:3
**utilize** 35:2 84:16

---

**V**

**vague** 104:20
**van** 55:6,8 56:1
**Vanessa** 89:9,10 90:1
**variance** 108:4
**varies** 46:17 48:4 62:21
108:3 118:14
**vary** 40:14 69:11 120:18
**vast** 40:17
**vehicle** 80:1 109:2,4
127:10,14,16 128:11
**vehicles** 79:3,7,17
127:17,22,24,25 128:7
**vendor** 79:12 80:8
**versus** 18:3 23:23 99:3,
11 112:2 124:12,21
**visit** 80:21

---

**W**

**wait** 118:23
**waited** 120:13,20
**Wallace** 18:19
**wanted** 26:11 48:16
56:12 63:23 65:9 66:3
79:20 82:1,18,24 96:19
116:24 121:13 122:12,
17

**warehouse** 19:10,25
54:21 55:4,9,19,25
56:4,13,18,19 78:14,18
93:17 94:1 118:2,9,16
119:12,23 120:7
**warrant** 86:1
**waste** 65:16
**wear** 80:4
**week** 56:2,5 96:13
114:25 115:21,22
118:10
**weekly** 34:8 96:11
**weeks** 46:18,20 56:2
**whatsoever** 85:19 91:18
**whim** 65:25
**Whitney** 36:17,21
**will-staffed** 15:21
**wire** 48:3 121:12,14
122:11,13,14,15
**wiring** 78:8,9,13,19
122:11 123:4
**word** 42:19
**worded** 7:14
**words** 115:21
**work** 13:18 16:15,18
30:1 31:12 37:23 38:4,
13,25 39:3,24 40:22
41:17 42:21 43:8,11,14
47:4,5 53:6 55:8 57:3,
11,20 58:2,3,4 59:10,22
60:4 61:4 63:24 73:21
76:16 80:21 82:2 86:12,
14,20,23 87:6 89:15,17
94:21 102:11 106:11,18
108:5 109:22,23,25
110:6,7,10,17,24 111:6,
14,15,23,25 112:11,21
**workday** 117:13
**worked** 19:25 22:3
36:13 92:17 93:8 94:4,
11 96:13 99:11,22
100:6,17 101:4 102:4
103:12 124:16 127:15
**workers** 15:24
**working** 20:25 39:4
47:19 53:5 67:19 85:5
95:15,22
**works** 19:10 83:25 84:3
89:16 93:20
**workweek** 94:4,21
95:15,23 96:2 103:11
**worth** 108:16 109:8,13
110:7,11 111:5,8 113:1
**wrapping** 126:1
**wrong** 22:5 37:22 61:17
108:25

---

**Y**

**y'all** 44:23 84:5
**year** 17:9 18:1 21:8
39:20 87:13 97:4 98:19
99:1
**years** 8:14,24 9:7 16:11
37:15 38:3 51:24 75:13
89:21

---

**Z**

**Zimmer** 6:1,2 30:6,14,23
31:5,15,21 32:3 69:18
70:2,10,17,22 71:3,11
**Zoom** 6:12