

# HD and Associates, LLC

## Health and Safety Plan/Safety Assurance

Version Date: March 1, 2019

The documents provided by HD and Associates, LLC disclose proprietary company information that is copyright registered. Please hold these safety documents in confidence and do not share them with other organizations, even if you do not charge a fee.

HDA0046057



HD&A Health and Safety Plan/Safety Assurance

PROJECT HEALTH AND SAFETY PLAN

TABLE OF CONTENTS

1. HD and Associates, LLC Safety Policy ............................................................................ 3

2. Key Elements of the Safety System ............................................................................... 4

3. Statement of Safety and Health Policy, Goals, and Objectives ................................... 7

    a. Safety and Health Policy .......................................................................................... 7
    b. Project Safety Performance Goals and Objectives ................................................ 7

4. Responsibilities and Lines Of Authorities ..................................................................... 9

    a. Company Responsibility Statement ......................................................................... 9
    b. Identification and Accountability of Personnel Responsible for Safety ................ 9
    c. Names of Competent and/or Qualified Persons ..................................................... 9
    d. Presence of Competent Personnel ........................................................................ 10
    e. Safety Lines of Authority ........................................................................................ 11
    f. Policies and Procedures Regarding Noncompliance ............................................ 12

5. Subcontractors and Suppliers ...................................................................................... 14

    a. Identification of Subcontractors and Suppliers .................................................... 14
    b. Subcontractor Noncompliance Policy ................................................................... 14

6. Training ........................................................................................................................... 16

    a. Requirements for New Hire SOH Orientation Training ......................................... 16
    b. Procedures for Periodic Safety and Health Training ........................................... 17
    c. Safety Training Records .......................................................................................... 17

7. Safety and Health Inspections ...................................................................................... 22

    a. Inspections .............................................................................................................. 23
    b. Deficiency Tracking, Controls, and Records ........................................................ 23
    c. External Inspections ............................................................................................... 25

8. Accident Reporting ........................................................................................................ 34

    a. Exposure Data ........................................................................................................ 34
    b. Accident Investigation Reports and Logs ............................................................. 34
    c. Immediate Action Notification ............................................................................... 35

9. Risk Management Processes ......................................................................................... 44

    a. Work Task Activity Hazard Analysis ...................................................................... 44

10. Tower Work/Climbing ................................................................................................... 50

11. Electrical ....................................................................................................................... 502

10. Civils/Construction ...................................................................................................... 507

13. Appendix: Supporting Plans, Policies, and Procedures ........................................... 77

1107 Wright Ave • Terrytown, LA 70056 • Ph. (504) 415-3112
Copyright

HDA0046058

HD&A Health and Safety Plan/Safety Assurance

# 1. HD AND ASSOCIATES, LLC SAFETY POLICY

HD and Associates, LLC is committed to safe and healthful workplace for all employees.

Our goal is to achieve the highest standard of safety throughout all phases of our operations and to ensure that all employees work safely on jobsites free of avoidable hazardous. When hazards are unavoidable, we take a proactive approach to prevent injuries.  Furthermore, we are ready to respond quickly and effectively to any accidents to minimize the extent of injuries, and to prevent similar accidents.

It is the policy of HD&A to abide by all of the safety standards of the Corps of Engineers, including those outlined in EM 385-1-1 Safety and Health Requirements Manual, OSHA regulations, and described in this Health and Safety Plan.

Public and personal safety shall be a top priority during the course of work under this contract. All employees shall be trained and equipped to work in a safe and healthful manner, and shall comply with all safety and security requirements.

In carrying out our commitment to safety:

- Every employee is indoctrinated into the HD&A Safety System through training of the HD&A Safety System, Safety Policies, and procedures.
- Each project has a Health and Safety Plan that addresses site-specific conditions and hazards. We prepare an activity hazard analysis for every phase of construction.
- We systematically reinforce safety during the project through ongoing training and heightened awareness of hazards.
- Every employee has the responsibility and authority to stop work should they discover an unsafe condition. Employees will not be reprimanded for stopping work.
- We closely monitor safety through every phase of construction.  Should problems be found, we correct them and take action to prevent recurrences.  A system of incentives and disciplinary action reinforces adherence to safe work practices.

HDA0046059

HD&A Health and Safety Plan/Safety Assurance

# 2. KEY ELEMENTS OF THE SAFETY SYSTEM

Key elements of the HD&A Safety System include:

**Safety Management and Responsibilities**. HD and Associates, LLC fully integrates its safety management system into the organizational structure and performance management systems for each project. We:

- Maintain a documented safety system consisting of a safety manual with policies and procedures.
- Have well-defined safety responsibilities for every employee with specific safety responsibilities for key job positions.
- Tightly control exceptions to the safety system so company standards are applied uniformly to every project
- Systematically maintain safety system documents and records.

**Three Phases of Safety Controls**. HD and Associates, LLC uses as system of three phases of control for each feature of work:

- Preparatory Phase:  In advance of the work, we conduct preparatory phase planning which includes inspecting the jobsite before work begins and conducting a meeting to review details, specifications, expectations, and items for heightened awareness.
- Initial Phase:  When work is ready to start, we conduct an initial phase safety inspection that ensures that the necessary site conditions, materials, equipment, and personnel are in place and ready for work to begin.  When work begins, we verify that the initial work meets specifications.
- Follow-up Phase: As work proceeds we perform follow-up safety inspections to ensure that work proceeds according to specifications until the feature of work is complete.

**Qualified Employees**.  HD and Associates, LLC ensures that only trained, knowledgeable, capable employees carryout the planning, execution, and control of our projects. We:

- Identify employee safety qualification requirements including licensing requirements, training qualifications, responsibilities, and authority for each job position.
- Train field employees on safety standards and procedures for their job position.
- Train field employees on safety standards and procedures for the activities they perform.
- Validate employee safety capabilities before assigning them to a job with safety responsibilities.
- Review ongoing employee qualifications and evaluate safety practices and performance as part of the employee performance management process.

**Project Health and Safety Plan.**  HD and Associates, LLC prepares a plan that specifies how HD&A applies its Safety System to each project. We:

- Perform a project risk assessment that identifies hazards and clearly identify requirements for safety plans, policies, and controls to assure safety.
- Identify each project work task subject to safety controls.
- Perform an Activity Hazard Analysis (AHA) for every work task that recommends controls and training that address identified safety risks.
- Perform a Job Position Hazard Analysis (PHA) for every job position on the project recommends controls and training that address identified safety risks.

