04/05/2019

Byron L. Taylor

0.00
***NON-NEGOTIABLE***

****This is not a check. *****Advice of deposit only****

Byron L. Taylor
4320 Jeanne Marie Place
New Orleans LA 70122

Pay Period: 03/16/2019 - 03/22/2019

---

Byron L. Taylor
4320 Jeanne Marie Place
New Orleans
LA, 70122

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Commission | - | - | 1,054.00 | 3,468.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| LA Income Tax | 0.00 | 0.00 |

HD and Associates
1107 Wright Avenue
TERRYTOWN
LA, 70056

| OTHER PAY | Current | YTD |
|---|---|---|

| DEDUCTIONS | Current | YTD |
|---|---|---|

Pay Period
03/16/2019 - 03/22/2019

Pay Date
04/05/2019

MEMO:

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,054.00 | $3,468.00 |
| Taxes | $0.00 | $0.00 |
| Deductions | $0.00 | $0.00 |
| NET PAY: Acct#....5815: | $1,054.00 | $1,054.00 |

---

Byron L. Taylor
4320 Jeanne Marie Place
New Orleans
LA, 70122

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Commission | - | - | 1,054.00 | 3,468.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| LA Income Tax | 0.00 | 0.00 |

HD and Associates
1107 Wright Avenue
TERRYTOWN
LA, 70056

| OTHER PAY | Current | YTD |
|---|---|---|

| DEDUCTIONS | Current | YTD |
|---|---|---|

Pay Period
03/16/2019 - 03/22/2019

Pay Date
04/05/2019

MEMO:

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,054.00 | $3,468.00 |
| Taxes | $0.00 | $0.00 |
| Deductions | $0.00 | $0.00 |
| NET PAY: Acct#....5815: | $1,054.00 | $1,054.00 |

HDA000026