# DEPOSITION TRANSCRIPT OF:

## Kendall Matthews

### DATE TAKEN:

**2/7/2020**

### CASE:

**Byron Taylor vs HD and Associates, LLC**

Affiliated Reporting
650 Poydras Street, Suite 2610
New Orleans, LA 70130
Phone: 504-568-9111
Fax: 504-568-9110
Email: pages@affiliatedreporting.com
Website: www.affiliatedreporting.com

**Attached to the back cover is a CD with the transcript files.**

```
 1      it's funny, because he actually got me into
 2      HDA.  He was working there before I was.
 3   Q. Okay.
 4   A. And he was, like, you know, telling me about
 5      how, you know, John -- because he first
 6      started, John was looking out for techs and
 7      making sure you had a vehicle and everything,
 8      and he was getting taken care of.  But he
 9      said, over time, he would do more work, but he
10      was getting less money.
11   Q. And that would be because the value of the
12      points allocated to the work was less?
13   A. Well, no, no.  The way John and Steve looked
14      at it, which I found out later, was that, when
15      you first started, they overloaded you, you
16      know, they made sure you had a nice check, you
17      know?  But as time went on, you know, other
18      people start, they would push them in, you
19      know, overload them with work.  And you would
20      get, like, you know, basically minimum, but
21      your work hours wouldn't change.
22          What I mean by that is, you'll start off
23      with an install for like, 30, 50 points, you
24      know.  Might not take you that long, you know,
25      and you get it done, you getting paid, like,
```