Tulane Health System
1415 Tulane Ave.
New Orleans, LA 70112

August 21, 2017

To Whom It May Concern,

Mr. Houston, Kenneth was under our care at Tulane Hospital (DOB 10/23/70) from August 19, 2017 through August 21, 2017 on the Neurology service. It is our medical opinion that he can return to work without restriction Tuesday, August 29, 2017.

If you have any questions, feel free to contact us.

Sarah Lang, MD
Neurology Service (Stroke)

HDA0046143