UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BYRON TAYLOR, TERRAINE R. DENNIS, KENNETH HUNTER, KENDALL MATTHEWS, and LONNIE TREAUDO, on Behalf of Himself and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>V.<br><br>HD AND ASSOCIATES, LLC, and JOHN DAVILLIER<br><br>Defendants. | CASE NO.  2:19-cv-10635-ILRL-JVW<br><br>JUDGE IVAN L.R. LEMELLE<br><br>MAG. JANIS VAN MEERVEED |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE THAT** Plaintiffs, Byron Taylor, Teraine R. Dennis, Kenneth Hunter, Kendall Matthews, and Lonnie Treaudo, on behalf of themselves and other persons similarly situated, will submit for consideration their Motion for Partial Summary Judgment Regarding Employment Status before the Honorable Ivan L.R. Lemelle of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana on October 28, 2020 at 9:00 AM.

Respectfully Submitted:

*/s/ Ryan P. Monsour*
_____
PRESTON L. HAYES (#29898)
RYAN P. MONSOUR (#33286)
*HMS Law Firm*
3850 N. Causeway Blvd., Suite 590
Metairie, LA 70002
Telephone: (504) 356-0110
Facsimile: (504) 356-0112

**CERTIFICATE OF SERVICE**

I certify that I have served a copy of the above and foregoing pleading using this Court's CM/ECF system to counsel of record participating in the CM/ECF system, or by email transmission on this 9th day of October, 2020.

*/s/ Ryan P. Monsour*
_____
RYAN P. MONSOUR