UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BYRON TAYLOR, TERRAINE R. DENNIS, KENNETH HUNTER, KENDALL MATTHEWS, and LONNIE TREAUDO, on Behalf of Himself and on Behalf of All Others Similarly Situated,**<br><br>    Plaintiffs,<br><br>**V.**<br><br>**HD AND ASSOCIATES, LLC, and JOHN DAVILLIER**<br><br>    Defendants. | CASE NO.  2:19-cv-10635-ILRL-JVW<br><br>JUDGE IVAN L.R. LEMELLE<br><br>MAG. JANIS VAN MEERVEED |

## ORDER

Considering Plaintiffs' Motion for Partial Summary Judgment Regarding Employment Status;

**IT IS ORDERED** that Plaintiffs' Motion for Partial Summary Judgment Regarding Employment Status is **GRANTED** and that Plaintiffs were employees of HD and Associates, LLC. as a matter of law under the Fair Labor Standards Act.

Signed this _____ day of _____, 2020, in New Orleans, Louisiana.

_____
SENIOR UNITED STATES DISTRICT JUDGE