UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BYRON TAYLOR, TERRAINE R. DENNIS, KENNETH HUNTER, KENDALL MATTHEWS, and LONNIE TREAUDO, on Behalf of Himself and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>V.<br><br>HD AND ASSOCIATES, LLC, and JOHN DAVILLIER<br><br>    Defendants. | CASE NO.  2:19-cv-10635-ILRL-JVW<br><br>JUDGE IVAN L.R. LEMELLE<br><br>MAG. JANIS VAN MEERVEED |

## **MOTION TO COMPEL DISCOVERY**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs who move this Court for an Order compelling Defendants to more completely answer written discovery for the reasons set forth in the attached memorandum.

Respectfully Submitted:

*/s/ Ryan P. Monsour*
_____
PRESTON L. HAYES (#29898)
RYAN P. MONSOUR (#33286)
*HMS Law Firm*
3850 N. Causeway Blvd., Suite 590
Metairie, LA 70002
Telephone: (504) 356-0110
Facsimile: (504) 356-0112
*Counsel for Plaintiffs*

1

2

**CERTIFICATE OF SERVICE**

    I hereby certify that this pleading has been served on all parties through their counsel of record, by notification through electronic filing, by electronic mail, facsimile, hand delivery, or placing a copy of same in the United States mail, postage prepaid and properly addressed, this 28th day of October, 2020.

                                       /s/ *Ryan P. Monsour*
                                       _____