# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BYRON TAYLOR, TERRAINE R. DENNIS, KENNETH HUNTER, KENDALL MATTHEWS, and LONNIE TREAUDO, on Behalf of Himself and on Behalf of All Others Similarly Situated,**<br><br>**Plaintiffs,**<br><br>V.<br><br>**HD AND ASSOCIATES, LLC, and JOHN DAVILLIER**<br><br>**Defendants** | CASE NO. 2:19-cv-10635-ILRL-JVW<br><br>JUDGE IVAN L.R. LEMELLE<br><br>MAG. JANIS VAN MEERVEED |

## RULE 37.1 CERTIFICATE OF COMPLIANCE

I am counsel for the moving party in the Motion to Compel and certify that counsel for the parties conferred by telephone on October 23, 2020 concerning the disputed issues of the described Interrogatories and Request for Documents in a good faith effort to limit the disputed issues and, if possible, eliminate the necessity for this Motion to Compel as required by Federal Rule 37.1.

Respectfully Submitted:

*/s/ Ryan P. Monsour*
_____
PRESTON L. HAYES (#29898)
RYAN P. MONSOUR (#33286)
*HMS Law Firm*
3850 N. Causeway Blvd., Suite 590
Metairie, LA 70002
Telephone: (504) 356-0110
Facsimile: (504) 356-0112
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of October, 2020, a copy of the foregoing was sent to all counsel of record by use of the CM/ECF notice of electronic filing system. A copy will be emailed to any counsel who do not receive notice through the CM/ECF notice of electronic filing system.

/s/ Ryan P. Monsour
_____