UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BYRON TAYLOR, TERRAINE R. DENNIS, KENNETH HUNTER, KENDALL MATTHEWS, and LONNIE TREAUDO, on Behalf of Himself and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>V.<br><br>HD AND ASSOCIATES, LLC, and JOHN DAVILLIER<br><br>    Defendants | CASE NO.  2:19-cv-10635-ILRL-JVW<br><br>JUDGE IVAN L.R. LEMELLE<br><br>MAG. JANIS VAN MEERVEED |

**ORDER**

Considering the foregoing Motion to Compel;

It is ordered, that Plaintiffs' Motion to Compel Discovery Responses is hereby **GRANTED**; and Defendants are ordered to answer Plaintiffs' 2nd Set of Interrogatories and 2nd Request for Production of Documents more fully within 10 days of this order.

Signed this _____ day of _____, 2020, in New Orleans, Louisiana.

_____
THE HONORABLE JANIS VAN MEERVELD

1