UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BYRON TAYLOR, TERRAINE R. DENNIS, KENNETH HUNTER, KENDALL MATTHEWS, and LONNIE TREAUDO, on Behalf of Himself and on Behalf of All Others Similarly Situated,** <br><br> **Plaintiffs,** <br><br> **V.** <br><br> **HD AND ASSOCIATES, LLC, and JOHN DAVILLIER** <br><br> **Defendants** | **CASE NO. 2:19-cv-10635-ILRL-JVW** <br><br> **JUDGE IVAN L.R. LEMELLE** <br><br> **MAG. JANIS VAN MEERVEED** |

### NOTICE OF SUBMISSION

Please take note that Plaintiffs, Byron Taylor, Terraine R. Dennis, Kenneth Hunter, Kendall Matthews, and Lonnie Treaudo, individually and on behalf of all others similarly situated, will present the attached Motion to Compel Discovery before the Honorable Janis van Meerveld on the 18th day of November, 2020 at 11:00 AM.

Respectfully Submitted:

*/s/ Ryan P. Monsour*
_____
PRESTON L. HAYES (#29898)
RYAN P. MONSOUR (#33286)
*HMS Law Firm*
3850 N. Causeway Blvd., Suite 590
Metairie, LA 70002
Telephone: (504) 356-0110
Facsimile: (504) 356-0112
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of October, 2020, a copy of the foregoing was sent to all counsel of record by use of the CM/ECF notice of electronic filing system.  A copy will be emailed to any counsel who do not receive notice through the CM/ECF notice of electronic filing system.

*/s/ Ryan P. Monsour*
_____