UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BYRON TAYLOR, ET AL.,** <br> Plaintiff, <br><br> V. <br><br> **HD AND ASSOCIATES, LLC,** <br> Defendant. | **CIVIL ACTION NO.** <br> **2:19-CV-10635-ILRL-JVM** <br><br> **JUDGE IVAN L.R. LEMELLE** <br><br> **MAG. JANIS VAN MEERVELD** |

## MOTION FOR SUMMARY JUDGMENT
## REGARDING INTERSTATE COMMERCE

**NOW INTO COURT**, through undersigned counsel come Defendants HD and Associates, LLC ("HDA") and John Davillier ("Davillier") who move this Honorable Court to grant summary judgment based on the fact Defendants are not subject to the Fair Labor Standards Act (29 U.S.C. § 201, *et seq.*), as follows;

1. The Fair Labor Standards Act (29 U.S.C. § 201, *et seq.*) applies to "enterprises" as defined to include businesses that "conduct trade, commerce, transportation, transmission, or communication among the several States or between any State and any place outside thereof."

2. At *no time* during the relevant time period did HDA conduct trade, commerce, transportation, transmission, or communication among the several States or between any State and any place outside thereof. HDA's exclusive operations were inside the State of Louisiana.

3. Plaintiffs cannot satisfy an essential element of their claim for coverage under 29 U.S.C. § 203(b) and (r)(1) when there is no material dispute that HDA is not a covered enterprise.

**WHEREFORE**, HDA and John Davillier respectfully move for an order granting summary judgment and dismissing the Plaintiffs' claims with prejudice.

      **Respectfully submitted**,

      **DAVILLIER LAW GROUP, LLC**

      /s/ Charles F. Zimmer II
      Charline K. Gipson. LSBA No. 32780
      Charles F. Zimmer II, LSBA No. 26759
      935 Gravier Street; Suite 1702
      New Orleans, Louisiana 70112
      (504) 582-6998  Office
      (504) 582-6985         Facsimile
      cgiposon@davillierlawgroup.com
      czimmer@davillierlawgroup.com

      *Counsel for HD and Associates, LLC and John Davillier*

## Certificate of Service

I certify that I have served a copy of the above and foregoing pleading via Notice of Electronic filing using this 28th of October 2020.

      /s/ Charles F. Zimmer II
      Charles F. Zimmer II