UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BYRON TAYLOR,<br>       Plaintiff,<br><br>V.<br><br>HD AND ASSOCIATES, LLC,<br>       Defendant. | CIVIL ACTION NO.<br>2:19-CV-10635-ILRL-JVM<br><br>JUDGE IVAN L.R. LEMELLE<br><br>MAG. JANIS VAN MEERVELD |

## AFFIDAVIT OF JOHN DAVILLIER

Before the undersigned Notary Public did appear, John Davillier who does attest and swear as follows:

1. I am the managing-member and founder of HD & Associates, LLC (HDA).

2. HDA was formed in 2010. Around 2015 it began performing work for Cox Communications ("Cox").

3. Cox sells cable and internet access. The equipment HDA installs is owned by Cox and rented to is customers. Installation, maintenance and troubleshooting of this equipment is included in the package price contracted for between Cox and its end customer.

4. As a subcontractor to Cox, HDA provides independent contractor technicians to perform the installation, troubleshooting and repair of cable television, telephone, and internet services provided by Cox to its residential customers. HDA does not provide technician services for Cox's business clients.

5. HDA does not manufacture any equipment or transmit any data or add its services to a product that is then resold across state lines. HDA stores an inventory of Cox-owned equipment for installations but does not take ownership of the equipment.

6. HDA performs all its work inside Louisiana. HDA has not performed any work outside Louisiana since 2015.

7. Cox generates a work order for services requested by its customer using its proprietary software, coding the services into preset defined technical terms that the technician can understand to plan and perform the work. Cox then bundles its workorders for a given day and builds them into a route for each technician with anticipated times of arrival at each customer's residence based on a set time estimate for that work order.

8. HDA only provides labor to Cox in Louisiana as a subcontractor.

9. The Plaintiffs here, former independent contractor technicians engaged by HDA after 2016, did not do any work for HDA outside of Louisiana.

10. No technicians engaged by HDA within the last four years have worked outside of Louisiana. Those technicians that worked with HDA on the sole engagement in Nebraska in 2015 were residents of Nebraska and did not work for HDA in Louisiana.

**Further, affiant saith not.**

_____
John Davillier

_____
Sworn to and subscribed before me
this 27th day of October 2020.
Notary Public #: 23022
Commission expires upon my death.

Daniel Ernest Davillier
Notary Public
State of Louisiana
Louisiana Bar Roll #23022
My Commission is Issued for Life.