UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BYRON TAYLOR, ET AL.,<br>Plaintiff,<br><br>V.<br><br>HD AND ASSOCIATES, LLC,<br>Defendant. | CIVIL ACTION NO.<br>2:19-CV-10635-ILRL-JVM<br><br>JUDGE IVAN L.R. LEMELLE<br><br>MAG. JANIS VAN MEERVELD |

## STATEMENT OF UNCONTESTED MATERIAL FACTS

**NOW INTO COURT**, through undersigned counsel, comes Defendants, HD and Associates, LLC and John Davillier ("Defendants"), who, pursuant to Local Rule 56.1, respectfully submits the following Statement of Undisputed Material Facts in Support of their Motion for Summary Judgment as to Interstate Commerce:

1. HDA was formed in 2010. Around 2015 it began performing work for Cox Communications ("Cox").

2. Cox sells cable and internet access. The equipment HDA installs is owned by Cox and rented to is customers. Installation, maintenance and troubleshooting of this equipment is included in the package price contracted for between Cox and its end customer.

3. As a subcontractor to Cox, HDA provides independent contractor technicians to perform the installation, troubleshooting and repair of cable television, telephone, and internet services provided by Cox to its residential customers. HDA does not provide technician services for Cox's business clients.

4. HDA does not manufacture any equipment or transmit any data or add its services to a product that is then resold across state lines. HDA stores an inventory of Cox-owned equipment for installations but does not take ownership of the equipment.

5. HDA performs all its work inside Louisiana. HDA has not performed any work outside Louisiana since 2015.

6. Cox generates a work order for services requested by its customer using its proprietary software, coding the services into preset defined technical terms that the technician can understand to plan and perform the work. Cox then bundles its workorders for a given day and builds them into a route for each technician with anticipated times of arrival at each customer's residence based on a set time estimate for that work order.

7. HDA only provides labor to Cox in Louisiana as a subcontractor.

8. The Plaintiffs here, former independent contractor technicians engaged by HDA after 2016, did not do any work for HDA outside of Louisiana.

9. No technicians engaged by HDA within the last four years have worked outside of Louisiana. Those technicians that worked with HDA on the sole engagement in Nebraska in 2015 were residents of Nebraska and did not work for HDA in Louisiana.

**Respectfully submitted**, this 28th day of October 2020.

                                           **DAVILLIER LAW GROUP, LLC**

                                           /s/ Charles F. Zimmer II
                                           Charline K. Gipson, LSBA No. 32780 Charles F. Zimmer II, LSBA No. 26759 Jonathan D. Lewis, LSBA No. 37207 935 Gravier Street; Suite 1702
New Orleans, Louisiana 70112
(504) 582-6998 Office
(504) 582-6985 Facsimile
czimmer@davillierlawgroup.com
***Counsel for HD and Associates, LLC and John Davillier***

**Certificate of Service**

I certify that I have served a copy of the above and foregoing pleading via Notice of Electronic filing using this Court's CM/ECF system to counsel of record participating in the CM/ECF system on this 28th of October 2020.

*/s/*Charles F. Zimmer II
Charles F. Zimmer II