# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BYRON TAYLOR, ET AL.,** <br> Plaintiff, <br><br> V. <br><br> **HD AND ASSOCIATES, LLC,** <br> Defendant. | **CIVIL ACTION NO.** <br> **2:19-CV-10635-ILRL-JVM** <br><br> **JUDGE IVAN L.R. LEMELLE** <br><br> **MAG. JANIS VAN MEERVELD** |

## PROPOSED ORDER

In consideration of Defendants' Motion for Summary Judgment Regarding Interstate Commerce, and the Memorandum in Support and Opposition submitted by the parties:

**IT IS ORDERED** that Defendants' Motion is hereby **GRANTED**. Plaintiffs' claims are hereby dismissed with prejudice.

**SO ORDERED**, this ___ day of _____ 2020.

_____
**HON. IVAN L.R. LEMELLE**
**DISTRICT JUDGE**