**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **BYRON TAYLOR, ET AL.,**<br>            **Plaintiff,** | **CIVIL ACTION NO.**<br>**2:19-CV-10635-ILRL-JVM** |
| **V.** | **JUDGE IVAN L.R. LEMELLE** |
| **HD AND ASSOCIATES, LLC,**<br>            **Defendant.** | **MAG. JANIS VAN MEERVELD** |

---

## NOTICE OF SUBMISSION

---

PLEASE TAKE NOTICE that the Motion for Summary Judgment is hereby set for submission before District Judge Ivan L.R. Lemelle on November 25, 2020 at 9:00 AM, unless changed by this Court.

**Respectfully submitted**,

**DAVILLIER LAW GROUP, LLC**
/s/ Charles F. Zimmer, II
Charline K. Gipson, LSBA No. 32780
Charles F. Zimmer II, LSBA No. 26759
Jonathan D. Lewis, LSBA No. 37207
935 Gravier Street; Suite 1702
New Orleans, Louisiana 70112
(504) 582-6998 Office
(504) 582-6985 Facsimile
cgiposon@davillierlawgroup.com
czimmer@davillierlawgroup.com
***Counsel for HD and Associates, LLC and***
***John Davillier***

**<u>Certificate of Service</u>**

I certify that I have served a copy of the above and foregoing pleading via Notice of Electronic filing using this Court's CM/ECF system to counsel of record participating in the CM/ECF system on this 27th of October 2020.

<u>*/s/*Charles F. Zimmer, II</u>
Charles F. Zimmer, II