## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BYRON TAYLOR, ET AL.,**<br>**Plaintiff,**<br><br>**V.**<br><br>**HD AND ASSOCIATES, LLC,**<br>**Defendant.** | **CIVIL ACTION NO.**<br>**2:19-CV-10635-ILRL-JVM**<br><br>**JUDGE IVAN L.R. LEMELLE**<br><br>**MAG. JANIS VAN MEERVELD** |

## MOTION FOR LEAVE OF COURT
## TO FILE OPPOSITION OUT OF TIME

**NOW INTO COURT**, through undersigned counsel come Defendants HD and Associates, LLC ("HDA") and John Davillier ("Davillier") who move this Honorable Court to grant leave for filing of their opposition to the motion for summary judgment filed by Plaintiffs. (Rec. Doc. 97)

The last day to file dispositive motions in this matter was October 28, 2020. All parties filed motions for summary judgment on or before that date. Plaintiffs (excluding Jonathan Charles) timely filed a motion for summary judgment regarding their employment status, on October 6, 2020. (Rec. Doc. 97) This filing was properly served on HDA and Davillier through the undersigned counsel. The motion was properly set for submission on October 28, 2020.

The undersigned failed to cause the motion to be effectively calendared for opposition. There is no valid excuse, and none shall be offered. On the evening of Friday, November 6, 2020, while preparing a reply in support of HDA's motion for summary judgment regarding the commission exemption, the undersigned found Plaintiffs' motion and recognized the failure to timely file an opposition.

As of the filing of this motion, Plaintiffs' motion for summary judgment has not been decided by the Court. HDA and Davillier have filed multiple motions for summary judgment and maintain the position that those motions are dispositive of the instant case. Defendants did not, however, intend to leave Plaintiffs' motion unopposed.

This Honorable Court has authority to "control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254, 57 S. Ct. 163, 81 L. Ed. 153. In the interest of substantial justice and in recognition that the undersigned, not HDA or Davillier, is at fault for the failure to file an opposition, leave of Court is respectfully requested to allow for the filing of the Defendants opposition brief.

Counsel for the Plaintiffs oppose the motion for leave.

**WHEREFORE**, HDA and Davillier move this Court to grant leave to file the accompanying opposition brief out of time.

**Respectfully submitted**, this 9th day of November 2020.

DAVILLIER LAW GROUP, LLC

/s/ Charles F. Zimmer II
Charles F. Zimmer II, No. 26759 (T.A.)
935 Gravier Street; Suite 1702
New Orleans, Louisiana  70112
(504) 582-6998 Office
(504) 582-6985 Facsimile
czimmer@davillierlawgroup.com

**<u>Certificate of Service</u>**

I certify that I have served a copy of the above and foregoing pleading via Notice of

Electronic filing using this Court's CM/ECF system to counsel of record participating in the

CM/ECF system on this 9th of November 2020.

<u>/s/ Charles F. Zimmer II</u>
Charles F. Zimmer II
