UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BYRON TAYLOR, ET AL.,<br>    Plaintiff,<br><br>V.<br><br>HD AND ASSOCIATES, LLC,<br>    Defendant. | CIVIL ACTION NO.<br>2:19-CV-10635-ILRL-JVM<br><br>JUDGE IVAN L.R. LEMELLE<br><br>MAG. JANIS VAN MEERVELD |

### *EX PARTE* MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

**NOW INTO COURT**, through undersigned counsel come Defendants, HD and Associates, LLC and John Davillier, who submit this *Ex Parte* Motion for Leave to file the accompanying Reply Memorandum in Support of Motion for Summary Judgment Regarding FLSA Commission Exemption. Defendants do not seek to repeat arguments but to address new issues raised in Plaintiffs' oppositions which were not addressed in Defendants' original memorandum in support.

**Respectfully submitted** this 10th day of Nov 2020.

                        **DAVILLIER LAW GROUP, LLC**

                        /s/ Charles Zimmer
                        Charline K. Gipson, LSBA No. 32780
                        Charles F. Zimmer II, LSBA No. 26759
                        Jonathan D. Lewis, LSBA No. 37207
                        935 Gravier Street; Suite 1702
                        New Orleans, Louisiana  70112
                        (504) 582-6998 Office
                        (504) 582-6985 Facsimile
                        czimmer@davillierlawgroup.com
                        ***Counsel for HD and Associates, LLC and John Davillier***

2 | P a g e

## Certificate of Service

    I certify that I have served a copy of the above and foregoing pleading to counsel of record participating by email on this 10th day of November 2020.

                                            /s/Charles Zimmer
                                            Charles F. Zimmer II