# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BYRON TAYLOR, TERRAINE R. DENNIS, KENNETH HUNTER, KENDALL MATTHEWS, and LONNIE TREAUDO, on Behalf of Himself and on Behalf of All Others Similarly Situated,** | **CASE NO.  2:19-cv-10635-ILRL-JVW** |
| Plaintiffs, | **JUDGE IVAN L.R. LEMELLE** |
| V. | **MAG. JANIS VAN MEERVELD** |
| **HD AND ASSOCIATES, LLC, and JOHN DAVILLIER** | |
| Defendants. | |

**RESTRICTED – FILED UNDER SEAL (SEE REC. DOC. 115)**