The Deposition of

# STEPHEN BECNEL

In the Matter of

# BYRON TAYLOR, ET AL

versus

# HD AND ASSOCIATES, LLC, ET AL

Taken On

# OCTOBER 19, 2020



1 A  I am at the office on a daily basis; yes, sir.
2 Q  Okay. What time does the warehouse open?
3 A  On average, between 7:15 and 7:30 every morning.
4 Q  What time do you arrive at the warehouse?
5 A  About 7:00 A.M.
6 Q  Okay. Have you ever witnessed technicians
7    waiting in line to obtain their equipment?
8 A  I'm normally upstairs in a separate office. So
9    I can say no; I haven't witnessed that.
10 Q  Do you use the same entrance to get into the
11    warehouse that the technicians would?
12 A  No, sir; I do not.
13 Q  So whether or not they were waiting in line,
14    it's just something you wouldn't know?
15 A  I would not know.
16 Q  Does HD maintain a log or any records which
17    would show how many times a technician would go
18    to the warehouse in a given week?
19 A  Well, research could be done to find that
20    information. I can't say that there's a log;
21    no, sir. But that information could be found
22    within the Cox system to show what pieces of
23    equipment were assigned to what technician on
24    what day.
25       I could say, as a company, we do encourage