UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BYRON TAYLOR, TERRAINE R. DENNIS, KENNETH HUNTER, KENDALL MATTHEWS, and LONNIE TREAUDO, on Behalf of Himself and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> V. <br><br> HD AND ASSOCIATES, LLC, and JOHN DAVILLIER <br><br> Defendants. | CASE NO. 2:19-cv-10635-ILRL-JVW <br><br> JUDGE IVAN L.R. LEMELLE <br><br> MAG. JANIS VAN MEERVEED |

## AFFIDAVIT OF KENDALL MATTHEWS

**PARISH OF JEFFERSON**

**STATE OF LOUISIANA**

I, Kendall Matthews, hereby declare under penalty of perjury, that the following is true:

1. I am over 18 years of age and competent to give testimony in this matter. I have personal knowledge of the facts and circumstances in this declaration. I was hired by HD and Associates, LLC as a cable technician.

2. Upon information and belief, the Cox equipment I installed on behalf of HD & Associates, LLC was shipped to HD & Associates, LLC's warehouse in amount determined by Cox and based upon customer demand.

3. While working for HD & Associates, LLC, I never modified the equipment after receipt from Cox, nor did I witness anyone else do the same. When the equipment provided by

Cox malfunctioned, I would retrieve the equipment and return the product back to HD & Associates, LLC's warehouse.

4. While working for HD & Associates, LLC, Cox had the ability to track and monitor the location of the equipment that I was installing on behalf of HD and Associates, LLC. This was done through the use of serial numbers located on the equipment I installed and/or maintained.

5. While working for HD & Associates, LLC, when I finished a job order, I had to enter tracking data for the equipment installed at a Cox customer so that Cox would know where its equipment was ultimately delivered.

_____
KENDALL MATTHEWS

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 13TH DAY OF
NOVEMBER, 2020.

_____
RYAN P. MONSOUR
LA BAR NO. 33286
NOTARY PUBLIC