UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BYRON TAYLOR, ET AL.**                                    CIVIL ACTION

**VERSUS**                                                  NO. 19-10635

**HD AND ASSOCIATES, LLC,**                                 SECTION: "B"(1)
**ET AL.**

<u>**JUDGMENT**</u>

In a separate opinion, defendants HD and Associates, LLC and John Davillier's motions for summary judgment under the bona fide commission exemption to the Federal Labor Standards Act ("FLSA") (Rec. Doc. 84) and under the FLSA's enterprise exception (Rec. Doc. 103) were granted; defendants' motion for summary judgment regarding plaintiff Jonathan Charles (Rec. Doc. 108) was dismissed as moot; and plaintiffs Byron Taylor, Teraine R. Dennis, Kenneth Hunter, Kendall Matthews, and Lonnie Treaudo's motion for partial summary judgment regarding the plaintiffs' employment status (Rec. Doc. 97) was denied. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that all claims brought by plaintiffs' collective class in the above-captioned matter are hereby **DISMISSED.**

New Orleans, Louisiana this 2nd day of December, 2020

_____
SENIOR UNITED STATES DISTRICT JUDGE