1107 Wright Ave • Terrytown, LA 70056 • Ph. (504) 415-3112

Copyright

HDA0046060

- Plan safety training required to assure all personnel understand safety risks and requirements of the project based on the project Risk Assessment, AHAs, and JHAs.
- Identify required safety inspections and tests at key milestones during construction.
- Plan safety reporting and communications through meetings, reporting requirements, and points of contact.

## Contract Safety Specifications. HD and Associates, LLC ensures that the information in customer contracts clearly defines customer safety expectations. We:

- Ensure that technical specifications and drawing clearly define customer expectations.
- Have a formal submittal system that further defines customer selections, agreed upon details, and clarifications as the project proceeds.
- Integrate all customer contract requirements into the Project Health and Safety Plan.
- Plan project safety records and documents that we will provide to the customer during the project.

## Project-Specific Safety Standards. HD and Associates, LLC clearly defines safety standards and specifications that apply to each project. We:

- Identify all relevant building codes and industry standards.
- Specify safety and certification requirements for materials and equipment that affect safety.
- Identify special requirements calibration of safety measuring devices.
- Supplement the contract and published standards with HD&A safety standards as required to reduce safety risks and assure safety results.

## Qualified Subcontractors and Suppliers. HD and Associates, LLC purchases only from subcontractors and suppliers who consistently meet HD&A standards for safety. We:

- Clearly define subcontractor and supplier qualification requirements including licensing requirements, compliance with specific safety standards, safety responsibilities, qualification of personnel and safety improvement processes.
- Verify ongoing subcontractors' and suppliers' safety performance.

## Construction Process Safety Controls. HD&A tightly controls the construction process to ensure safety results. We:

- Have a pre-construction meeting to communicate project safety goals and expectations.
- Conduct preparatory meetings in advance of each scheduled work construction task to communicate safety requirement details and coordinate construction activities.
- Enforce safety policies that monitor work conditions before and during work so that safety results are assured.

## Safety Inspections and Tests. HD&A safety inspection processes ensure that all construction activities comply with the documented safety standards and specifications. We:

- Conduct a series of safety inspections for each construction task: in preparation for the task; before work begins; at first article completion; while work is in process; and at completion.
- Inspect all materials before use.
- Record the result of each safety inspection and test.

1107 Wright Ave • Terrytown, LA 70056 • Ph. (504) 415-3112
Copyright

HDA0046061

HD&A Health and Safety Plan/Safety Assurance

**Control of Nonconformances**. HD and Associates, LLC nonconformance control processes ensure that we prevent all nonconformances from cover-up, inadvertent use, and corrected. We:

- Mark the nonconformance item to clearly identify it for correction.
- Correct nonconformances in a timely manner.
- Validate corrections.
- Require customer approval before accepting any nonconforming items.

**Prevention of Nonconformances**. HD and Associates, LLC prevents nonconformances from recurring and improves company-wide safety performance. We:

- Track nonconformance data found during safety inspections and warranty repairs.
- Identify and prioritize nonconformance items for future prevention.
- Address nonconformance causes systematically by: updating standards and specifications; improving process and employee capabilities; setting new requirements for subcontractors and suppliers; and enhancing the effectiveness of field and third party safety inspections.
- Train employees, subcontractors, and suppliers on methods and procedures that prevent nonconformances.
- Validate actions taken to prevent nonconformances and their effectiveness.

**Safety System Audits**. HD and Associates, LLC audits the safety system to assure it is operating effectively. We:

- Audit the operation of the safety system on each project for conformance to the Project Health and Safety Plan and the HD&A Safety System requirements.
- Conduct annual company-wide audits to evaluate effectiveness of the HD&A Safety System and improve its operation.

1107 Wright Ave • Terrytown, LA 70056 • Ph. (504) 415-3112
Copyright

HDA0046062

HD&A Health and Safety Plan/Safety Assurance

# 3. STATEMENT OF SAFETY AND HEALTH POLICY, GOALS, AND OBJECTIVES

## a. SAFETY AND HEALTH POLICY

HD and Associates, LLC is committed to safe and healthful workplace for all employees.

Our goal is to achieve the highest standard of safety throughout all phases of our operations and to ensure that all employees work safely on jobsites free of avoidable hazardous. When hazards are unavoidable, we take a proactive approach to prevent injuries. Furthermore, we are ready to respond quickly and effectively to any accidents to minimize the extent of injuries, and to prevent similar accidents.

It is the policy of HD&A to abide by all of the safety standards of the Corps of Engineers, including those outlined in EM 385-1-1 Safety and Health Requirements Manual, OSHA regulations, and described in this Health and Safety Plan.

Public and personal safety shall be a top priority during the course of work under this contract. All employees shall be trained and equipped to work in a safe and healthful manner, and shall comply with all safety and security requirements.

In carrying out our commitment to safety:

- Every employee is indoctrinated into the HD&A Safety System through training of the HD&A Safety System, Safety Policies, and procedures.
- Each project has a Health and Safety Plan that addresses site-specific conditions and hazards. We prepare an activity hazard analysis for every phase of construction.
- We systematically reinforce safety during the project through ongoing training and heightened awareness of hazards.
- Every employee has the responsibility and authority to stop work should they discover an unsafe condition. Employees will not be reprimanded for stopping work.
- We closely monitor safety through every phase of construction. Should problems be found, we correct them and take action to prevent recurrences. A system of incentives and disciplinary action reinforces adherence to safe work practices.

## b. PROJECT SAFETY PERFORMANCE GOALS AND OBJECTIVES

Our primary safety goal is based on the philosophy that all occupational injuries and illnesses can be prevented and that a 'Zero Accident and Injury' goal is achievable.

We strive for the safest possible conditions to protect and preserve people, property and the environment. On each construction site, the project Superintendent will be directly accountable for the safety performance on the construction project. Quite simply, the company's project safety and loss goals are:

- Zero injuries, illnesses
- Zero permanent disabilities
- Zero fatalities
- Zero safety and health violations

1107 Wright Ave • Terrytown, LA 70056 • Ph. (504) 415-3112
Copyright

HDA0046063

HD&A Health and Safety Plan/Safety Assurance

- Prevention of any major fires, vehicle accidents, or property damage/losses
- No environmental accidents

To achieve zero accidents and injuries our objective is to use a sound approach to prevent injuries and deploy it effectively.  Our approach uses the Health and Safety Plan and the Activity Hazard Analysis to plan what policies, procedures, and actions need to be instituted to assure safety.  and then, we fully deploy those plans and have inspections and controls in place to assure that the plans are followed. Our secondary goal is zero safety nonconformances as measured by our inspections and audits, or observations by external organizations.

1107 Wright Ave • Terrytown, LA 70056 • Ph. (504) 415-3112
Copyright

HDA0046064

HD&A Health and Safety Plan/Safety Assurance

# 4. RESPONSIBILITIES AND LINES OF AUTHORITIES

## a. COMPANY RESPONSIBILITY STATEMENT

HD and Associates, LLC is ultimately responsible for the implementation of this safety program on this project.

## b. IDENTIFICATION AND ACCOUNTABILITY OF PERSONNEL RESPONSIBLE FOR SAFETY

Personnel assigned to this project have the safety duties, responsibilities and authority defined by their job position. Table 4-1 shows the name of the person assigned to this project and their respective job position(s).

Table 4-1

| Safety Personnel Name | Job Position |
|---|---|
| Larry Buras | Safety Manager |
| Steven Becnel | General Manager |

The President has overall responsibility for implementation safety including performance and results of the HD&A Safety System, including safety on this project.

The Safety Manager is responsible for the project implementation of the HD&A Safety System on this project including the preparation of the project Health and Safety Plan, its implementation, and conformance to its requirements.

The General Manager has the responsibility for assuring conformance to the Health and Safety Plan and have authority to approve and carry out all disciplinary actions for those who violate the policies, procedures and/or rules and regulations.

Each Employee is responsible for abiding by the policies, procedures, rules, regulations and orders set forth by this Safety & Health Program.  Each Employee is responsible for maintaining a safe and healthful workplace environment for all involved.

The Safety Manager, Larry Buras, has completed the OSHA 30-hour course.

Names of Competent and/or Qualified Persons

Competent and/or qualified personnel assigned to this project are identified by Table 4-2.

Table 4-2

HDA0046065

HD&A Health and Safety Plan/Safety Assurance

| Safety Personnel Name | Job Position |
|---|---|
| Larry Buras | Safety Manager |
| John Davillier | President |

Job qualifications for each person appointed to key project job positions are documented by their resumes and OSHA certificates. Resumes and certificate exhibits are included in this subsection.

## c. PRESENCE OF COMPETENT PERSONNEL

No work will be performed unless a designated competent person is present on the job site.

1107 Wright Ave • Terrytown, LA 70056 • Ph. (504) 415-3112
Copyright

HDA0046066

HD&A Health and Safety Plan/Safety Assurance

## d. SAFETY LINES OF AUTHORITY

The Project Safety Organization Chart shows the safety organizational structure. The chart includes job positions along with the name of each person appointed to that position. Figure 4-1 shows the Safety Organization Chart for this project.

**Figure 4-1**



1107 Wright Ave • Terrytown, LA 70056 • Ph. (504) 415-3112
Copyright

HDA0046067

HD&A Health and Safety Plan/Safety Assurance

## e. POLICIES AND PROCEDURES REGARDING NONCOMPLIANCE

All HD and Associates, LLC subcontractor and supplier personnel shall be held to a "Zero Tolerance Policy" of immediate termination with no opportunity for rehire on the project in regards to the following offenses:

- Noncompliance with the requirements of this Health and Safety Plan
- Noncompliance with the HD&A Safety Policies
- Fighting on the jobsite
- Possession of firearms or other dangerous weapons or devices
- Dishonesty or fraud, including falsification of security, personnel or other records
- Possession, use, or being under the influence of alcoholic beverages, narcotics or non-prescribed drugs while on a project jobsite
- Violence, intimidation, or threats of violence to supervisory personnel, security officers, or fellow workers
- Theft of property
- Willfully damaging or mutilating materials, tools, equipment, or personal property of another employee
- Intentional violation of a safety rule, policy, or procedure
- Removal or destruction of any tags or markings on plant components
- Violation of equipment lock out / tag out (LOTO) procedures
- Violation of mandatory 100% fall protection / continual tie-off procedures.
- Use of electronic communications while operating any motorized equipment is prohibited (cell phones, smart phones, computers, music players, radios, communication radios)
- Unauthorized entry into a red barrier/banner tape area

1107 Wright Ave • Terrytown, LA 70056 • Ph. (504) 415-3112
Copyright

HDA0046068

HD&A Health and Safety Plan/Safety Assurance

## HD and Associates, LLC
## Project Personnel Competent Person Qualification Form
Version March 13, 2013

| Name: | | Job Position: | |
|---|---|---|---|
| **Project Number** | **Project Name** | **Approval** | **Approved By** |
| [ProjectNumber] | [ProjectName] | ☐ Yes ☐ No | |

| **Review Topics** | Project-Related Job Credentials | |
|---|---|---|
| | Certification required: | Certifications and expiration dates: |
| | Training required: | Training completed and expiration date: |
| | Licenses required: | License and expiration dates: |
| | Type and length of experience required: | Certifications and expiration dates: |

| Qualifications |
|---|
| ☐ Knowledge of Company safety standards |
| ☐ Knowledge of Company job safety responsibilities and authority |
| ☐ Demonstrated skills and knowledge |
| ☐ Demonstrated ability |
| ☐ Demonstrated results |

Qualification Notes:

Provisional Approval: Action plan for improvement

Follow-up results and date

1107 Wright Ave • Terrytown, LA 70056 • Ph. (504) 415-3112
Copyright

HDA0046069

HD&A Health and Safety Plan/Safety Assurance

# 5. SUBCONTRACTORS AND SUPPLIERS

## a. IDENTIFICATION OF SUBCONTRACTORS AND SUPPLIERS

A list of subcontractors and suppliers approved by the Safety Manager is recorded on the Project Subcontractor and Supply List, included as an exhibit in this subsection.

## b. SUBCONTRACTOR NONCOMPLIANCE POLICY

The Safety Manager will terminate any subcontractor who does not conform to the requirements of this Health and Safety Plan.

The Safety Manager has the authority to reinstate a subcontractor only after all deficiencies have been corrected.  The subcontractor may not continue work with known safety nonconformances.

The Safety Manager also has the authority to reinstate a subcontractor provided all subcontractor personnel on the project work directly under the HD&A Safety System.

1107 Wright Ave • Terrytown, LA 70056 • Ph. (504) 415-3112
Copyright

HDA0046070



HD&A Health and Safety Plan/Safety Assurance

| HD and Associates, LLC |||||
|---|---|---|---|---|
| **Project Subcontractor and Supplier List** |||||
| Version March 13, 2013 |||||
| **Project ID** | **Project Name** | | | **Preparer/ Date** |
| [ProjectNumber] | [ProjectName] | | | |
| **Work Tasks** | **Subcontractor/Supplier Name** | **Description of Materials / Services** | **Safety Control Method** (Not Applicable/ Subcontractor QC/ HD&A QC) | **Remarks** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

1107 Wright Ave • Terrytown, LA 70056 • Ph. (504) 415-3112
Copyright

HDA0046071

HD&A Health and Safety Plan/Safety Assurance

# 6. TRAINING

All Project personnel must undergo all training required by this plan before they may perform project work.

As the project proceeds, newly hired employees and new employees assigned to the project must undergo training required by this plan before they may perform project work.

The Training Plan and Log form lists the training required by this project.

## a. REQUIREMENTS FOR NEW HIRE SOH ORIENTATION TRAINING

The Safety Manager conducts a meeting with the Project Manager, Superintendent, and other key management and safety personnel.  Topics to discuss include:

- Details of the HSP and how they will be incorporated plans, programs, and procedures.
- A listing of anticipated AHAs that will be developed and implemented during the performance of the contract. This list of proposed AHAs will be reviewed and agreed upon.
- A schedule for the preparation, submittal, review, and acceptance of AHAs to preclude project delays.
- Deficiencies in the submitted HSP

The functions of the Pre-construction Safety Conference may be incorporated into other planning meetings. Customer safety training on operation and maintenance

During the project closeout phase, the Safety Manager trains customers on the safety aspects of operation and maintenance of the completed project.

The Safety Manager ensures that all employees receive training relevant to their safety responsibilities including job hazards and activity hazards.

The Safety Manager ensures that all subcontractors receive training on relevant elements of the HD&A Safety System, Project Health and Safety Plan, and safety standards.

The Safety Manger identifies the training needs of all personnel performing activities that affect safety. Training topics may include:

- The HD&A Safety System
- The HD&A Safety Policy
- Specific operating policies identified in the Safety Manual
- Specific safety standards cited in the Safety Manual, or project documents, or records
- Specific safety standard operating procedures
- Customer operation and maintenance training
- Job hazard analysis
- Activity hazard analysis
- Safety communications

The Safety Manager develops a Project Safety Training and Communications Plan that describes methods of communications among the customer, subcontractors, suppliers, and HD&A.  The Project Safety Communications Plan includes:

HDA0046072

- Distribution of the assigned responsibility and authority of the Project Manager, Safety Manager, and Superintendent and the Project Organization Chart.
- Customer points of contact including engineers, architects, and safety assurance personnel.
- Subcontractors and supplier points of contact
- Project pre-construction meeting participants, date, and location
- Work Task safety plan meeting participants, and nominal location.
- Weekly project communication meeting participants, and nominal day of week, time, and location
- Daily construction report distribution, frequency, and due date
- Monthly project status report distribution and due date
- Distribution of safety inspection and test records, and due date
- Nonconformance report distribution and customer approval authority
- Location of project safety records storage and point of contact for records access

The Safety Manager indoctrinates each employee into the safety program goals, responsibilities, authority, policies, requirements, rules, and procedures.

Prior to commencement of construction activities, all construction personnel assigned to the project will have completed safety indoctrination training including:

- Requirements and responsibilities for accident prevention and maintaining safe and healthful work environments
- General safety and health policies and procedures and pertinent provisions of the Federal and State standards and regulations
- Employee and supervisor responsibilities for reporting all accidents
- Provisions for medical facilities and emergency response and procedures for obtaining medical treatment or emergency assistance
- Procedures for reporting and correcting unsafe conditions or practices
- Job hazards and the means to control/eliminate those hazards, including applicable activity hazard analysis.
- Specific training as required by Federal, State and Local regulations.

All site personnel will sign the acknowledgement page and have the signed page placed in their training files. The Safety Manager has the responsibility of ensuring that personnel assigned to this project comply with these requirements.

## b. PROCEDURES FOR PERIODIC SAFETY AND HEALTH TRAINING

The Safety Communications Plan lists safety-related topics and how they will by communicated and reinforced through periodic training to project personnel.

The Superintendent ensures that weekly toolbox meetings reinforce critical safety topics for all available construction personnel.

Weekly toolbox safety meeting will be conducted weekly, nominally on the same time and day of the week.  The day and time will be set at the project pre-construction safety conference. Each on-site worker will be required to attend. Attendance will be recorded. The Superintendent will be responsible for conducting these meetings.

All available project personnel attend a monthly safety meeting conducted by the Safety Manager.  Topics to be covered during such meetings may include hazardous materials, material safety data sheets (MSDS), safe lifting, safe driving, proper use of Personal Protective Equipment, safe work methods.

## c. SAFETY TRAINING RECORDS

HDA0046073

HD&A Health and Safety Plan/Safety Assurance

Records will be kept on training activities including training topics and participants.

Training records will be kept on the Training Record form included as an exhibit in this subsection.

1107 Wright Ave • Terrytown, LA 70056 • Ph. (504) 415-3112
Copyright

HDA0046074



HD&A Health and Safety Plan/Safety Assurance

| HD and Associates, LLC Training Plan | | | | |
|---|---|---|---|---|
| Version March 13, 2013 | | | | |
| **Project ID** | **Project Name** | **Preparer** | **Date** | |
| [ProjectNumber] | [ProjectName] | [SafetyManagerName] | March 14, 2013 | |
| **Training Title/ID** | **Training Description** | **When Required** (date, milestone or event) | **Planned Participants** (Job Position/Organization) | **Notes** |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

1107 Wright Ave • Terrytown, LA 70056 • Ph. (504) 415-3112
Copyright

HDA0046075



HD&A Health and Safety Plan/Safety Assurance

| HD and Associates, LLC<br>Training Log<br>Version March 13, 2013 | | | | | |
|---|---|---|---|---|---|
| **Project ID** | **Project Name** | | | | |
| [ProjectNumber] | [ProjectName] | | | | |
| **Training Title/ID** | **Training Date** | **Participant Name** | **Participant Signature** | **Trainer Signature Of Completion** | **Notes** |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

1107 Wright Ave • Terrytown, LA 70056 • Ph. (504) 415-3112
Copyright

HDA0046076

 HD&A Health and Safety Plan/Safety Assurance

| HD and Associates, LLC<br>Point Of Contact List<br>Version March 13, 2013 | | | | |
|---|---|---|---|---|
| **Project ID** | **Project Name** | **Preparer** | **Date** | |
| [ProjectNumber] | [ProjectName] | [ProjectManagerName] | | |
| **Company** | **Name and Position** | **Contact Responsibilities** | **Phone Contact Numbers** | **Email** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

1107 Wright Ave • Terrytown, LA 70056 • Ph. (504) 415-3112
Copyright

HDA0046077

HD&A Health and Safety Plan/Safety Assurance

# 7. SAFETY AND HEALTH INSPECTIONS

HD and Associates, LLC will conduct a coordinated array of safety inspections and tests that will verify that work processes and results conform to this Health and Safety Plan, contract requirements, and HD&A safety standards.

Inspections are necessary to verify that work processes and results conform to both contract requirements and HD&A safety standards.

Qualified personnel inspect every project throughout the construction process. Additional reviews validate the accuracy of the field safety inspections and ensure that the safety standards apply uniformly.

An inspection and test plan defines the safety inspections and tests required for a specific project.

Personnel may only inspect construction activities for which they are have been qualified by the Safety Manager.

Should an accident occur or an inspection identifies a safety issue, we systematically contain the issue and quickly make corrections.

### a)    CONTROL THE CONTINUATION OF WORK

Our first action is to prevent further injuries or harm by clearly mark the area by tape, tag, or other easily observable signal to prevent entry to a hazardous area, or use of hazardous equipment and materials.

After the item is marked, the Safety Manager or Superintendent determines if work can continue in the affected area:

> CONTINUE WORK:  When continuing work does not adversely affect safety, work may continue in the affected area while the disposition of the item is resolved. The Safety Manager may place limitations on the continuation of work.

> STOP WORK ORDER: When continuing work can adversely affect safety, work must stop in the affected area until the disposition of the item resolved.  The Safety Manager identifies the limits of the affected area.  The Safety Manager quickly and clearly marks the stop work area.

### b)    RECORDING OF NONCONFORMANCES

If safety nonconformances or observed items are not immediately corrected, the Safety Manager records the nonconformances on a nonconformance report.

Nonconformances and their resolution are recorded on a Nonconformance Report form. A Nonconformance Report form exhibit is included in this subsection.

The Safety Manager assigns a planned date by which the deficiencies will be corrected on the Nonconformance Report Control Log included in this section.   The date may be assigned for all items or individual items as necessary.

The Safety Manager will conduct a follow-up inspection and verify that all nonconforming items have been corrected.

HDA0046078

HD&A Health and Safety Plan/Safety Assurance

### c) CORRECTIVE ACTIONS

We expedite a corrective action that brings the safety issue into conformance. Similar hazards are reinspected for similar nonconformances.

Fixing a safety problem is not sufficient. HD&A systematically prevents recurrences to improve safety. First enhanced controls and management monitoring are put into place to assure work proceeds without incident.  Then using a structured problem solving process, we identify root causes and initiates solutions. Solutions may involve a combination of enhanced process controls, training, upgrading of personnel qualifications, improved processes, and/or the use of higher-grade materials. Follow-up ensures that a problem is completely resolved. If problems remain, the process is repeated.

## a. INSPECTIONS

### a) ACCIDENT INVESTIGATION INSPECTIONS

Should and accident occur, Safety Manager will conduct an Accident Investigation Inspection following the procedures identified in the Inspection section of this plan.  The Safety Manager records results of the investigation on the Accident Investigation Report included as an exhibit in the Accident Reporting section of this plan.

### b) DAILY SAFETY INSPECTIONS

The Safety Manager or Superintendent, both competent persons, will conduct daily site safety inspections every day that there is work activity on the jobsite. Any noted deficiencies will be identified on that day's Daily Report shown as an exhibit in this subsection.

### c) WORK TASK SAFETY INSPECTIONS

The Superintendent will conduct a series of safety inspections for each work task identified in this HSP:

a) In advance of work, a  Preparatory Site Inspection
b) Immediately prior to work beginning, an Initial Job-Ready Safety Inspections
c) Material safety inspection and tests
d) As work continues, follow-up work in process safety inspections
e) At the completion of the work task, a completion safety inspection Work Task Completion Inspections

### d) INSPECTION RECORDS

The Safety Manager will prepare an inspection form for each work task.  The Safety Manager lists on the form checkpoints for heightened awareness.

The person responsible for the inspection will record work task inspection results on the work task inspection form.

## b. DEFICIENCY TRACKING, CONTROLS, AND RECORDS

HDA0046079

HD&A Health and Safety Plan/Safety Assurance

Should a nonconformance be identified by an inspection there is a systematic method to control the item, correct it, and ensure that project safety is not adversely impacted by the event.

A nonconformance is any item that does not meet project specifications or HD&A Safety System requirements.

### a) DEFICIENCY CONTROLS

When the Safety Manager, Superintendent, inspector, or customer identifies a nonconformance or an observation, the person(s) involved are immediately notified.  If the item is a physical condition, the item is quickly and clearly marked by paint, tape, tag, or other easily observable signal to prevent inadvertent cover-up.

After the item is identified, the Superintendent determines if work can continue in the affected area:

- CONTINUE WORK:  When continuing work does not adversely affect safety or hide the defect, work may continue in the affected area while the disposition of the item is resolved. The Superintendent may place limitations on the continuation of work.
-  STOP WORK ORDER:  When continuing work can adversely affect safety or hide the defect, work must stop in the affected area until the disposition of the item resolved.  The Superintendent identifies the limits of the affected area.  The Superintendent quickly and clearly marks the stop work area.

If the nonconformance or observed item by the work task completion inspection, the Superintendent or inspector records nonconformances on a nonconformance report form.

The Superintendent sends the nonconformance report to the Safety Manager.

When the Safety Manager receives a Nonconformance Report, he/she makes an assessment of the affect the reported nonconformance has on form, fit, and function. The Safety Manager may assign a disposition of either:

- REPLACE: The nonconformance can be brought into conformance with the original specification requirements by replacing the nonconforming product or material with a conforming product or material.
- REPAIR: The nonconformance can be brought into conformance with the original requirements through re-machining, reassembly, reprocessing, reinstallation, or completion of the required operations.
- REWORK:  The nonconformance can be made acceptable for its intended use, even though it is not restored to a condition that meets all specification requirements. The Safety Manager may specify safety standards that apply to the completion of rework. Rework nonconformances must be approved by the customer.
- USE AS-IS:  When the nonconforming item is satisfactory for its intended use. Any use as-is items that do not meet all specification requirements must be approved by the customer.

### b) CORRECTIVE AND PREVENTIVE ACTIONS

Fixing problems found during safety inspections is not sufficient. Systematic prevention of recurrences is essential for improving safety.

1107 Wright Ave • Terrytown, LA 70056 • Ph. (504) 415-3112
Copyright

HDA0046080

HD&A Health and Safety Plan/Safety Assurance

HD&A makes changes to solve the problem. Solutions may involve a combination of enhanced process controls, training, upgraded personnel qualifications, improved processes, or use of higher-grade materials.

Follow-up ensures that a problem is completely resolved. If problems remain, the process is repeated.

The Superintendent verifies that corrective actions eliminate the nonconformance to the requirements of the original specifications or as instructed by the disposition of the nonconformance report, and then removes, obliterates, or covers the nonconformance marker.

Furthermore, the Superintendent ensures that previously completed work is reinspected for similar nonconformances and corrective actions are taken to avert future occurrences.

When a nonconformance is found, the Superintendent ensures that:

- Previously completed work is reinspected for similar nonconformances
- Corrective actions are taken to avert future occurrences

The Safety Manager identifies requirements for corrective actions with respect to frequency, severity, and detectability of safety nonconformances items found during and after completion of construction activities.

When a solution requires changes to HD&A safety standards, the Safety Manager makes modifications as necessary by making changes to:

- Material specifications
- Personnel qualifications
- Subcontractor qualifications
- Company standards
- Inspection processes

The Superintendent initiates corrective action training to address safety nonconformances. Personnel and subcontractors performing or inspecting work participate in the training.

A qualified Superintendent inspects corrective actions during regular safety inspections and records observations on the safety inspection form.

The Superintendent notifies affected subcontractors of selected preventive-action training requirements.

The Superintendent evaluates the effectiveness of the improvements. The Safety Manager reviews improvement results recorded on safety inspection records and monthly field reviews. When the Safety Manager determines that the improvement actions are effective, the item is no longer treated as a preventive action.

## c. EXTERNAL INSPECTIONS

External inspections may be conducted by the customer, OSHA, and other regulatory agencies.

HDA0046081

HD&A Health and Safety Plan/Safety Assurance

When notified of an external inspection, the Safety Manager will accompany external inspector on the safety inspection.

When there is a hold point for an external inspection, the Safety Manager will ensure that work in the area is stopped or proceeds in a controlled manner that does not interfere with the external inspection.

The Safety Manager will immediately notify the customer and OSHA or other regulatory agency that were notified of an accident (see Accident Reporting Section of this Health and Safety Plan and provide them with an opportunity to accompany the Safety Manager on follow-up or corrective action inspections. (The inspection will not be delayed due to non-availability of external parties.) The Safety Manager will provide the external inspector with a copy of any citations or reports and any corrective action responses to the citation(s) or report(s).

Testing is not required on this project.  If the need for testing is discovered by an Activity Hazard Analysis test will be performed only by approved, testing agencies, or qualified personnel.  Credentials and qualifications of the testing each laboratory will be added as an amendment to the exhibits in this subsection.

HDA0046082

HD&A Health and Safety Plan/Safety Assurance

## HD and Associates, LLC
## Safety Controlled Work Task List

Version March 13, 2013

| Project ID | Project Name | Preparer | Date |
|---|---|---|---|
| [ProjectNumber] | [ProjectName] | [SafetyManagerName] | March 14, 2013 |
| **Project Task / Contract Section** | A hazard analysis is performed for each safety controlled feature of work listed below.<br><br>Task safety inspections series including the three phases of control inspections are performed on each Work Task:<br>• Initial job-ready<br>• Compliance with material inspection and tests<br>• Work in process | | **Notes:** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Copyright

HDA0046083

HD&A Health and Safety Plan/Safety Assurance

| HD and Associates, LLC |
|---|
| **Work Task Inspection Form** |
| Version March 13, 2013 |

_____

Work Task (Section#)

| Project: Id# [ProjectNumber] | Project Name: [ProjectName] | Location/Area: | Subcontractor Company ID#: Name: |
|---|---|---|---|
| Reference Specifications: | | Reference drawings: | Crew ID/Name |

**_Compliance Verification_**

☐ Compliance with initial job-ready requirements
☐ Compliance with material inspection and tests
☐ Compliance with work in process first article inspection requirements
☐ Compliance with work in process inspection requirements
☐ Compliance with inspection and test plan

**_Heightened Awareness Checkpoints_**

☐
☐
☐
☐
☐

Production Notes:

Reported Nonconformances:

| **Verification of Work Task Completion (sign and date)** | |
|---|---|
| **Subcontractor**<br>*Work Task verified complete to specifications (sign and date)* | Sign and date*: |
| **Project Superintendent**<br>*Score subcontractor performance and feedback notes* | Safety:   5 4 3 2 1 |
| | On-Time:   5 4 3 2 1 |
| | Safety:   5 4 3 2 1 |
| *Work Task verified complete to specifications (sign and date)* | Sign and date*: |
| **Safety Manager**<br>*Score subcontractor performance and feedback notes* | Safety:   5 4 3 2 1 |
| *Work Task verified complete to specifications (sign and date)* | Sign and date*: |

* On behalf of the contractor, I certify that this report is complete and correct and equipment and material used and work performed during this reporting period is in compliance with the contract drawings and specifications to the best of my knowledge except as noted in this report.

1107 Wright Ave • Terrytown, LA 70056 • Ph. (504) 415-3112
Copyright

HDA0046084

*HDA*

HD&A Health and Safety Plan/Safety Assurance

| (Sub)Contractor Kick-Off/ Pre-Mobilization Meeting Checklist | | Attachment 2-1 Page 1 of 2 | |
|---|---|---|---|
| (Sub)Contractor | Date | | Market |

| Attendees: | Company: |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

| SUBJECT | ITEMS DISCUSSED |
|---|---|

**1. Program Expectations**
- Zero Accident Philosophy _____

**2. Organization**
- Program/Market Organization _____
- Subcontractor Organization _____
- Subcontractor Roles/Responsibility _____
- Subcontractor Safety Representative _____

**3. Standards and Regulations**
- Appendix B (Provided copy) _____
- Exhibit A _____
- SWPP (Definition) _____
- State & Federal Regulations _____

**4. Training and Education**
- Employee Orientation _____
- Supervisory Orientation _____
- Weekly (Sub)Contractor Safety Meeting _____
- (Sub)Contractor Sponsored Training
  (SLW, 10 hour OSHA, Fall protection) _____
- First Aid/CPR as required _____

**5. Reports and Records**
- Investigation Report _____
- S&H Performance Report _____
- (Sub)Contractor to Lower-tier Subcontractor _____
- Pre-Mobilization Checklist _____

1107 Wright Ave • Terrytown, LA 70056 • Ph. (504) 415-3112
Copyright

HDA0046085

HD&A Health and Safety Plan/Safety Assurance

| Program Kick-Off/ Pre-Mobilization Meeting Checklist | Attachment 2-1 Page 2 of 2 |
|---|---|

**6. Field S&H Systems**
- (Sub) Contractor S&H Program  _____
- Personal Protection Equipment  _____
- EME/RF  _____
- Fall Protection/Climbers  _____
- Aerial Work Platforms  _____
- Barricading  _____
- Tools and Equipment  _____
- Confined Spaces  _____
- Emergency Procedures  _____
- Excavations and Trenches  _____
- Potholing  _____
- Traffic Control  _____
- SWPP(s)  _____
- Working on DC Power requirements  _____

**7. Inspections and Audits**
- (Sub)Contractor Notice of Non-Compliance  _____
- Governmental Agency Inspections/Notification  _____

**8. Safety Equipment Standard Products Process**
- System Scope/Overview  _____

**9. Other**
- _____  _____
- _____  _____
- _____  _____
- _____  _____
- _____  _____

1107 Wright Ave • Terrytown, LA 70056 • Ph. (504) 415-3112
Copyright

HDA0046086

HD&A Health and Safety Plan/Safety Assurance

| (Sub) Contractor Behaviors & Conditions Assessment | | | | Attachment 3-4 Page 1 of 3 | |
|---|---|---|---|---|---|
| **Site:** | | | **(Sub) Contractor:** | | |
| **Date** | | | **Supervisor:** | | |
| **Project No:** | | | **Inspector:** | | |

**Is Contractor Meeting The Following Requirements?**

| | YES | NO | N/A | ITEMS ASSESSED |
|---|---|---|---|---|
| **PERSONAL PROTECTIVE EQUIPMENT** | | | | |
| 1 | | | | Are employees wearing hardhats? |
| 2 | | | | Are employees dressed properly? |
| 3 | | | | Are employees wearing sturdy steel toe-work shoes? |
| 4 | | | | Are employees utilizing earplugs when required? |
| 5 | | | | Are employees wearing gloves when required? |
| 6 | | | | Are employees wearing face shields when required? |
| 7 | | | | Are employees wearing eye protection when required? |
| **HOUSEKEEPING** | | | | |
| 1 | | | | Is the work site clean? |
| 2 | | | | Are trash containers available? |
| 3 | | | | Are process materials stored properly? |
| 4 | | | | Are Hazardous Materials stored properly? |
| 5 | | | | Are storage load limits of floors, mezzanines, and racks followed? |
| 6 | | | | Are Combustibles and Flammables stored properly? |
| 7 | | | | Are compressed gas cylinders transported and stored properly? |
| 8 | | | | Have you ensured that safe walking and working surfaces have been provided? |
| **TOOLS & EQUIPMENT** | | | | |
| 1 | | | | Are tools/equipment being used correctly? |
| 2 | | | | Is equipment on stable ground? |
| 3 | | | | Are hoses and cords in good condition? |
| 4 | | | | Are tools/equipment in good working order? |
| **ELECTRICAL** | | | | |
| 1 | | | | Are employees familiar with energy isolation & lock-out/tag-out procedures? |
| 2 | | | | Is the tower, shelter, and fence grounded? |
| 3 | | | | Are ground fault circuit interpreter (GFCI) utilized? |
| 4 | | | | Are electrical panels covered when not in use? |
| 5 | | | | Are electrical tools in good working order? |
| 6 | | | | Are safe work practices for Electromagnetic Energy (EME) in place? |
| 7 | | | | If working near overhead power lines are all appropriate electrical precautions and prevention of electrocution practices in place. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

1107 Wright Ave • Terrytown, LA 70056 • Ph. (504) 415-3112
Copyright

HDA0046087

HD&A Health and Safety Plan/Safety Assurance

| (Sub) Contractor Behaviors & Conditions Assessment | Attachment 3-4 |
|---|---|
| | Page 2 of 3 |

| | Yes | No | N/A | |
|---|---|---|---|---|
| **RIGGING and CRANES** | | | | |
| 1 | | | | Is rigging in good condition? |
| 2 | | | | Is crane operator certified/trained? |
| | | | | |
| 3 | | | | Has lifting plan been reviewed? |
| 4 | | | | Are safety procedures and practices in place regarding the safe use of aerial lift devices? |
| 5 | | | | Crane Certification/Inspection Current? |
| 6 | | | | Crane Positioned Properly for Load? |
| 7 | | | | Swing Radius Identified? |
| **JOB** | | | | |
| 1 | | | | Has a site JSA been conducted? |
| 2 | | | | Have all "Utility Avoidance" methods and requirements been followed? |
| 3 | | | | Are all excavating and trenching safety procedures in place? |
| 4 | | | | Are workers "competent" to their specific job, tasks and or duties? |
| 5 | | | | Are confined space practices and procedures in place? |
| 6 | | | | Have you met all "Hazard Communication Program" elements? |
| 7 | | | | Are MSDS available and specific to the exposures? |
| 8 | | | | Are RF controls in place? |
| 9 | | | | Are safety signs posted in plain view? |
| 10 | | | | Are ladders in good working condition and proper type? |
| 11 | | | | Are fire extinguishers in place? |
| 12 | | | | Is there an Emergency Action Plan in place? |
| 13 | | | | Are all open floor and wall holes guarded? |
| 14 | | | | Was there a pre-work safety meeting conducted? |
| 15 | | | | Are sanitation facilities and drinking water available? |
| 16 | | | | Is all equipment operated by designated, qualified, and trained drivers or operators with annual retraining and new orientation as required per equipment? |
| **WASTE MANAGEMENT** | | | | |
| 1 | | | | Are waste containers properly labeled? |
| 2 | | | | Are waste being removed from site and disposed of properly? |
| | | | | **CLEAN UP AND RESTORATION** |
| 1 | | | | Has site been cleaned up, re-graded, and stabilized? |
| 2 | | | | Are all erosion controls repaired? |
| 3 | | | | All fences, gates, and access roads been restored to original condition? |

1107 Wright Ave • Terrytown, LA 70056 • Ph. (504) 415-3112
Copyright

HDA0046088

HD&A Health and Safety Plan/Safety Assurance

| (Sub) Contractor Behaviors & Conditions Assessment | Attachment 3-4 Page 3 of 3 |
| --- | --- |

|  | Yes | No | N/A |  |
| --- | --- | --- | --- | --- |

**FALL PROTECTION**

|  | Yes | No | N/A |  |
| --- | --- | --- | --- | --- |
| 1 |  |  |  | Have site-specific fall hazards been identified and all available controls put in place? |
| 2 |  |  |  | Are PFAS provided and utilized (i.e. Full Body Harness, Connectors and Related Equipment)? |
| 3 |  |  |  | Employees trained in fall protection? |
| 4 |  |  |  | Are employees tied off as required? |
| 5 |  |  |  | Are guardrail systems in place and if so are they compliant in design? |
| 6 |  |  |  | Are warning lines in place? |
| 7 |  |  |  | Are the proper anchorage points utilized? |
| 8 |  |  |  | Is the tower climber competent per the S&H Program requirements? |
| 9 |  |  |  | Have PFAS been inspected for wear, damage, and other deterioration prior to use? |
| 10 |  |  |  | Are materials secured safely while working in elevated areas? |

**ACTIONS TAKEN AND COMMENTS**

1107 Wright Ave • Terrytown, LA 70056 • Ph. (504) 415-3112
Copyright

HDA0046089

HD&A Health and Safety Plan/Safety Assurance

# 8. ACCIDENT REPORTING

## a. EXPOSURE DATA

The Safety Manager will submit Monthly Man-hour Exposure Reports to the Contracting Officer no later than the 5th workday of each month. The report encompasses on-site work including all hourly and salaried employees. The report will include all subcontractors working on this project.

Exposure data will be reported on the Man-Hour Exposure Reports form included as an exhibit in this subsection.

## b. ACCIDENT INVESTIGATION REPORTS AND LOGS

### a) ACCIDENT REPORTS

All accidents occurring incidentally to the project is investigated, reported, and analyzed. The Safety Manager will report all accidents and injuries no matter how slight. The Safety Manager will notify the Contracting Officer as soon as practical, but not later than 24 hours, after any accident.  The accident notification will include:  contractor name; contract title; type of contract; name of activity, installation or location where accident occurred; date and time of accident; names of personnel injured; extent of property damage, if any; extent of injury, if known; and brief description of accident (to include type of construction equipment used, PPE used, etc.).

The Safety Manager will notify the Contracting Officer as soon as practical, but not later than four hours, after any accident that

- Meets the definition of Recordable Injuries or Illnesses or High Visibility Accidents
- Property damage equal to or greater than $2,000
- Weight handling equipment accident in accordance with NASA NPG 8621.1.

Preserve the conditions and evidence on the accident site until the Government investigation team arrives on-site and Government investigation is conducted.

The Safety Manager will notify the Contracting Officer immediately when there is:

- A fatal injury
- A permanent total disability
- A permanent partial disability
- The hospitalization of three or more people resulting from a single occurrence
- Property damage of $200,000 or more

Accidents will be reported on OSHA Form 301 Injury and Illness Incident Report included as an exhibit in this subsection.

### b) LOG OF WORK-RELATED ACCIDENTS AND INJURIES

All work-related accidents and injuries occurring incidentally to this project, no matter how slight, will be recorded on the OSHA 300 Log of Work-related Accidents.

1107 Wright Ave • Terrytown, LA 70056 • Ph. (504) 415-3112
Copyright

HDA0046090

HD&A Health and Safety Plan/Safety Assurance

All work-related accidents and injuries occurring incidentally to this project, no matter how slight, will be recorded on the OSHA 300 Log of Work-related Accidents included as an exhibit in this subsection.

### c) ACCIDENT INVESTIGATION

Should and accident occur, the Safety Manager will thoroughly investigate the accident. The Safety Manager will conduct an Accident Investigation Inspection following the procedures identified in the Inspection section of this plan.  The Safety Manager records results of the investigation on the Accident Investigation Report included as an exhibit in this subsection.

### d) CORRECTIVE ACTIONS

Corrective Actions will be taken following the procedures identified in the Inspection section of this plan. The Safety Manager follows up on each corrective actions and records findings on the Accident Investigation Report.

## c. IMMEDIATE ACTION NOTIFICATION

The Safety Manager will notify the customer immediately when there is:

- A fatal injury
- A permanent total disability
- A permanent partial disability
- The hospitalization of three or more people resulting from a single occurrence
- Property damage of $200,000 or more

Accidents are reported using the Accident Investigation Report form on the following pages. The Safety Manager prepares the Accident Investigation Report.

1107 Wright Ave • Terrytown, LA 70056 • Ph. (504) 415-3112
Copyright

HDA0046091